Estate of Stephen Gray, et al. v. Conner Industries, Inc.
Privilege Log Pertaining to Plaintiff's Request for Production of Documents Nos. 32 & 34
*First Supplement*

| Item No. | Date of Document | Type of Document | No. of Pages | Persons Involved in Communication | Basis for Privilege/Communication |
|---|---|---|---|---|---|
| 1 | March 8, 2019 | Email from Defense Counsel -- Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business | 1 | John P. Woolf, Travelers Claims, and Conner Industries, Inc. | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" *See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979).* |
| 2 | March 11, 2019 | Email from Defense Counsel -- Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" *See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979).* |
| 3 | March 11, 2019 | Defense Counsel Memorandum regarding Site Inspection -- Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" *See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979).* |
| 4 | March 11, 2019 | Defense Counsel Memorandum regarding Accident Investigation -- Insurance Company File containing attorney work product, attorney-client | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing |


EXHIBIT 3

## Estate of Stephen Gray, et al. v. Conner Industries, Inc.
## Privilege Log Pertaining to Plaintiff's Request for Production of Documents Nos. 32 & 34
### *First Supplement*

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business |  |  | litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 5 | March 15, 2019 | Email from Defense Counsel re: Commercial Lease-- Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business<br><br>*\*\* Commercial Lease was previously disclosed to Plaintiff and is not withheld* | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 6 | March 18, 2019 | Email from Defense Counsel -- Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 7 | March 22, 2019 | Email from Defense Counsel -- Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 |

**Estate of Stephen Gray, et al. v. Conner Industries, Inc.**
**Privilege Log Pertaining to Plaintiff's Request for Production of Documents Nos. 32 & 34**
*First Supplement*

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 8 | June 10, 2019 | Initial Liability Claim File Analysis – Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business | | Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 9 | December 9, 2019 | Email from Defense Counsel re: Plaintiff's December 6, 2019 Demand and Settlement Brochure --Insurance Company File containing attorney work product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business<br><br>*\*\* The Settlement Demand/Brochure, and its exhibits, are already in Plaintiff's possession, as they were sent by Plaintiff and need not be reproduced again* | 1 | John P. Woolf and Travelers Claims | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 10 | December 17, 2019 | Letter correspondence and email from Defense Counsel re: Police DashCam/BodyCam videos and Plaintiff's December 6, 2019 Demand and Settlement Brochure – Insurance Company File containing attorney work | 1 | John P. Woolf, Travelers Claims, and Conner Industries | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 |

Estate of Stephen Gray, et al. v. Conner Industries, Inc.
Privilege Log Pertaining to Plaintiff's Request for Production of Documents Nos. 32 & 34
*First Supplement*

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | product, attorney-client privileged communications, and materials in anticipation of litigation, not prepared in the ordinary course of business<br><br>*** The Settlement Demand/Brochure, and its exhibits, are already in Plaintiff's possession, as they were sent by Plaintiff and need not be reproduced again*<br>***The DaschCam/BodyCam Videos are already in Plaintiff's counsel's possession and need not be produced again* |   |   | (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |
| 11 | N/A | Insurance Policy – premium information redacted | DEFT 032-364 | Travelers Insurance Company | Proprietary commercial information of Travelers Insurance Company and Conner Industries, Inc. – not relevant, proportionate, or discoverable; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); K.S.A. 60-226(b)(3) |
|   |   | **FIRST SUPPLEMENT** |   |   |   |
| 12 | N/A | Insurance Claim Notes – redacted in part | DEFT 1089 -- 1108 | John P. Woolf, Travelers Claims, and Conner Industries | Attorney-client privileged/work product in anticipation of litigation; irrelevant, immaterial, disproportionate to the parties and the dispute; Fed.R.Civ.P. 26(b)(1); Fed.R.Civ.P. 26(b)(3)(A); Fed.R.Civ.P. 26(b)(5); "prepared principally or exclusively to assist in anticipated or ongoing litigation" See Kannaday v. Ball, 292 F.R.D. 640, 648 (D.Kan. 2013) (citing Henry Enterprises, Inc. v. Smith, 225 Kan. 615 (1979). |