# In The Matter Of:

*Ruth Gray v*
*Conner Industries*

*John F. McMaster, M.D.*
*November 15, 2021*

Court Reporting Service, Inc.

1999 N. Amidon, Suite 224
Wichita, KS 67203     (316) 267-1201
www.crsreporting.com
crsreporter@msn.com

*Original File 11.15.21 Dr. John F. McMaster.txt*
*Min-U-Script® with Word Index*

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
 2                 AT WICHITA, KANSAS

 3
   RUTH GRAY,                     )
 4 INDIVIDUALLY AND AS            )
   PERSONAL                       )
 5 REPRESENTATIVE AND             )
   SPECIAL ADMINISTRATOR          )  Case No.
 6 OF THE ESTATE OF               )  6:20-CV-1037-DDC-GEB
   STEPHEN GRAY,                  )
 7                                )
                                  )
 8           Plaintiffs,          )
                                  )
 9      vs.                       )
                                  )
10 CONNER INDUSTRIES,             )
   INC.,                          )
11                                )
             Defendant.           )
12 _____      )

13

14

15         DEPOSITION OF JOHN F. MCMASTER, M.D.,

16    taken by the Plaintiff, before me, Nancy L. Rambo,

17    a Certified Shorthand Reporter, within and for the

18    State of Kansas, at 2959 North Rock Road, Suite

19    300, Wichita, Sedgwick County, Kansas, commencing

20    at 9:07 a.m. on the 15th day of November, 2021.

21

22

23

24

25
```

---

Page 2

```
 1           A P P E A R A N C E S

 2       Plaintiffs, Ruth Gray, Individually and as

 3 Personal Representative and Special Administrator

 4 of the Estate of Stephen Gray, appear by their

 5 attorney, Jeffrey A. Wilson, DeVaughn James Injury

 6 Lawyers, 3241 North Toben, Wichita, Kansas  67226.

 7       Defendant, Conner Industries, Inc.,

 8 appears by their attorney, Tyler E. Heffron,

 9 Triplett Woolf Garretson, LLC, 2959 North Rock

10 Road, Suite 300, Wichita, Kansas  67226.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

---

Page 3

```
 1           INDEX OF EXAMINATION

 2 JOHN F. MCMASTER, M.D.

 3           DIRECT   CROSS  REDIRECT  RECROSS

 4 by Mr. Wilson.......5

 5

 6 Signature of Witness..................137

 7 Certificate of Reporter..............138

 8

 9           EXHIBITS
   EXHIBIT
10 NUMBER            DESCRIPTION            PAGE

11 Number 66         Notice to Take           6
                     Deposition Duces
12                   Tecum

13 Number 67         Curriculum Vitae        14

14 Number 68         Case List of             8
                     Dr. John McMaster,
15                   2011-2020

16 Number 69         John F. McMaster, M.D.  12
                     Fee Schedule
17
   Number 70         Correspondence Dated    27
18                   September 20, 2021

19 Number 71         Case List of             9
                     Dr. John McMaster,
20                   2011-2021

21 Number 72         Fifth Edition -         69
                     The Medical Review
22                   Officer's Manual

23 Number 73         Article - Alcohol       74
                     Determination in the
24                   Clinical Laboratory

25
```

---

Page 4

```
 1           EXHIBITS
   EXHIBIT
 2 NUMBER            DESCRIPTION            PAGE

 3 Number 74         Autopsy Report          85

 4 Number 75         Technical Note -        92
                     Comparative Alcohol
 5                   Concentrations in Blood
                     and Vitreous Fluid with
 6                   Illustrative Case
                     Studies
 7
   Number 76         Autopsy Photographs    131
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

1     (Deposition Exhibit Numbers 66
2     through 70 Marked for
3     Identification.)
4
5     JOHN F. MCMASTER, M.D.,
6     having been first duly sworn, was
7     examined and testified as follows:
8
9     **DIRECT EXAMINATION**
10    **BY MR. WILSON:**
11  Q.   Good morning, Dr. McMaster.
12  **A.   Good morning.**
13  Q.   I know that you've done this a time or two, so I
14   won't go over all the rules with you, but if you
15   don't understand one of my questions today, will
16   you please ask me to clarify.
17  **A.   Yes.**
18  Q.   What did you do to prepare for today's
19   deposition?
20  **A.   I reviewed my file, my opinion, and the**
21   **deposition testimony of Dr. Bledsoe, along with**
22   **the documents that he provided during his**
23   **deposition.**
24  Q.   After reviewing Dr. Bledsoe's deposition
25   testimony, have you formed any new opinions in

Page 6

1   this case?
2   **A.   No.**
3   Q.   Okay.  So I'm going to have the court reporter
4    put in front of you, or you may already have it,
5    Deposition Exhibit 66, I believe that's where we
6    left off.
7       **MR. HEFFRON:** I'll trust you're
8       right.
9       **BY MR. WILSON:**
10  Q.   This is the notice of deposition we sent to
11   Mr. Heffron and Mr. Woolf, have you reviewed
12   this before?
13  **A.   Yes, I reviewed it last week when it was emailed**
14   **to me.**
15  Q.   It was emailed to you last week?
16  **A.   Yes.**
17  Q.   And there's an Exhibit A here that lists some
18   documents I requested you bring with you today.
19   Your counsel, or Mr. Heffron, has provided me
20   with a flash drive with some documents and a
21   printed-out fee schedule, an updated testimony
22   list.  The things that are on this flash drive,
23   the updated fee schedule, the updated testimony
24   list, is that -- is that all the responsive
25   documents to this request on Exhibit A?

Page 7

1  A.   I believe so, yes.
2      **MR. HEFFRON:** Just to clarify, plus
3      the records that were previously produced
4      in response as third supplement to the
5      plaintiff's first request for production of
6      documents.
7      **MR. WILSON:** Yes, thank you.  And
8      Mr. Heffron gave me a, I suppose it would
9      be a response to the notice listing in bold
10     some documents that are responsive, and he
11     includes reference to some Bates stamped
12     documents that would also be included, just
13     for the record.
14     **BY MR. WILSON:**
15  Q.   Have you had any email correspondence with
16   Mr. Heffron or Mr. Woolf?
17  **A.   Other than setting up a depo time, not that I**
18   **sit here and recall.**
19  Q.   Okay.  And let's see here.  Okay.  And the
20   updated testimony list, it looks like it just
21   includes four new additions from the one
22   originally produced; is that accurate?
23  **A.   I -- you're looking at it, I don't have it.**
24  Q.   Okay.  Well --
25  **A.   I try to keep it as up to date as I can.**

Page 8

1  Q.   We'll skip over one, I've already marked your
2   report as Exhibit 67 (sic), go to Exhibit 68 for
3   me.  Should be the next one there.
4      **MR. WILSON:** And, Tyler, I have
5      copies of all this if you need it.
6      **MR. HEFFRON:** I may have some of
7      that, but the report, is that the next
8      exhibit?
9      **MR. WILSON:** The report is the next
10     numbered one, but I'm going over to 68 for
11     the testimony list now.
12     **MR. HEFFRON:** Okay.
13     **BY MR. WILSON:**
14  Q.   This is the original testimony list you produced
15   to us, when did you prepare this?
16  **A.   I don't know, but it was after 12/16 of 2020.**
17  Q.   Okay.  Since 12/16 of 2020, I'm seeing you gave
18   testimony in a federal case when Mr. Gibson,
19   John Gibson retained you?
20  **A.   If you have an updated case list, I appreciate**
21   **being able to look at it.**
22  Q.   Sure.  What number did we go off at?  I always
23   try not to pre-mark exhibits specifically for
24   this reason, but I messed up here.
25     **MR. WILSON:** Mark this as

Page 9

1 Exhibit 71, please.
2 (Deposition Exhibit Number 71
3 Marked for Identification.)
4 **BY MR. WILSON:**
5 Q.  This is just the updated testimony list.
6 **MR. HEFFRON:** I think I gave you all
7 the copies of everything I printed.
8 **MR. WILSON:** Yeah, sure did, here
9 you go.
10 **BY MR. WILSON:**
11 Q.  So I put in front of you Exhibit 71, if you
12 could just briefly glance at this and the one
13 that's marked as Exhibit 68 and confirm for me,
14 looks like there's just four new additions from
15 2021 on here?
16 **A.  Yes, that is correct.**
17 Q.  Does this list, Exhibit 71, include all of your
18 trial, deposition, and other hearing testimony?
19 **A.  To the best of my knowledge, I try to keep it up**
20 **to date.**
21 Q.  And do any -- are any of these cases cases where
22 you were retained on behalf of the plaintiff?
23 **A.  I think that question has been asked before, and**
24 **the answer to that question is yes.**
25 Q.  Can you point any of them out to me?

Page 10

1 **A.  I think I've done that in the past.  It will**
2 **require me sitting here contemplating what I**
3 **recollect from each of these cases.  My prior**
4 **testimony I pointed out the plaintiff's**
5 **testimonies that I've done.  The first one that**
6 **comes to mind that I can recall as I sit here**
7 **without these files was in 2015, Looney versus**
8 **Murphey, which was a med mal case out of**
9 **Missouri.  But as I said, I answered that**
10 **question before, and without these files going**
11 **back before 2015 and even after 2015, I can't**
12 **remember the circumstances around each and every**
13 **one of them.**
14 Q.  Well, when is the last time you remember being
15 retained on behalf of a plaintiff?
16 **A.  As I said, as I sit here right now, 2015 is the**
17 **last time that I recall giving testimony either**
18 **at depo or at trial for the plaintiff.**
19 Q.  Sure.  And -- and beyond just testimony, when's
20 the last time you were retained by a plaintiff's
21 attorney?
22 **A.  I don't know, probably within the last year to**
23 **review circumstances but no testimony occurred.**
24 Q.  Okay.  But you don't recall which matter that
25 would have been?

Page 11

1 **A.  Excuse me?**
2 Q.  You don't recall which matter that would have
3 been?
4 **A.  None on this list.**
5 Q.  Okay.  I know it's not on the list, but you
6 don't remember which matter that would have been
7 where you were last retained on behalf of the
8 plaintiff?
9 **A.  No, as I said, all my testimony I try to keep**
10 **track of.**
11 Q.  Did you take any notes while you were working on
12 this file?
13 **A.  Not that I recall.  There wasn't a whole lot to**
14 **take notes on.**
15 Q.  Can you tell me how much you've been paid so far
16 for your work in this case?
17 **A.  $4,775.**
18 Q.  You said 4,775?
19 **A.  $75, correct.**
20 Q.  Okay.  Now, is that time and money just
21 representative of the time needed to prepare
22 your report?
23 **A.  Yes, sir.**
24 Q.  Now, today Mr. Heffron's brought me an updated
25 fee schedule; you originally produced one with

Page 12

1 your expert disclosure.  Were your hourly
2 rates -- well, looks like you charge the same
3 regardless of what fee schedule we're working
4 on, $325 an hour; is that accurate?
5 **A.  The fee schedule I'm looking at was last updated**
6 **for 2020.**
7 Q.  Okay.
8 **A.  That's my current charges.**
9 Q.  You're looking at Exhibit 69?
10 **A.  Correct.**
11 Q.  And you said these are your current charges?
12 **A.  That's correct.**
13 Q.  Does your fee schedule change from case to case?
14 **A.  No.**
15 Q.  So, for instance, the charge for in-court
16 testimony is the same on every one of your
17 cases?
18 **A.  To the best of my recollection.  The cases tend**
19 **to go on for years, and my fee schedule, I try**
20 **to update annually.**
21 Q.  When's the last time you changed your fee
22 schedule?
23 **A.  I believe it was end of 2019, 2020.  I don't**
24 **recall as I sit here today.**
25 Q.  So as far as you can remember, sometime at the

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 13

1 end of 2019 or in 2020 was the last time it was
2 updated?
3 **A. Correct, I don't remember when I did it.**
4 Q. And that would have been what's reflected on
5 Exhibit 69?
6 **A. That's correct.**
7 Q. Okay.
8 MR. HEFFRON: Jeff, I have a
9 question.
10 MR. WILSON: Yeah.
11 MR. HEFFRON: Is the copies that my
12 paralegal brought in this morning, are they
13 the same as the one you'd previously been
14 provided, can you tell, are they dated the
15 same?
16 MR. WILSON: They -- the new one is
17 dated 2021 and looks like there might be
18 changes in formatting and then deposition
19 charges are the same -- oh, it looks like
20 it's the exact same --
21 MR. HEFFRON: Okay.
22 MR. WILSON: -- just a different
23 date.
24 MR. HEFFRON: I wasn't attempting to
25 suggest they were the same or different, I

Page 14

1 just didn't know, I hadn't put them side by
2 side so ...
3 MR. WILSON: Okay.
4 BY MR. WILSON:
5 Q. I believe you have Exhibit 67 in front of you,
6 which would be your CV, if I'm not mistaken?
7 **A. Yes, sir.**
8 Q. Okay. Is this up to date?
9 **A. It was last revised, this copy that I'm looking**
10 **at, on 2/24 of 2016.**
11 Q. Okay. So let's go over a few things, make sure
12 they're still accurate, are you still licensed
13 in Kansas, Louisiana, Missouri?
14 **A. I have active licenses in Kansas and Louisiana;**
15 **my license in Missouri I inactivated because I**
16 **don't use it.**
17 Q. Okay. So Missouri license is inactive status at
18 this moment in time?
19 **A. Correct.**
20 Q. Okay. Go over to page 2 for me. There's a list
21 of certifications on page 2, are those still
22 accurate today?
23 **A. Yes, sir.**
24 Q. Any new ones that aren't listed on here?
25 **A. Not that I can recall. Other than to say that**

Page 15

1 **I'm recertified by the American Board of**
2 **Emergency Medicine from, I think, 2018 to 2028.**
3 Q. Is it a ten-year certification?
4 **A. Yes.**
5 Q. Okay. And have you been -- are you now a
6 medical review officer?
7 **A. I don't recall, I may have updated that, how**
8 **long is it good for? Five years. I think it**
9 **was updated and may expire in 2021, but I can't**
10 **recall as I sit here. Obviously, this hasn't**
11 **been updated, like I said, since 2016.**
12 Q. Well, are you currently doing any work as a
13 medical review officer?
14 **A. Not actively. Occasionally, I get inquiries**
15 **from attorneys and insurance companies with**
16 **respect to drug screening.**
17 Q. That's not something you would need a medical
18 review officer certification for, though?
19 **A. Medical review officer certification is not**
20 **needed for any of my current positions or**
21 **medical activities.**
22 Q. Okay. Are you still a senior aviation medical
23 examiner?
24 **A. Yes, sir.**
25 Q. And do you still have your HIMS

Page 16

1 training/verification?
2 **A. Yes, sir.**
3 Q. And HIMS, what does that stand for?
4 **A. Human interventional motivational study.**
5 Q. Tell me about that, what does that mean?
6 **A. It is an added designation that is given to**
7 **aviation medical examiners that take additional**
8 **training to serve in the capacity of regulating**
9 **pilots that have drug or alcohol impairment**
10 **issues and/or pilots that are utilizing**
11 **disqualifying medications.**
12 Q. You say that's a extra certification that --
13 **A. Extra training --**
14 Q. Extra training.
15 **A. -- certification and updates that have to be**
16 **done every three years.**
17 Q. So that's extra training, certification that
18 allows you to regulate pilots with drug and
19 alcohol issues among other things?
20 **A. An aviation medical examiner serves as an agent**
21 **for the Federal Aviation Administration. We**
22 **collect data, do exams, and submit reports to**
23 **the FAA, who is the ultimate authority in**
24 **granting medical certification to pilots.**
25 Q. Okay. But there's aviation medical examiners

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 17

1 and then there's extra HIMS training,
2 certification, and the extra HIMS certification
3 is specifically towards regulating pilots with
4 drug and alcohol issues?
5 **A.  Evaluating and monitoring pilots that have drug**
6 **and alcohol issues --**
7 Q.   Okay.
8 **A.  -- and pilots that are on disqualifying**
9 **medications.**
10 Q.   Okay.  So what does a -- what's the difference
11 between a aviation medical examiner and a senior
12 aviation medical examiner?
13 **A.  An aviation medical examiner is initially**
14 **allowed to grant second and third class medical**
15 **certifications; a senior aviation medical**
16 **examiner is allowed to issue first class medical**
17 **certificates in addition to second and third.**
18 Q.   So just describe for me, what do aviation
19 medical examiners do?
20 **A.  We undergo -- initially to become an aviation**
21 **medical examiner, you have to be a practicing**
22 **physician.  You have to have completed, I think**
23 **completed a residency, you have to have a state**
24 **license, and you have to complete a one-week**
25 **training course to become an aviation medical**

---

Page 18

1 **examiner that's given by the FAA, then take a**
2 **test, and you are granted a one-year, annually**
3 **renewable certification, if you will, to grant**
4 **medical certificates to people aspiring to have**
5 **a first, second, or third class medical.  You're**
6 **held to carrying out the duties of a physician**
7 **and evaluating individuals as far as their**
8 **suitability or lack of suitability to possess a**
9 **medical certificate.**
10 Q.   Okay.  So if I could put that in a nutshell,
11 aviation medical examiners certify pilots?
12 **A.  They certify individuals that they are medically**
13 **qualified to have a medical certificate, which**
14 **is one of the documents that pilots need to**
15 **pilot an airplane.**
16 Q.   What sort of things do you test to issue medical
17 certificates for pilots?
18 **A.  You do a history, you do a physical exam, and**
19 **you perform indicated tests under the guidance**
20 **of the FAA and the federal air regulation rules**
21 **and regulations.**
22 Q.   You say you perform indicated tests, which
23 tests?
24 **A.  For a first, second, and third class medical,**
25 **you need to have a urinalysis and an EKG,**

---

Page 19

1 **depending on what class certification you want**
2 **and how old you are, visual acuity.  Those are**
3 **the three things that come to mind.**
4 Q.   And as a aviation medical examiner, when a
5 urinalysis is performed, are you actually doing
6 the testing of that specimen?
7 **A.  You test the urine for glucose and protein to**
8 **identify a tendency for diabetes or kidney**
9 **disease.**
10 Q.   I assume drug testing is part of that too?
11 **A.  No, sir.**
12 Q.   Okay.  So your job is for -- your role as an
13 aviation medical examiner doesn't include any
14 type of drug testing?
15 **A.  No, sir.**
16 Q.   What about the HIMS training certification, does
17 that involve drug testing?
18 **A.  Yes, sir.**
19 Q.   And would an aviation medical examiner such as
20 yourself do that drug testing?
21 **A.  We obtain the specimens, we do not perform the**
22 **testing, at least I don't, it's sent out to a**
23 **certification lab.**
24 Q.   Right, you send a specimen out to a lab and you
25 get the results back?

---

Page 20

1 **A.  Correct.**
2 Q.   Any part of your role as a aviation medical
3 examiner involve postmortem drug testing or
4 alcohol testing?
5 **A.  No, I don't perform services in that capacity on**
6 **crash victims, if you will.**
7 Q.   I know that you've been a practicing emergency
8 physician here in Wichita for approximately
9 35 years?  Maybe 37 or --
10 **A.  36.**
11 Q.   36.  36 years as an emergency physician here in
12 Wichita, does that -- in your role as an
13 emergency physician, do you perform postmortem
14 drug testing?
15 **A.  That's not part of my practice in the emergency**
16 **department at the bedside, no.**
17 Q.   It sounds like it may have been done a time or
18 two, though, or am I misreading you there?
19 **A.  Well, I -- I don't understand your question.  An**
20 **emergency physician sees living and/or patients**
21 **that present to an emergency department and make**
22 **dispositions.  Obviously, when people expire in**
23 **the emergency department, things happen**
24 **afterwards that we may or may not have a role**
25 **in, but ordering tests on deceased individuals**

---

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 21

1  is not part of our job.
2  Q.  So, I mean, you as emergency physician, you have
3  not performed postmortem alcohol testing?
4  A.  No, I've never ordered a test because it doesn't
5  help me treat the patient.
6  Q.  Have you ever performed postmortem alcohol or
7  drug testing?
8  A.  Have I ever ordered it, not that I can recall
9  off the top of my head, no.
10  Q.  And you're not a toxicologist, right?
11  A.  No, sir.
12  Q.  And you're not a pathologist?
13  A.  No, sir.
14  Q.  And none of your certifications are in boards or
15  organizations devoted to drug and alcohol
16  testing?
17  A.  I don't understand your question, it's
18  misleading.
19  Q.  Okay.  Have you performed any autopsies in your
20  career?
21  A.  No, sir.
22  Q.  Are you familiar with the methods that are
23  industry standard in the autopsy field for drug
24  and alcohol testing?
25  A.  I am familiar with the methodology utilized in

Page 22

1  drug and alcohol testing in the industry and
2  required by the department of transportation.
3  Q.  But does that include the methodologies used for
4  postmortem drug and alcohol testing?
5  A.  The technology used for postmortem testing as
6  far as I know is very similar to the same
7  methodology that's utilized in analyzing
8  specimens from living people.
9  Q.  And what are those methodologies?  Or, excuse
10  me, what -- what is the equipment that is used
11  to do that?
12  A.  It's equipment that's typically in laboratory
13  settings, has to do with different types of
14  chromatography, both qualitative and
15  quantitative testing.
16  Q.  Are there protocols that have to be followed
17  during that testing to ensure accuracy?
18  A.  The reference labs, I'm sure, are bound by
19  certain protocols that are delegated by the
20  industry as well as the government.
21  Q.  Do you know what any of those protocols involve?
22  A.  I'm not familiar with the protocols, no.
23  Q.  Let's look at your education section on your CV.
24  Is there anything that's missing from here, you
25  know, that should be added since you last

Page 23

1  updated your CV?
2  A.  No, this is my formal education; it does not
3  include any continuing medical education that
4  I've participated in since graduation from
5  medical school in 1982.
6  Q.  Has any of your continuing medical education
7  focused on postmortem alcohol and drug testing?
8  A.  Yes.
9  Q.  Can you name any of them?
10  A.  In my course of training and recredentialing
11  with the FAA, those topics are present in the
12  presentations that are given, yes.
13  Q.  Would you say it's a focus of the presentation,
14  postmortem alcohol and drug testing?
15  A.  No.
16  Q.  And those presentations, do they teach you how
17  to do postmortem alcohol and drug testing?
18  A.  No.
19  Q.  Do they teach you how to evaluate postmortem
20  drug and alcohol testing?
21  A.  No, they don't teach you how to evaluate
22  postmortem drug and alcohol testing, but they
23  teach providers the ramifications of use of
24  drugs and alcohol in the flying public.
25  Q.  I want to move on to the professional

Page 24

1  appointment section of your CV, it looks like it
2  might span two pages.  Well, one's labeled
3  special appointments, and the second one is
4  professional society fellowship, slash,
5  appointments.  Anything that is not on here that
6  should be since you last updated your CV?
7  A.  Not that I can recall.
8  Q.  Are you still a clinical assistant professor at
9  the University of Kansas Medical Center School?
10  A.  As far as I know, it's a volunteer position.
11  Q.  Is your list of hospital appointments accurate
12  today?
13  A.  Yes, to the best of my knowledge.
14  Q.  Well, I mean --
15  A.  On second thought, I'm no longer -- I no longer
16  have active staff privileges at Lawrence because
17  I'm no longer providing any services up there.
18  I'm active staff at Via Christi Hospital, I'm
19  active staff at Rock Regional Hospital, and
20  I'm -- I don't know how they change the staff
21  now, but I'm not actively practicing at Wesley,
22  I may be associate staff; if you don't admit
23  patients or care for patients, they tend to put
24  you in a different category.
25  Q.  Okay.  So you --

Page 25

1  A.  But --
2  Q.  -- you said that you are active at Rock
3  Regional?
4  A.  Yes, sir.
5  Q.  Okay.  Anything else that --
6  A.  No.
7  Q.  -- needs to be updated on this?
8  A.  Rock Regional and Via Christi, it's now
9  Ascension Via Christi, are the only hospitals I
10  actively practice emergency medicine at
11  currently.
12  Q.  Then I want to move on to the professional
13  societies listed on your CV.  Same question, are
14  there any that have been added to this since you
15  last updated your CV?
16  A.  No, but the CV is dated.  The American Academy
17  of Disability Evaluating Physicians has changed
18  its name, it's now the International Academy of
19  Independent Medical Examiners.
20  Q.  Okay.
21  A.  That obviously occurred sometime after 2016.
22  Other than that, I can't say that there's any
23  changes.
24  Q.  Okay.  Then the last page, your practice
25  profile, is this up to date?  I'm guessing not

Page 26

1  because I think I see Lawrence Emergency
2  Medicine Associates listed on here, anything
3  else that's not correct about this?
4  A.  CEP America has changed its name to Vituity;
5  Via Christi Regional Medical Center has changed
6  their name to Ascension Via Christi.  That would
7  be it.
8  Q.  So other than the two name changes you mentioned
9  and then Lawrence Emergency Medicine Associates,
10  everything else is accurate?
11  A.  Correct.  Emergency Services, PA now is a
12  defunct corporation as far as I know.
13  Q.  Okay.  What does a medical review officer do?
14  A.  A medical review officer reviews, from a medical
15  standpoint, the results of drug and alcohol
16  testing for industries, governmental entities,
17  or whoever the asking party is to identify
18  reasonable medical explanations for the results.
19  Q.  Would part of the medical review officer's job
20  entail reviewing and analyzing postmortem drug
21  and alcohol testing?
22  A.  It's reviewing the results of those -- results
23  are obtained from a postmortem individual, yes.
24  Q.  And part of the job of a medical review officer
25  is ensuring the integrity of the drug testing

Page 27

1  process; is that accurate?
2  A.  Correct.
3  Q.  And that includes things like making sure
4  specimens are uncontaminated?
5  A.  Using your medical expertise to assure the
6  medical validity to the results and whether
7  they're medically valid.
8  Q.  And that would include things like making sure
9  the proper protocols were followed by the lab?
10  A.  From collection to lab, yes.
11  Q.  Okay.  You can pull out your report now, I
12  believe it's marked Exhibit 60 -- no, wait, 70,
13  I think.  Is that right?
14  A.  Put them in order since he jumps back and forth.
15  Q.  Should be the last jump, I hope.
16  A.  Okay.
17  Q.  Is that marked Exhibit 70?
18  A.  Yes, sir.
19  Q.  And that's a copy of your report issued in this
20  case?
21  A.  Yes, sir.
22  Q.  I know that in your report you list that you
23  reviewed six pages of deposition testimony
24  excerpts.  Do you know which excerpts you
25  reviewed?

Page 28

1  A.  Not as I sit here today, but as I recall, it was
2  individuals or law enforcement personnel that
3  were present after the individual was found, at
4  or after the individual was found, Mr. Gray was
5  found.
6  Q.  And did these deposition excerpts help inform
7  your opinions in this case?
8  A.  They gave additional information; I don't know
9  that they had significant impact in my decision
10  making other than to establish a chronology and
11  time frame of what occurred.
12  Q.  And you also reviewed six photographs, do you
13  remember which photographs you reviewed?
14  A.  As I look here, I reviewed 20 autopsy
15  photographs.
16  Q.  Yes, and then there's also an item listing
17  postaccident photographs of the scene, the very
18  first bullet point on page 2 of Exhibit 70.  Do
19  you remember which photographs you reviewed?
20  A.  No, but it was six.  I think, if I'm not
21  mistaken, Mr. Heffron gave you a zip drive with
22  those pictures on it.
23  Q.  I don't know that the pictures are on here.  I
24  think they were just identified as being
25  previously produced.  Well, just I know you

Page 29

1  can't remember exactly which photographs they
2  were, but were they photographs of the bin, of
3  Mr. Gray, both, the trailer?  Do you remember
4  what --
5  **A.  All three.**
6  Q.  All three, okay.  And do those photographs help
7  inform your opinions in this case?
8  **A.  Again, it gave me information that allowed me to**
9  **reconstruct the chronology of the events that**
10  **occurred that impacted my decisions and**
11  **opinions, yes.**
12  Q.  Exhibit 70 is your report, does this report
13  contain all of -- all of the opinions you're
14  prepared to testify about in this case?
15  **A.  It contains all of the opinions I was asked to**
16  **opine on.  I can -- can't say that if a question**
17  **is asked that I won't have an opinion based on**
18  **this report.**
19  Q.  Okay.  But without a question being asked, you
20  don't have an intention of presenting another
21  opinion that's not labeled in this Exhibit 70?
22  **A.  No, sir.**
23  Q.  So I want to go over to page 2 here under
24  opinion, and in that first paragraph under
25  opinion, you say that, the last sentence, the

Page 30

1  following multiple factors contributed to
2  Mr. Gray's unanticipated sudden death, and
3  point 1 is sudden/irreversible respiratory
4  compromise due to aspiration and asphyxia.  Did
5  I read that right?
6  **A.  Yes, sir.**
7  Q.  What did you mean by aspiration?
8  **A.  The postmortem evaluation, along with the**
9  **photographs that I was privy to look at, are**
10  **indicative of presence of sawdust in his**
11  **airways.**
12  Q.  Was the sawdust present in his lungs?
13  **A.  In the major airways of the lungs, I believe it**
14  **was, yes.**
15  Q.  And in point 2, you say, and I may butcher the
16  pronunciation here, but cardiomegaly?
17  **A.  Yes, sir.**
18  Q.  With left ventricular hypertrophy?
19  **A.  Yes, sir.**
20  Q.  That just means an enlarged heart with
21  thickening of the walls of the heart's main
22  pumping chamber?
23  **A.  Yes, sir.**
24  Q.  Now, that's not a disease, is it?
25  **A.  It is evidence of progressive disease processes,**

Page 31

1  **which are multifactorial.**
2  Q.  It's not a disease, it's a sign of some sort of
3  condition or disease?
4  **A.  It's a sign of disease processes that are**
5  **multifactorial in origin.**
6  Q.  Okay.  Now, the thickening -- or the enlarged
7  heart and the thickening of the walls of the
8  main pumping chamber of the heart, that didn't
9  cause Mr. Gray to become engulfed in sawdust,
10  did it?
11  **A.  I don't know of any connection between heart**
12  **size and sawdust as I sit here today, no.**
13  Q.  So how did this contribute to Mr. Gray's death?
14  **A.  People with enlarged hearts and left ventricular**
15  **hypertrophy are more predisposed to acute**
16  **cardiac events than someone with a normal sized**
17  **heart and normal cardiac anatomy.**
18  Q.  And did Mr. Gray experience an acute cardiac
19  event?
20  **A.  We don't know.**
21  Q.  So if we don't know, then how did this
22  contribute to his death?
23  **A.  People with cardiomegaly and left ventricular**
24  **hypertrophy are prone to sudden cardiac**
25  **arrhythmias and sudden cardiac death.**

Page 32

1  Q.  Right, so -- but we don't know whether that
2  happened, right?
3  **A.  You're correct, we have no eyewitness accounts**
4  **or any evidence to say one way or the other.**
5  Q.  So in other words, your point 2 on page 2 that
6  he had enlarged heart with thickening of the
7  walls of the heart, your testimony is that
8  contributed to Mr. Gray's death because it made
9  him more predisposed to an event that we don't
10  know happened or not?
11  **A.  I'm confused by your long-winded question.**
12  Q.  Okay.  We don't know one way or the other
13  whether Mr. Gray experienced a cardiac event?
14  **A.  We have no independent information to tell us**
15  **one way or the other other than the evidence**
16  **that he had enlarged heart and hypertrophy,**
17  **which, again, predisposes individuals over the**
18  **normal population to sudden cardiac death.**
19  Q.  What percentage of people in the population have
20  an enlarged heart?
21  **A.  I don't know the answer to that question, I'm**
22  **sure I could find it for you.**
23  Q.  Is it a fairly common condition?
24  **A.  Again, I -- as I sit here today, I can't give**
25  **you a speculation on that.**

Page 33

1 Q.   Okay.  Bullet point 3 here, you say
2 atherosclerotic coronary artery disease?
3 **A.   Yes, sir.**
4 Q.   And that's just plaque buildup inside the walls
5 of the arteries?
6 **A.   Narrowing of the coronary arteries, yes.**
7 Q.   That's a common condition in America?
8   MR. HEFFRON: Object to form.
9 **A.   It's seen as we live longer in this society and**
10 **our diets and genetics predispose us to that and**
11 **habits.**
12   BY MR. WILSON:
13 Q.   I mean, that's -- that's something that happens
14 to almost everybody as they age?
15   MR. HEFFRON: Object to form.
16 **A.   Again, there -- you can live to be 90 and have**
17 **no atherosclerotic disease.  Again, you're**
18 **asking me to speculate on things I don't have**
19 **independent knowledge as I sit here today to**
20 **answer your questions.**
21   BY MR. WILSON:
22 Q.   Well, narrowing of the arteries didn't cause
23 Mr. Gray to become engulfed in sawdust, did it?
24 **A.   There's no correlation between narrowing of the**
25 **arteries and being engulfed in sawdust, you're**

Page 34

1 **correct.**
2 Q.   And the fourth bullet point here is that the
3 vitreous alcohol level is greater than the blood
4 alcohol level, suggestive of subclinical
5 evidence of alcohol-induced mental acuity
6 changes.  Did I read that right?
7 **A.   Yes, sir.**
8 Q.   And vitreous, you're talking about the
9 gelatinous substance in the eye; is that
10 accurate?
11 **A.   Yes, sir.**
12 Q.   That has a higher water content than the blood,
13 does it not?
14 **A.   Has a higher what?**
15 Q.   Water content?
16 **A.   I believe so, yes.**
17 Q.   And when someone consumes alcohol, the alcohol
18 is diffused throughout the water in the body?
19 **A.   Alcohol is absorbed, primarily taken up in**
20 **water-contained tissues, it is then metabolized**
21 **in the liver, and then it is eliminated or, if**
22 **you will, as the blood flow continues.**
23 Q.   When someone dies, does the liver keep
24 metabolizing alcohol?
25 **A.   To the best of my knowledge, when someone dies,**

Page 35

1 **has no cardiac activity or movement of blood**
2 **through the liver, I cannot envision how the**
3 **liver continues to metabolize alcohol.**
4 Q.   And that's the body's way of eliminating alcohol
5 from the system?
6 **A.   98 percent of the alcohol is metabolized by the**
7 **liver.**
8 Q.   And the other 2 percent is things like
9 breathing, sweating?
10 **A.   And urine.**
11 Q.   Urine.  And once someone dies, they're no longer
12 breathing?
13 **A.   Correct.**
14 Q.   They're no longer sweating?
15 **A.   Correct.**
16 Q.   And they're no longer urinating?
17 **A.   Correct.**
18 Q.   So in other words, alcohol is not being
19 eliminated from the body after death?
20 **A.   Correct.**
21 Q.   And then point 5 here, you say, the alcohol
22 level, and in parentheses, greater than
23 .04 milligrams per liter, at time of death
24 consistent with statutory impairment, and then
25 you cite a Kansas statute there.  What do you

Page 36

1 mean by this?
2 **A.   I think it's fairly self-explanatory.**
3 Q.   Well, is it blood alcohol level or vitreous
4 alcohol level?
5 **A.   You have to go to the statute to look at the**
6 **terminology and then ask me questions about**
7 **that.**
8 Q.   Do you not know?
9 **A.   I'm here to answer your questions.**
10 Q.   Well, what I'm saying, Dr. McMaster, is you
11 wrote this point 5, correct?
12 **A.   That's correct.**
13 Q.   And when you say alcohol level, are you
14 referring to blood alcohol level or vitreous
15 alcohol level?
16 **A.   I'm referring to the number .04 milligrams per**
17 **deciliter present in body fluids, tissue, blood,**
18 **vitreous, whatever you want to define it as.**
19 **You need to -- I can't really comment, I don't**
20 **write the laws, I just look at what's printed,**
21 **and as far as I recall, the statute quoted says**
22 **an alcohol level, and it doesn't quantify what**
23 **type of tissue or what body fluids it's**
24 **pertaining to.**
25 Q.   Well, Doctor, isn't alcohol in the blood how we

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 37

1 determine whether someone's intoxicated?
2    MR. HEFFRON: Object to form.
3 A.  Intoxication is more a -- I can't tell you what
4 the statutes refer to.  Again, it says alcohol
5 level, it doesn't specify the tissue or the
6 fluid type, it has a distinct level; and
7 intoxication, as far as I understand it, is more
8 a legal definition than a medical definition,
9 albeit they've used numbers in the medical and
10 law enforcement community to identify a certain
11 number as intoxication or impairment.
12    BY MR. WILSON:
13 Q.  Well, I'm not asking what the statute's talking
14 about.  What I'm asking about is just in terms
15 of the medical field, when you're trying to
16 figure out if someone is impaired, you look at
17 their blood alcohol content?
18 A.  I look at the individual and the history and
19 physical exam findings to identify impairment
20 and bring with that a number that is accepted in
21 the medical community and the legal community to
22 identify intoxication and impairment.
23 Q.  In your career as either an emergency room
24 physician, medical review officer, an aviation
25 medical examiner, have you ever ordered drug or

Page 38

1 alcohol analysis to be performed on the vitreous
2 fluid?
3 A.  No.
4 Q.  It's always been on either the blood or the
5 urine, correct?
6 A.  Blood, urine, breath.
7 Q.  One of those three?
8 A.  Yes, sir.
9 Q.  And that's because that's how you evaluate
10 whether someone is impaired, correct?
11 A.  No, that's --
12    MR. HEFFRON: Object to the form.
13 A.  -- how I get the number to put in conjunction
14 with my history and physical exam to identify
15 impairment and intoxication.
16    BY MR. WILSON:
17 Q.  And the number you get whenever you order those
18 tests is what you use to evaluate whether
19 someone is impaired?
20 A.  I use that number in conjunction with my history
21 and exam findings to give definition of
22 impairment.
23 Q.  So in your career, you only use blood, urine,
24 and breath to determine whether someone is
25 impaired?

Page 39

1 A.  Again, I use that as one point in the multiple
2 other information I have to identify impairment.
3 Q.  But that one point, you've never relied on a
4 number for any other bodily fluid?
5 A.  I'm confused by the question.
6 Q.  Well, Doctor, you can -- you can test any bodily
7 tissue or fluid for alcohol, correct?
8 A.  Correct.
9 Q.  And you've never relied on a number, alcohol
10 content number from any other tissue besides
11 breath, urine, and blood?
12 A.  To incorporate into my decision making and
13 opinions, yes.
14    MR. HEFFRON: Jeff, would this be a
15 good stopping point for a men's room break?
16    MR. WILSON: Yeah, sure.
17    (Thereupon, a recess was taken;
18    whereupon, the following was had.)
19    BY MR. WILSON:
20 Q.  All right.  Doctor, I want you to take back a
21 look at Exhibit 71 for me, your updated
22 testimony list.  Do you know if any of these
23 cases involve a determination of whether someone
24 was impaired?
25 A.  As I sit here without spending time, no.  I

Page 40

1 think, I can't recall, but impairment is an
2 issue in cases I've looked at before.  Now,
3 whether I've testified, I'll have to -- there
4 may be a couple that had to do with impairment,
5 but I can't recall who they are right now.
6 Q.  Have you ever had to evaluate -- well, strike
7 that.  How many times in the past have you been
8 asked to evaluate postmortem alcohol testing
9 results to determine whether someone was
10 impaired at the time of death?
11 A.  I don't understand your question, in what
12 context?
13 Q.  Any context?
14 A.  I would venture to say that I'm asked to opine
15 on that probably on a yearly basis over the last
16 10 to 20 years, but, again, I can't sit here and
17 recollect each and every time that question is
18 asked of me.
19 Q.  Do you remember the last time you were asked to
20 make such an evaluation?
21 A.  Not as I'm sitting here today, no.  It hasn't
22 been within the last several months, I can tell
23 you that.
24 Q.  So at the bottom of this page 2 of your
25 report --

Page 41

1  A.   Now we're back on another --
2  Q.   Yes, we are back --
3  A.   Okay.
4  Q.   -- on Exhibit 70.
5  A.   Okay.
6  Q.   You say, it is well documented within the
7  medical literature that despite the appearance
8  of normal behavior, computation speed decreases,
9  mental acuity decreases, and individuals
10 manifest increased self-confidence and decreased
11 inhibition.  Did I read that right?
12 A.   Yes, sir.
13 Q.   What sort of medical literature are you talking
14 about here?
15 A.   The plethora of medical literature out there
16 that talks about the effects of drugs and
17 alcohol on individuals.
18 Q.   And did you rely on any of those, any of that
19 literature to form your opinions?
20 A.   Not any specific piece of the literature; it's
21 abundant in the medical literature.
22 Q.   But you can't tell me an article as you --
23 A.   Not as I sit here today, it's just general
24 medical knowledge.
25 Q.   And you didn't read any -- any such articles

Page 42

1  before you drafted your report?
2  A.   No, not in context with specifics to this
3  report, no.
4      MR. HEFFRON: Well, let me -- so
5  we've disclosed two medical literatures
6  relative to alcohol information, is that
7  what you're asking about, Jeff?
8      MR. WILSON: No, I think the
9  articles that have been disclosed talk
10 about testing and various bodily --
11 specifically the vitreous humor and blood.
12 A.   The two that I referenced or utilized in
13 preparation of my report are the excerpts from
14 the Medical Review Officer's Manual and the
15 article that looks at blood alcohol and vitreous
16 alcohol concentrations.
17     BY MR. WILSON:
18 Q.   And did you read any other medical literature
19 before preparing your report?
20 A.   No.
21     MR. HEFFRON: I'm sorry, Jeff, I
22 wasn't trying to jump on top of you; I was
23 afraid that the two of you were not
24 tracking with your question and what he was
25 saying.

Page 43

1      MR. WILSON: I understand.
2      BY MR. WILSON:
3  Q.   So moving on to the next page of your report,
4  you get into talking about Dr. Bledsoe's report
5  and his opinions.  One of the things you say
6  here is Dr. Bledsoe's purported reliance on
7  rapid sequence intubation is not an appropriate
8  analogy and, based on my training, education,
9  and experience, not a product of reliable
10 principles or methods in the medical community
11 for determining a period of time for conscious
12 pain and suffering.  Did I read that right?
13 A.   Yes, sir.
14 Q.   So you think it is unreliable for Dr. Bledsoe
15 to -- well, strike that.  You don't think it's
16 appropriate for Dr. Bledsoe to rely on rapid
17 sequence intubation for his determination of how
18 long Mr. Gray was alive in the sawdust?
19 A.   That's correct.
20 Q.   What happens when someone undergoes rapid
21 sequence intubation?
22 A.   Rapid sequence intubation is a term that is
23 utilized to identify the process and procedure
24 for inducing an unconscious state in an
25 individual in preparation and for performance of

Page 44

1  placing a permanent airway.
2  Q.   And one of the steps in that procedure is
3  rendering the subject unable to breathe on their
4  own?
5  A.   Correct.
6  Q.   And that's through the use of paralytic drugs,
7  if I recall; is that accurate?
8  A.   That's correct.
9  Q.   So in other words, one of the steps in rapid
10 sequence intubation is preventing the subject
11 from breathing?
12 A.   Correct.
13 Q.   And then after that step, you then have to
14 complete the process so you can help them
15 artificially breathe?
16 A.   Correct, place a tube in the airway and use
17 artificial devices to support their respiratory
18 system.
19 Q.   Now, there is medical literature that discusses
20 how long -- well, strike that.  There's medical
21 literature that discusses or tests the level of
22 oxygen in someone's blood following that
23 paralysis?
24     MR. HEFFRON: Object to form.
25 A.   There's a mechanism of measuring oxygen inside

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 45

1  and outside a performance of rapid sequence
2  intubation procedures.
3      BY MR. WILSON:
4  Q.   Okay.  But that wasn't quite my question,
5  Doctor.  My question was there's medical
6  literature that has studied kind of -- I'm
7  struggling how to phrase this here, we'll strike
8  that.  As the subject is paralyzed and unable to
9  breathe, the oxygen in their blood is decreasing
10 over time; is that accurate?
11 A.   Correct.
12 Q.   And there are studies that have analyzed how
13 long it takes for the oxygen to decrease, fair?
14     MR. HEFFRON: Object to form.
15 A.   Correct.
16     BY MR. WILSON:
17 Q.   And those studies show that it takes nine to
18 ten minutes for oxygen to be totally depleted?
19     MR. HEFFRON: Object to form, lacks
20     foundation.
21 A.   Depends on the tissues you're looking at and how
22 the measurement is being done.
23     BY MR. WILSON:
24 Q.   Well, what is your understanding of -- so it
25 sounds like based on your answer that how long

Page 46

1  it takes for the oxygen to be depleted depends?
2  A.   Depends on the organ system you're looking at.
3  Q.   Okay.  So does the -- does the oxygen
4  concentration in the blood change depending on
5  which organ you're looking at?
6  A.   All of our organ systems utilize oxygen for
7  metabolism, and depending upon blood flow to
8  that organ system, the oxygen will be depleted
9  differently.  Oxygen is carried in the blood in
10 hemoglobin, and if that oxygen is not
11 replenished through respiratory efforts, it will
12 first go down in the blood before any other
13 organ system recognizes a decrease in oxygen.
14 Q.   Right, it'll go down in the blood before any
15 system recognizes a decrease?
16 A.   Correct.
17 Q.   There are studies that have analyzed how long it
18 takes for it to drop in the blood?
19     MR. HEFFRON: Object to form, lacks
20     foundation.
21 A.   Again, that it only identifies the saturation of
22 oxygen in circulating blood, that's what the
23 studies have looked at.
24     BY MR. WILSON:
25 Q.   Okay.  So there are studies that have analyzed

Page 47

1  the oxygen levels and how quickly they drop in
2  circulating blood?
3  A.   Correct.
4  Q.   And the brain relies on circulating blood?
5  A.   The brain tissue relies on oxygen as a cofactor
6  in the metabolism --
7  Q.   Okay.
8  A.   -- that's required to keep the neurons working.
9  Q.   And, Doctor, as an emergency room physician,
10 you're aware there are medical studies that talk
11 about how much oxygen is needed in the blood for
12 someone to remain conscious?
13     MR. HEFFRON: Object to form, lacks
14     foundation.
15 A.   I don't know of any literature that talks about
16 how much oxygen is necessary to maintain
17 consciousness.
18     BY MR. WILSON:
19 Q.   Well, are you aware of a threshold to maintain
20 consciousness?
21 A.   A threshold of what?
22 Q.   Blood oxygen concentration?
23 A.   That's one factor that is necessary for
24 maintaining consciousness.
25 Q.   And is there a certain level of blood oxygen

Page 48

1  concentration that below which a person will
2  lose consciousness?
3  A.   The literature may have identified that, yes,
4  but that's not something I dwell upon because
5  the brain utilizes glucose to perform its
6  activities, and oxygen is a cofactor to help
7  glucose be metabolized to make ATP, which is
8  what the cells need to survive.
9  Q.   So if I'm hearing you right, it means the brain
10 can actually survive a little bit longer because
11 it has this glucose?
12 A.   I didn't understand your question, I'm sorry.
13 Q.   Well, we're talking about consciousness, so
14 naturally that involves brain function, correct?
15 A.   Neuron cell function, yes, at the higher levels
16 of the brain, yes.
17 Q.   And you were just telling me that you don't
18 dwell on any medical literature that identifies
19 a blood oxygen concentration level below which
20 consciousness will cease because the brain has
21 glucose?
22 A.   The articles that you are attempting to utilize
23 that Dr. Bledsoe produced are informative, and I
24 have identified, or he identified that when the
25 oxygen level went below 30 percent that higher

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 49

1 cognitive function ceases. That's scientific
2 literature that has shown that when you're
3 performing rapid sequence intubation, it's not a
4 good idea if you want to remain -- or have the
5 patient remain cognitively intact after you
6 place a definitive airway, it's a good idea to
7 not let the O2 sat below -- fall below
8 30 percent.
9 Q. Okay.
10 A. Because, otherwise, when you get the tube in the
11 airway and they wake up, they may not be
12 cognitively intact.
13 Q. Okay. So whether there's a threshold or not or
14 dividing line, whether we can even know where it
15 is, you would agree with me that when a person
16 stops breathing, they're not going to lose
17 consciousness immediately absent some sort of
18 trauma or other medication-induced loss of
19 consciousness?
20    MR. HEFFRON: Object to form,
21    incomplete hypothetical.
22 A. I'm confused by your question, I don't
23 understand it.
24    BY MR. WILSON:
25 Q. Okay. So when a person is suffocating, unless

Page 50

1 they're -- have head trauma, they're not going
2 to lose consciousness immediately. Would you
3 agree with that?
4    MR. HEFFRON: Object to form.
5 A. Again, I don't understand your question because
6 higher cognitive function is a higher cortical
7 function.
8    BY MR. WILSON:
9 Q. Well, higher cognitive function just means
10 consciousness, does it not?
11 A. You're correct, the upper parts of the brain are
12 allowing you to perceive, be aware, react, have
13 emotion.
14 Q. Okay. You mentioned a moment ago that the
15 literature Dr. Bledsoe produced was scientific.
16 Did I get that right?
17 A. Well, I think it is medical literature, there
18 was an UpToDate article about RSI, and then
19 there was two articles about oxygen saturation.
20 Q. And those articles, are those published in peer
21 review journals?
22 A. I don't remember what articles -- what journals
23 they came out of. UpToDate's an online thing
24 you can subscribe to that's typically used by
25 multiple providers today. The other two

Page 51

1 articles, I don't know where they came from, but
2 they seemed reliable and appropriate for what
3 they were looking at trying to address, which is
4 the measurement of O2 saturations peripherally
5 and the effect on humans.
6 Q. Okay. You said that they seemed appropriate and
7 reliable?
8 A. They seemed -- I have no reason to dispute
9 anything that's said in them.
10 Q. Okay. UpToDate, is that something you use in
11 your practice?
12 A. No.
13 Q. Is it something physicians use in their
14 practice, though?
15 A. Yes.
16 Q. They rely on it on a day-to-day basis?
17 A. Yes.
18 Q. So why isn't -- why can't you compare the
19 paralysis and the cessation of breathing that
20 occurs in rapid sequence intubation to
21 suffocation in a sawdust bin?
22 A. I'm somewhat confused by the question.
23 Q. Well, in rapid sequence intubation, the subject
24 is prevented from breathing, correct?
25 A. Yes, sir.

Page 52

1 Q. And that's just one of the steps in the process?
2 A. Yes, sir. You paralyze the respiratory drive
3 and all other motor functions and higher
4 cognitive functions so as to facilitate
5 placement of a definitive airway.
6 Q. And so if -- and Mr. Gray was engulfed in
7 sawdust, yes?
8 A. Yes, sir.
9 Q. And the --
10 A. We believe, we believe he was engulfed in
11 sawdust; we have no witnesses other than the
12 pictures and how he was found to assume he was
13 engulfed in sawdust.
14 Q. Are you disputing that he was engulfed in
15 sawdust?
16 A. No.
17 Q. Okay. And as a result of being engulfed in
18 sawdust, Mr. Gray was unable to breathe?
19 A. The assumption is as a result of being engulfed
20 in sawdust, he was unable to breathe, yes.
21 Q. And are you disputing that assumption?
22 A. No.
23 Q. So we have two situations, rapid sequence
24 intubation and Mr. Gray's situation, both
25 subjects are unable to draw in oxygen into their

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 53

1  lungs, yes?
2  **A.   Again, rapid sequence intubation after the**
3  **individual's paralyzed brings about certain**
4  **metabolic events that occur.  The individual is**
5  **cognitively unaware and unresponsive.**
6  Q.  But in both cases, the subjects, Mr. Gray and
7  then the subject undergoing rapid sequence
8  intubation, is unable to breathe?
9  **A.   Correct.**
10  Q.  And medical studies tell us how long it will
11  take before blood oxygen concentration drops
12  below 30 percent in rapid sequence intubation,
13  yes?
14  **A.  Yes, sir.**
15  Q.  And why can't we use that same study to
16  determine an approximation of how long it would
17  take Mr. Gray to lose consciousness?
18  **A.  It's an illogical analogy.**
19  Q.  Why?
20  **A.   Because you're looking only at oxygen**
21  **saturation, not circulation.  And circulation is**
22  **necessary for perfusion of the brain and higher**
23  **cognitive function.**
24  Q.   Is there any evidence that Mr. Gray's
25  circulation stopped immediately?

---

Page 54

1  **A.   There's no specific evidence 'cause it was**
2  **unwitnessed.  There is postmortem evidence given**
3  **the facts that I identified, left ventricular**
4  **hypertrophy, cardiomegaly --**
5  Q.  Okay.
6  **A.  -- atherosclerotic cardiovascular disease.**
7  Q.  I see what you're saying.  Now, allow me,
8  Doctor, if we assume that Mr. Gray did not
9  undergo any sort of sudden cardiac events, his
10  blood would still be circulating while he's
11  suffocating in sawdust, yes?
12  **A.  I can't make that assumption based on the facts**
13  **that I was given.**
14  Q.  Why not?
15  **A.  Because the postmortem evidence shows evidence**
16  **of a reasonable medical explanation for why the**
17  **death occurred.**
18  Q.  And you're talking about potential for cardiac
19  arrhythmia?
20  **A.   Everything I identified is identified in my**
21  **report.**
22  Q.  And that's how you -- well, the potential for a
23  cardiac arrhythmia is what leads you to the
24  conclusion that you can't use rapid sequence
25  intubation as an analogy for Mr. Gray's case?

---

Page 55

1  **A.  I'm confused by your question, I'm sorry?**
2  Q.  Well --
3  **A.  The -- the two don't go hand in hand.**
4  Q.  The only reason that you don't feel it's
5  appropriate to use rapid sequence intubation is
6  because potentially Mr. Gray's blood stopped
7  circulating when he was in the sawdust, which is
8  not the same thing as a patient that's been
9  paralyzed in rapid sequence intubation?
10  **A.  Not under a procedure that is performed for an**
11  **alternative purpose, the purpose is providing a**
12  **definitive airway to an individual that needs a**
13  **definitive airway management.**
14  Q.  Right, but your -- your testimony is essentially
15  that there's a potential that Mr. Gray's blood
16  stopped circulating because of his cardiac
17  arrythmia, yes?
18  **A.  That's one possibility, yes.**
19  Q.  Well, you don't identify any others in your
20  report, do you?
21  **A.  No.**
22  Q.  Okay.  And so under that situation, his blood
23  stopped circulating when he has the cardiac
24  arrhythmia, and he's either unconscious
25  immediately or conscious for a very short amount

---

Page 56

1  of time.  Is that fair to say?
2  **A.  He's unconscious immediately.**
3  Q.  Okay.  So if he undergoes this cardiac
4  arrhythmia, unconscious immediately?
5  **A.  Correct.**
6  Q.  So if we assume, and I'm giving you a
7  hypothetical here, Doctor, if we assume, since
8  we have no way to know either way whether he had
9  a cardiac arrythmia, if we assume he didn't,
10  then his blood still would have been
11  circulating?
12      **MR. HEFFRON:** Object to form,
13      incomplete hypothetical.
14  **A.   Again, I can't assume that his blood wasn't**
15  **circulating because I don't have facts.**
16      BY MR. WILSON:
17  Q.   But the cardiac arrhythmia is the only potential
18  cause for an immediate cessation of blood
19  circulation you identify in your report?
20  **A.  It's the only one I identified in my report**
21  **because it's the most, what shall I say, raises**
22  **to the highest level given the multiple**
23  **comorbidities identified.**
24  Q.  Okay.  So no other possible causes of a
25  immediate stop in blood circulation have been

---

Page 57

1 identified in your report?
2 A.  **No.**
3 Q.  No meaning that's correct?
4 A.  **Correct.**
5 Q.  Okay.  So further down, the last paragraph
6 before disclosure statements, this is where we
7 get to the actual potential for a cardiac
8 arrythmia, you say, it is entirely possible that
9 Mr. Gray suffered a sudden cardiac arrythmia in
10 conjunction with the stress induced with
11 potential drowning in sawdust.  You use the word
12 possible here, is your testimony that it's
13 possible he underwent a cardiac arrythmia or
14 that it's likely that he underwent a cardiac
15 arrythmia?
16 A.  **Possible.**
17 Q.  So you can't say it's 51 percent or more?
18 A.  **No.**
19 Q.  And your opinion is that this cardiac arrythmia
20 would have been brought on by the stress induced
21 with potential drowning in sawdust?
22 A.  **Stress is one factor that can induce cardiac**
23 **arrythmias.**
24 Q.  And that's your -- your testimony in your report
25 is that the stress induced with the potential

Page 58

1 drowning in sawdust is what could have caused
2 the cardiac arrythmia?
3 A.  **That is one of the -- one of the factors that**
4 **could have led to a cardiac dysrhythmia.**
5 Q.  And stress, does that have a medical definition
6 that's different than the layman definition we
7 use in everyday speak?
8 A.  **Not that I'm aware of, unless you can point me**
9 **to some specific article.**
10 Q.  So in other words, you're using the layman, just
11 regular, everyday term stress?
12 A.  **Stress as evidenced by what everyone assumed or**
13 **allegedly thought occurred.**
14 Q.  Okay.  And stress, that means the realization
15 that sawdust has engulfed him?
16 A.  **Or the impending doom associated with being**
17 **engulfed by sawdust.**
18 Q.  So if I could rephrase that, it's entirely
19 possible Mr. Gray suffered a sudden cardiac
20 arrythmia in conjunction with the realization of
21 a sudden doom due to the sawdust?
22    MR. HEFFRON: Object to form.
23 A.  **I wouldn't rephrase that. I wouldn't say it**
24 **that way, but you're welcome to say it however**
25 **you want.**

Page 59

1    BY MR. WILSON:
2 Q.  I appreciate that, Doctor, but my point is here
3 in this paragraph, you're saying the cardiac
4 arrythmia is possible, and the event that could
5 have triggered it is a realization he was
6 engulfed in sawdust?
7 A.  **Again, the stress induced with impending doom**
8 **induced a cardiac dysrhythmia.**
9 Q.  So in other words, there's some interval of time
10 there under your hypothetical where Mr. Gray is
11 aware that he is buried in sawdust and is likely
12 about to die?
13 A.  **I can't identify that interval of time, no.**
14 Q.  I'm not asking you to identify the interval of
15 time.  Just under your hypothetical because the
16 stress is part of it, the interval in time,
17 however long it is, had to exist?
18 A.  **In the same regard those individuals that die**
19 **from sudden cardiac arrest have no warning.**
20 Q.  But here, I mean, one can only be stressed by
21 the knowledge that he was potentially drowning
22 in sawdust if he is aware that he is potentially
23 drowning in sawdust?
24 A.  **Or physical exertion or change in the weather,**
25 **any -- any number of things can induce stress**

Page 60

1 **and as a result bring on a cardiac dysrhythmia.**
2 **I think my sentence speaks for itself.**
3 Q.  Okay.
4 A.  **It is entirely possible that a sudden cardiac**
5 **dysrhythmia occurred, he had no circulation to**
6 **his brain, and he had no higher cognitive**
7 **function ability, able to perceive or do**
8 **anything.**
9 Q.  And you mentioned physical exertion could cause
10 it as well?
11 A.  **Yes, it's known people with coronary artery**
12 **disease that exert themselves suffer sudden**
13 **cardiac arrest.  It's very evident in the winter**
14 **when people go out, shovel snow that are**
15 **otherwise sedentary and die in the driveway.**
16 Q.  For instance, the physical exertion of trying to
17 escape sawdust could be a factor that could
18 induce the arrythmia?
19 A.  **Yes.**
20 Q.  When someone has a cardiac arrythmia and they
21 lose consciousness, they would be breathing
22 normally or attempting to breathe normally?
23 A.  **I wouldn't classify it as breathing normally.**
24 **They have respiratory effort that continues**
25 **after the cardiac arrest.**

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 61

1 Q.   No different than the respiratory effort
2 experienced when someone sleeps?
3 A.   That I can't answer, I'm not a pulmonologist,
4 and I don't study sleep physiology in my spare
5 time.
6 Q.   But in this -- in this scenario with cardiac
7 arrythmia, the brain has no higher function?
8 A.   There's total absence of higher cognitive
9 function.
10 Q.   And that means he's unable -- Mr. Gray would
11 have been unable to perceive anything around
12 him?
13 A.   Correct.
14 Q.   He would have been unable to sense the sawdust
15 around him?
16 A.   Correct.
17 Q.   He would have been unaware that he was engulfed
18 in sawdust?
19 A.   Correct.
20 Q.   So he would not have been desperately trying to
21 breathe because he's engulfed in sawdust?
22 A.   There would be respiratory effort, but the
23 quality of his respiratory effort would be less
24 than normal.
25 Q.   And it wouldn't be a conscious effort to

Page 62

1 breathe?
2 A.   No.
3 Q.   Have you ever held your breath, Dr. McMaster, in
4 your lifetime?
5 A.   Yes.
6 Q.   Like, you know, me and my brothers used to, you
7 know, have a game in a pool where we'd see how
8 long we could hold our breath, you ever play a
9 game like that?
10 A.   I can't recall playing those games, but they do
11 occur and you hold your breath and you pass out.
12 Q.   Well, hopefully, you don't pass out, hopefully,
13 you come up before then, but if you've held your
14 breath for a long amount of time and then you
15 start to try to breathe, you're going to breathe
16 pretty hard, aren't you?
17 A.   The cognitive ability or the higher function
18 ability to hold your breath is well known and
19 can be manifested in otherwise normal
20 individuals.  And if you hold your breath and
21 you pass out, a lower function of the brain
22 takes over and allows you to breathe.
23 Q.   Is it your opinion that the level of alcohol
24 found in Mr. Gray's vitreous humor and heart
25 blood caused his death?

Page 63

1 A.   No, it was a potentially contributing factor to
2 decision making.
3 Q.   You say potentially, can you say it's more
4 likely than not?
5 A.   More likely than not based on my training,
6 education, and experience.
7 Q.   So how did it more likely than not contribute to
8 Mr. Gray's death?
9 A.   Well, the medical literature and the literature
10 that I'm familiar with with respect to the DOT
11 identifies a blood level or an alcohol level of
12 greater than .04 as possessing an increased
13 propensity to impairment, impairment meaning
14 decision making and higher cognitive functions.
15 Q.   Now, that's blood alcohol level?
16 A.   Alcohol level, .04, whether it's blood or
17 vitreous.  It is known that when alcohol level
18 is identified at greater than .04, an individual
19 is assumed to be potentially impaired due to the
20 alcohol based on their decision making.  We
21 don't let pilots fly with blood alcohol levels
22 above .04.
23 Q.   Blood alcohol level?
24 A.   Alcohol levels, however it is obtained, whether
25 it's blood, urine, or breath.

Page 64

1 Q.   Well, Doctor, the way alcohol affects our mental
2 acuity is it circulates to the brain, correct?
3 A.   It is a toxin that has effect on certain centers
4 in the brain, and those centers are affected
5 both acutely and chronically.
6 Q.   And the way alcohol affects those centers in the
7 brain is because blood circulates the alcohol to
8 the brain?
9 A.   Correct, and causes certain centers of the brain
10 to remodel, if you will, and as such, that
11 remodeling affects both acutely and chronically
12 decision making.
13 Q.   And the fluid in the eye, the vitreous humor,
14 that doesn't circulate in the body?
15 A.   The vitreous doesn't circulate outside the
16 eyeball.
17 Q.   Right, so it doesn't -- the fluid that you would
18 take a vitreous humor sample from does not
19 circulate to the brain?
20 A.   The vitreous does not circulate to the brain.
21 The vitreous is a fluid in an organ system that
22 contains metabolites, be it alcohol and other
23 metabolites, and can be analyzed.
24 Q.   But the vitreous, the levels of metabolites or
25 ethanol found in the vitreous is usually going

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 65

1  to be higher than the blood alcohol content?
2  **A.  It depends on when the sample is taken and**
3  **what's going on before and after.**
4  Q.   Okay.  Post-equilibrium, the vitreous humor is
5  going to have a higher blood -- or higher
6  alcohol concentration than the blood, correct?
7  **A.  Post-equilibrium, after you consume alcohol, the**
8  **vitreous will contain evidence of alcohol; it**
9  **depends on the rate of uptake by the vitreous**
10  **while it's being circulated as well as the rate**
11  **of elimination of the alcohol from the blood.**
12  Q.   So when someone drinks alcohol, it's absorbed
13  into the body through the lining of the
14  intestines, correct?
15  **A.  Correct.**
16  Q.   And it's then distributed throughout the water
17  content in the body?
18  **A.  Correct.**
19  Q.   And because the vitreous has a higher water
20  content than the blood, the vitreous alcohol
21  content will be more than the blood, generally
22  speaking, correct?
23  **A.  It depends on where you are on the consumption**
24  **scheme of things and elimination of the alcohol**
25  **that you've consumed.**

Page 66

1  Q.   All right.  So once you're done -- once your
2  body is done absorbing the alcohol and you
3  achieve what's called equilibrium, that's what
4  the stage will be called, correct?
5  **A.  Correct.**
6  Q.   Once you achieve that equilibrium phase,
7  generally speaking the fluid in the eyeball,
8  vitreous humor, is going to have a higher
9  alcohol content than the blood?
10  **A.  Again, it depends on whether that alcohol is**
11  **being metabolized and eliminated, where you're**
12  **on the stage of absorption, equilibrium, and**
13  **elimination.**
14  Q.   Okay.
15  **A.  As the blood is eliminated -- or the alcohol is**
16  **eliminated from the bloodstream, the vitreous**
17  **alcohol content will remain somewhat elevated**
18  **over the blood.**
19  Q.   So going back to your report, page 2, point 4
20  under opinion, you say that vitreous alcohol
21  level greater than blood alcohol level,
22  suggestive of subclinical evidence of
23  alcohol-induced mental acuity changes.  Did I
24  read that right?
25  **A.  Yes.**

Page 67

1  Q.   So you're saying that because the vitreous
2  alcohol level was higher than the blood alcohol
3  level, that is indicative of subclinical
4  evidence of alcohol-induced mental acuity
5  changes?
6  **A.  It is one indicator to suggest that the**
7  **individual would be more inclined to undertake**
8  **risky behaviors and poor decision making.**
9  Q.   So -- but the key there is that the vitreous
10  level is higher than the blood alcohol level?
11  **A.  Yes.**
12  Q.   And the medical literature says that that's an
13  indication of subclinical evidence of
14  alcohol-induced mental acuity changes?
15  **A.  The medical literature says that blood**
16  **alcohol -- or alcohol levels above .04 bring**
17  **with it a higher likelihood of risky behavior,**
18  **poor decision making; therefore, if you have a**
19  **pilot that has an alcohol level of .041 and he's**
20  **getting ready to fly an airline, they take him**
21  **off duty and say, you can't fly.**
22  Q.   But they never test pilots' vitreous levels?
23  **A.  I don't know that I've, in a living individual,**
24  **ever heard of or seen a vitreous alcohol level**
25  **utilized for legal or medical reasons, no.**

Page 68

1  Q.   And all the medical literature, specifically the
2  medical literature that you've cited and relied
3  on, talks about blood alcohol level, not
4  vitreous alcohol level?
5  **A.  It's comparing blood alcohol and vitreous**
6  **alcohol levels in people that are deceased.**
7  Q.   Well, I'm talking about when it tries to label a
8  certain level of alcohol as having mental acuity
9  changes, it's only talking about blood alcohol,
10  correct?
11  **A.  I don't know 'cause I didn't delve into the**
12  **literature that I've read in my career that**
13  **addresses the -- that specifically.**
14  Q.   Okay.  In your experience as a medical review
15  officer, an emergency room physician, a family
16  physician, or an aviation medical examiner, have
17  you saved any data from drug and alcohol
18  testing?
19  **A.  No.**
20  Q.   And I take it you haven't published any articles
21  on drug and alcohol testing results?
22  **A.  No.**
23  Q.   And have you ever been asked to speak on the
24  topic of interpreting drug and alcohol testing?
25  **A.  I can't recall in the last five years being**

Page 69

1 asked to give a talk on that topic.
2    MR. WILSON: I believe we're on 72;
3 is that right?
4    THE REPORTER: Yes.
5    BY MR. WILSON:
6 Q.  I'm going to mark Exhibit 72 here.
7    (Deposition Exhibit Number 72
8    Marked for Identification.)
9    BY MR. WILSON:
10 Q.  I've put in front of you one of the articles
11 that was produced to us, have you seen this
12 before?
13 A.  Yes, it's not an article, it's one page out of
14 this text.
15 Q.  The Medical Review Officer's Manual?
16 A.  Yes.
17 Q.  What is that manual?  Is it something used by
18 medical review officers in the field?
19 A.  Yes, it's a publication that is -- has been
20 published that medical review officers use to
21 help them do their job.
22 Q.  Is it a reliable publication?
23 A.  I think the medical profession and other
24 professions rely on it and look at it as being
25 reliable, yes.

Page 70

1 Q.  If this text, the Medical Review Officer's
2 Manual, were to say something that conflicts
3 with your testimony, would you defer to the
4 book, or would you say that you're correct and
5 the manual is wrong?
6 A.  I would have to review what you're challenging,
7 and then I'd give you my opinion.
8 Q.  Okay.
9 A.  I can't sit here and hypothetically say I
10 unilaterally agree with everything in the text.
11 Q.  Okay.  So I want to go over to the second page
12 here, there's just two pages to it.  First of
13 all, would you agree with me that the definition
14 of subclinical is that it's not detectable or
15 producing effects --
16    (Reporter requests clarification
17    of Mr. Wilson.)
18    BY MR. WILSON:
19 Q.  So when we talk about alcohol intoxication, if
20 we were to say someone is at a subclinical stage
21 of alcohol influence, that would mean that the
22 effects of alcohol are not detectable or that
23 the alcohol is not producing effects that are
24 detectable by the usual clinical tests?
25 A.  Again, that's a very long question.  When I

Page 71

1 think of subclinically detectable, that is all
2 in the eyes of the individual that's being asked
3 to detect alcohol and its effects and the
4 methodology that's being utilized.
5 Q.  Okay.  The Medical Review Officer's Manual, is
6 this a peer review publication?
7 A.  It is published by the -- an individual that is
8 involved in medical review officer
9 certification, and it's published by the -- it's
10 a tired occupational providers, it's -- comes
11 about to assist medical review officers in
12 performing their tests for industries that
13 employ them.
14 Q.  So is it peer reviewed?
15 A.  As far as I know, I think a number of people
16 look it over, I didn't bring the text with me.
17 I just gave you one page out of it and the
18 insert, and you can buy the text and find out
19 yourself, I don't know.
20 Q.  So it sounds like you're not sure whether this
21 is peer reviewed or not?
22 A.  It's a reliable textbook that I utilize and
23 medical review officers utilize in the
24 performance of their duties as a medical review
25 officer.

Page 72

1 Q.  But it sounds like you're not sure whether it's
2 peer reviewed or not?
3 A.  You'll have to define peer reviewed.
4 Q.  Do you not know what peer reviewed means?
5 A.  I know what it means, but, again, your
6 definition may not be in agreement with mine.
7 Q.  Well, let's use your definition, is this book
8 peer reviewed?
9 A.  I think it's well recognized by peers that do
10 medical review officer duties.
11 Q.  But you don't know whether it's peer reviewed or
12 not?
13 A.  Again, I've answered the question the best I
14 can, I'm not here to argue with you.
15 Q.  Well, it seems like a simple question, Doctor,
16 and I'm not hearing an answer to it.  You know
17 how the peer review process works on journals,
18 right, there's a board of people, medical
19 professionals that review a submission for
20 scientific reliability and accuracy.  Is that
21 fair to say?
22 A.  Yes.
23 Q.  Do you know if any such board exists for the
24 medical review officer certification?
25 A.  I don't know that a board exists, but I am

Page 73

1  assuming, given the fact that it's a
2  well-respected text, that it has been reviewed
3  by a number of peers from this physician.
4  Q.   So you're assuming it's peer reviewed?
5  A.   Yes.
6  Q.   I want to look at the table here on page 2.
7  This table uses blood alcohol concentration for
8  its categories of the stages of alcohol
9  influence, correct?
10  A.   That's what the table identifies, yes.
11  Q.   Yeah, it doesn't say anything about vitreous
12  alcohol level, does it?
13  A.   No, sir.
14  Q.   And down here at the bottom, there's a citation,
15  appears to be the source for the information on
16  the table.  Would you agree with that?
17  A.   Yes.
18  Q.   Looks like it's from the American Journal of
19  Clinical Pathology, do you know if that's a
20  authoritative or reliable medical journal?
21  A.   I believe it's a reliable source in pathology
22  fields and toxicology fields, yes.
23  Q.   Okay.
24      MR. WILSON: I'm going to mark
25      Exhibit 73 here.  Do you want a copy of

Page 74

1  this?
2      MR. HEFFRON: Okay.
3      (Deposition Exhibit Number 73
4      Marked for Identification.)
5      BY MR. WILSON:
6  Q.   So if you could just briefly look, I believe
7  that this is the article referenced as the
8  source for the table in Exhibit 72?  Let me know
9  if you agree with that.
10  A.   It appears to be the article referenced, yes.
11  Q.   Okay.  I want you to flip over, there's page
12  numbers, looks like either in the bottom middle
13  or top right or top left, it's going to be the
14  second-to-the-last page, page 749 of this
15  article.  Now, Doctor, one of the things that
16  you're doing in this case is you're taking the
17  vitreous alcohol level and the blood alcohol
18  level that was found in Mr. Gray's autopsy and
19  you're taking that and extrapolating backwards
20  to determine whether he was under the influence
21  at the time of his death.  Is that fair to say?
22  A.   I am extrapolating to identify the effects or
23  potential effects on his cognitive abilities and
24  decision making.
25  Q.   And your opinion is that he was under the

Page 75

1  effects of alcohol at the time of his death?
2  A.   That organ systems show evidence that there was
3  the possibility of effects of alcohol at the
4  time of his death.
5  Q.   Well, it's not just a possibility, right, your
6  testimony is that it's more likely than not that
7  he was under the influence of alcohol at the
8  time of his death?
9  A.   He had the presence of alcohol in his vitreous
10  and blood at the time of his death.
11  Q.   And you're basing that on the detection of
12  alcohol in his vitreous and blood at his
13  autopsy?
14  A.   Yes.
15  Q.   Okay.  So I want you to look at this last
16  paragraph on page 749, towards the end of the
17  last sentence, speculative retrograde
18  extrapolation of an experimentally determined
19  blood alcohol content to an earlier time should
20  be avoided because of its many pitfalls.  Did I
21  read that right?
22  A.   Yes.
23  Q.   And that's what you're doing here is
24  extrapolating backwards to the BAC at the time
25  of death?

Page 76

1  A.   I am using the blood alcohol levels determined
2  in his blood and vitreous to identify the
3  presence of alcohol within the individual at the
4  time of his death.
5  Q.   And table 4 on this same page, it looks like
6  this is the table that was taken for Exhibit 72.
7  Would you agree with that?
8  A.   Not having read it word by word, I would
9  generically agree with you it does appear very
10  similar.
11  Q.   And so the first stage here is .01 to .05 of
12  blood alcohol concentration, you see that?
13  A.   Yes.
14  Q.   And that level is called sobriety, right?
15  A.   That's what the author identifies as sobriety,
16  yes.
17  Q.   So if we compare Exhibit 72 with this one, you
18  might want to put them side by side, Doctor, the
19  first category on Exhibit 72 is labeled
20  subclinical rather than sobriety, correct?
21  A.   Yes.
22  Q.   Do you see any explanation for the change in
23  Exhibit 72?
24  A.   I see no explanation for the change in that
25  terminology, no.

Page 77

1 Q. And it looks like Exhibit 72 also added
2 computation speed diminished, mental acuity
3 decreases, and that's not present in Exhibit 73,
4 correct?
5 **A. That's correct.**
6 Q. And so it looks like no source at all is
7 provided for that last part, computation speed
8 diminished, mental acuity decreases in Exhibit
9 72. Would you agree with that?
10 **A. Yes, sir.**
11 Q. And if we look at Exhibit 73, the source for the
12 table in 72, there's no citation provided at all
13 for where this table comes from in Exhibit 73,
14 is there? And it may be, Doctor, that you
15 haven't read this study. I'll just represent to
16 you that there is no source for it, and if you'd
17 like to take the time to look through it to find
18 it, I'd be happy to give you that time.
19 **A. Sobriety and subclinical are two terms that need**
20 **to be identified by the individual that's being**
21 **asked to define those things and the authors.**
22 Q. And this Exhibit 73, have you ever seen this
23 before?
24 **A. No, sir. Do I get to keep it?**
25 Q. Absolutely. I take it, then, you wouldn't be

Page 78

1 able to tell me whether or not this is a medical
2 study or just an article, would you?
3 **A. No, I can't.**
4 Q. Do you know precisely at what point in time
5 Mr. Gray died March 7, 2019?
6 **A. No.**
7 Q. Do you know the time between his time of death
8 and when he arrived at the forensic lab?
9 **A. No, not precisely.**
10 Q. Do you know under what conditions his body was
11 stored before the autopsy was performed?
12 **A. No.**
13 Q. And do you know anything about whether there was
14 bacteria, yeast, or mold present in his blood or
15 vitreous fluid?
16 **A. The autopsy report didn't identify any of those**
17 **factors as being present.**
18 Q. Is that something that autopsy reports usually
19 identify?
20 **A. I don't know that.**
21 Q. What about blood markers, proteins and enzymes
22 in the blood, is that something an autopsy
23 report would identify?
24 **A. I think that that's up to the decision of the**
25 **pathologist whether those markers are requested.**

Page 79

1 Q. Well, for instance, if -- when someone undergoes
2 a sudden cardiac arrythmia, proteins or enzymes
3 are released into the blood, correct?
4 **A. Yes.**
5 Q. And those are identifiable biomarkers that'll
6 tell you whether or not someone underwent a
7 cardiac arrythmia?
8 **A. I think that is getting outside my area of**
9 **expertise, I have not studied the release of**
10 **biomarkers after sudden cardiac arrythmias.**
11 Q. Well, were you able to determine the level of
12 postmortem alcohol synthesis in Mr. Gray's body?
13 **A. No.**
14 Q. Do you know anything about any endogenous
15 sources of alcohol in Mr. Gray's body?
16 **A. Endogenous --**
17 Q. Endogenous.
18 **A. -- sources of alcohol?**
19 Q. I'm terrible -- I've gotten pretty good at
20 pronunciations, I messed that one up, though.
21 Do you know anything about that in Mr. Gray's
22 body?
23 **A. No, but based on my limited understanding, there**
24 **were no circumstances that would allow me to**
25 **conclude that any endogenous sources of alcohol**

Page 80

1 **would have produced those levels.**
2 Q. And what are endogenous sources of alcohol?
3 **A. Well, if you have a body that is decomposed and**
4 **a body that has been dead for days and rigor**
5 **mortis has set in and things of that nature,**
6 **there is - again, I'm not a pathologist - there**
7 **is the possibility of things within the fluids**
8 **of the body or things on the body that could**
9 **potentially produce alcohol over extended**
10 **periods of time. But, again, that's getting**
11 **beyond my area of expertise; those questions**
12 **would be better asked of a pathologist.**
13 Q. Well, you can tell me whether or not this is
14 outside your area of expertise, Doctor, but when
15 someone dies, one of the first things that
16 happens is all of the cell walls in the body
17 become permeable. Is that fair to say?
18 **A. I'm sure that that's not an illogical**
19 **assumption, but I'm just also going to qualify**
20 **it depends on the cells that you're talking**
21 **about.**
22 Q. Okay. One of the things that can happen is
23 bacteria and other microorganisms from the
24 digestive tract can go into other parts of the
25 body?

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 81

1  A.   Yes.
2  Q.   And when that happens, there's the potential for
3  those microbes to produce alcohol?
4  A.   Depends on the microbe and their metabolism,
5  but I assume it's possible.  It's getting way
6  outside the scope of what I am asked to opine
7  on.
8  Q.   Well, isn't postmortem alcohol production an
9  important thing to consider when determining
10 what someone's blood alcohol level was at the
11 time of death based on postmortem alcohol
12 testing?
13 A.   Yes, and I think the pathologist that performed
14 the autopsy took that all into consideration in
15 requesting appropriate testing to identify the
16 cause of death as well as contributing factors
17 to the cause of death.
18 Q.   But nothing in the autopsy report talks about
19 postmortem alcohol production, does it?
20 A.   No.
21 Q.   Nothing in the autopsy report talks about the
22 presence or absence of microbes?
23 A.   Not that I recall, no.
24 Q.   And -- and blood was taken from the heart and
25 the vitreous in Mr. Gray's case?

Page 82

1  A.   That's correct.
2  Q.   The heart is not the preferred location to take
3  blood for postmortem alcohol testing, is it?
4  A.   I don't know the answer to that question, I'm
5  not a pathologist.
6  Q.   Do you know anything about glucose levels in the
7  heart?
8  A.   In this individual, no.
9  Q.   In the general everyday population?
10 A.   Not as I sit here today specifically, I don't
11 know what you're referring to.
12 Q.   Do you know anything about the pH changes that
13 the body undergoes at death?
14 A.   No.
15 Q.   Do you know whether that impacts the growth and
16 proliferation of microbial life?
17 A.   I'm sure it has a contributing factor.  To what
18 degree, I don't know, that's outside my area of
19 expertise.
20 Q.   Do you know anything about whether -- well,
21 we'll strike that.  Do you know what method the
22 forensic lab used to determine the vitreous and
23 blood alcohol levels in Mr. Gray?
24 A.   No.
25 Q.   There's a variety of methods that can be used to

Page 83

1  determine that, right?
2  A.   Yeah, but I -- not having the autopsy report in
3  front of me, I would assume it was they utilized
4  GC mass spec to get the levels and report them
5  as they did.
6  Q.   Why would you assume that?
7  A.   Because that's what I've seen in my training,
8  education, and experience as long as I've been
9  doing this as the methodology that typically is
10 utilized in forensic analyses.
11 Q.   Well, are you familiar with gas, is it
12 chromatography, gas chromatography, is that what
13 you're talking about?
14 A.   That's GC.
15 Q.   GC.  What about enzymatic oxidation with
16 alcohol?
17 A.   I don't know what that refers to, that may be
18 another type of testing methodology.
19 Q.   Are you familiar with chemical oxidation with
20 acid dichromate as a testing procedure or
21 method?
22 A.   I'm not as I sit here today in 2021, no.
23 Q.   Okay.  And do you know anything about the
24 equipment used at the forensic lab, whether it
25 was sterile or not?

Page 84

1  A.   No, I assume that the labs used by the coroner
2  are certified and credentialed by appropriate
3  authorities.
4  Q.   And do you know how long of a time interval
5  there was between when the blood and vitreous
6  samples were taken and when the actual testing
7  was done?
8  A.   No.
9  Q.   That's an important factor in the validity of
10 these tests, correct?
11 A.   I think it has some factor on the validity of
12 the testing, yes.  Again, that's information
13 that's outside my area of expertise.
14 Q.   And so the time between when Mr. Gray died and
15 when he was actually examined in an autopsy,
16 that's an important factor as to whether the
17 blood alcohol and vitreous alcohol
18 concentrations are correct?
19    MR. HEFFRON: Object to form.
20 A.   That time frame has an impact on the results
21 reported, yes.
22    MR. WILSON: Are we on 74 now?
23    THE REPORTER: Yes.
24    MR. WILSON: We're about another
25 hour in if you guys want to take a quick

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 85

1 bathroom break?
2 **MR. HEFFRON:** Okay.
3 **MR. WILSON:** You don't have to, we
4 can keep going.
5 **MR. HEFFRON:** No, we'll take you up
6 on it.
7 (Thereupon, a recess was taken,
8 during which Deposition Exhibit
9 Numbers 74 and 75 Marked for
10 Identification.)
11 **BY MR. WILSON:**
12 Q.  All right.  Doctor, I've marked Exhibit 74,
13 which is the autopsy report right there.
14 **MR. WILSON:** Tyler, do you need a
15 copy?
16 **MR. HEFFRON:** No.  Thank you,
17 though.
18 **BY MR. WILSON:**
19 Q.  Have you seen this document before, Doctor?
20 A.  Yes, sir.
21 Q.  And there's a date and a time up here in the top
22 right.  Do you know if that date and time is
23 when the autopsy was completed or when the
24 report was prepared, or do you know either way?
25 A.  I do not know either way.

Page 86

1 Q.  Okay.  And if we turn over to the second page,
2 I'm going to go down to the external examination
3 heading.  And the third paragraph under that
4 heading, middle of the paragraph, the examiner
5 is talking about the eyes, and he says, the
6 sclerae and conjunctivae are hy -- hyperemic,
7 maybe I'm mispronouncing that.  Do you see that?
8 A.  Yes, sir.
9 Q.  Do you know what that means?
10 A.  Yes.
11 Q.  What does it mean?
12 A.  They were red, bloodshot.
13 Q.  And I believe sawdust was found in Mr. Gray's
14 eyes in addition to other places; is that
15 accurate?
16 A.  I have no reason to not believe that sawdust was
17 not found in his ...
18 Q.  Well, do you know -- do you know anything about
19 whether there was microbial life in the sawdust?
20 A.  No.
21 Q.  And the eyes, that would be a potential entry
22 point for bacteria, yeast, and molds, correct?
23 A.  Yes, and viruses.
24 Q.  And viruses into the rest of the body, for
25 instance, coronavirus?

Page 87

1 A.  Correct.
2 Q.  And sawdust was found in Mr. Gray's lungs, how
3 far down in the lungs was it found?
4 A.  What does the autopsy report say?
5 Q.  I believe it's over here a few more pages down,
6 the respiratory system perhaps.  Excuse me, no,
7 it's going to be on page 3 under evidence of
8 injury.  Under paragraph I there, it says, the
9 bronchi are occluded by tightly packed sawdust
10 with bloody fluid in the left bronchus?
11 A.  Could you direct me a little better, where are
12 you?
13 Q.  Sure, under evidence of injury --
14 A.  Okay.
15 Q.  -- on page 3 --
16 A.  Okay.
17 Q.  -- paragraph I, it looks like it's the --
18 A.  The bronchi are occluded by tightly packed
19 sawdust with bloody fluid in the left bronchus.
20 Q.  Bronchi, what does that refer to?
21 A.  The large airway tubes.
22 Q.  Okay.
23 A.  Left and right, got a right and left bronchus --
24 Q.  Okay.
25 A.  -- bronchi.  And the right divides up, further

Page 88

1 subdivides in a upper and lower.  There's
2 only -- there's three lobes on the right, two on
3 the left.
4 Q.  And you say that the bronchi divide into smaller
5 passageways; is that correct?
6 A.  Trachea goes right and left, mainstem bronchus,
7 the right mainstem bronchus divides into three
8 other major airways, the left into two.
9 Q.  Do those other --
10 A.  The caliber of the airways becomes less as you
11 go further out the Christmas tree.
12 Q.  Okay.  Are those other airways called something
13 other than bronchi?  Bronchioles or something
14 like that?
15 A.  More likely than not bronchioles.
16 Q.  Okay.  And the last para -- the last sentence
17 here in this paragraph talks about sawdust is
18 present within the posterior oropharynx, larynx,
19 trachea, and esophagus?
20 A.  Yes.
21 Q.  What is the oropharynx?
22 A.  The mouth, the back of the mouth.
23 Q.  Okay.  So it's saying sawdust was found the
24 mouth, the back of the mouth, all the way down
25 the throat, and into the large passageways and

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 89

1  then even into the bronchioles as well?
2  **A. Yes.**
3  Q. Under paragraph II here, additional injuries are
4  noted. After someone -- someone has died, if
5  they have a cut, is it going to clot and form a
6  scab?
7  **A. The bleeding will cease, I don't know that you**
8  **will -- I can't answer that question, I can't --**
9  **the bleeding ceases, the blood will clot in and**
10 **of its own because it's not circulating, and it**
11 **will form some sort of method to not continue to**
12 **emanate from the vessel, depending on the size**
13 **of the vessel.**
14 Q. Okay.
15 **A. If it's a large vessel, all the blood will go**
16 **out, and then the bleeding will cease. If it's**
17 **a very small vessel, capillary, the bleeding**
18 **ceases; whether it forms a scab, probably not.**
19 Q. Okay. If you go over to page 5 with me, there's
20 the toxicology portion of the report, and it
21 looks like blood was pulled from the heart; is
22 that right?
23 **A. Correct.**
24 Q. And ethanol was found at a concentration of
25 .039 milligrams per liter?

Page 90

1  **A. Milligrams per deciliter.**
2  Q. Excuse me. Is that transferable to a, you know,
3  the way we would put it in everyday terms .039
4  blood alcohol content?
5  **A. Yes.**
6  Q. And then the vitreous ethanol was found at a
7  concentration of .051 blood alcohol content?
8  Well, excuse me --
9  **A. Milligrams per deciliter.**
10 Q. Not blood alcohol content but the .051, that
11 would be transferable to just a -- I'm
12 struggling how to say this. Same measurement,
13 same units used?
14 **A. It's the amount of alcohol that is present in**
15 **the vitreous fluid.**
16 Q. Right, and it's milligrams per?
17 **A. Deciliter.**
18 Q. Deciliter. Then it has a section for urine, no
19 alcohol is noted in the urine test. Would you
20 agree with me.
21 **A. There is no alcohol identified within the urine.**
22 Q. Would you agree with me that when postmortem
23 alcohol testing is done and it's positive in the
24 blood, positive in the vitreous but negative in
25 the urine it's indicative of postmortem alcohol

Page 91

1  production?
2  **MR. HEFFRON:** Object to form, lacks
3  foundation.
4  **A. No, I would not agree with that.**
5  **BY MR. WILSON:**
6  Q. Why not?
7  **A. The presence of alcohol in the blood and the**
8  **vitreous is just that. The lack of report of**
9  **alcohol in the urine can be due to one of two**
10 **factors, one being there was recent consumption**
11 **and no elimination has occurred prior to the**
12 **death; or, two, the elimination phase had**
13 **completed to the point that there was none to be**
14 **detected, which is pretty similar to one; or,**
15 **number three, it was not tested for because it**
16 **really is not a necessary data point that was --**
17 **or is recognized in the pathology field.**
18 Q. If alcohol was still in the stomach at the time
19 of death, you would expect to see a blood
20 alcohol content that's higher than a vitreous
21 alcohol content, correct?
22 **A. Again, it depends on the stage of equilibration,**
23 **consumption, and elimination of the alcohol.**
24 Q. So we're still in the absorption phase because
25 there's alcohol in the stomach. In that

Page 92

1  situation, if a person dies in that state and
2  when you do postmortem alcohol testing, you're
3  most likely to find a blood alcohol content
4  that's higher than a vitreous alcohol content?
5  **A. Depending on the amount ingested, the time**
6  **elements, and the chronicity of ingestion of the**
7  **individual that's deceased.**
8  Q. Okay. I'm going to put Exhibit 75 in front of
9  you, this is the produced literature. And
10 describe for me what this -- what this document
11 is.
12 **A. It is the source I utilized to incorporate into**
13 **my decision making with respect to alcohol**
14 **concentrations in blood versus vitreous in**
15 **deceased individuals.**
16 Q. Did you read this article before you wrote your
17 report?
18 **A. Yes.**
19 Q. And this is published in the Journal of
20 Analytical Toxicology; is that correct?
21 **A. Yes.**
22 Q. Is that a publication relied on by clinicians in
23 the field?
24 **A. I assume it is, yes.**
25 Q. You consider it to be reliable and

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 93

1  authoritative?
2  **A.  I have no reason to not consider it to be**
3  **reliable, no.**
4  Q.   Okay.  Well, this study involved postmortem and
5  vitreous alcohol testing in 295 alcohol positive
6  cases; is that correct?
7  **A.   Correct.**
8  Q.   Do you know if that's a big enough sample size
9  to have statistical validity?
10 **A.   No, I'm not a statistician.**
11 Q.   And in this study, they found that vitreous
12 alcohol concentration exceeded the blood alcohol
13 concentration in 209 cases, being 71 percent of
14 those selected?
15 **A.   Yes.**
16 Q.   And the reason given in this study for that --
17 well, strike that.  The reason this study gives
18 for vitreous alcohol concentration being higher
19 than blood is that the water content of the
20 vitreous is higher, correct?
21 **A.   That may be one reason; the other is the**
22 **elimination of alcohol in an individual is much**
23 **delayed from the vitreous as opposed to the**
24 **bloodstream.**
25 Q.   And this article talks about when the blood

Page 94

1  alcohol content is less than .1, the ratio of
2  vitreous alcohol content to blood is highly
3  variable, correct?
4  **A.   Yes.**
5  Q.   In this case, Mr. Gray's blood alcohol content
6  was less than .1?
7  **A.   Yes.**
8  Q.   It was less than .4 -- or .04?
9  **A.   It was .039.**
10 Q.   At the time the autopsy was performed?
11 **A.   From the blood that was drawn from the heart.**
12 Q.   And speaking of that blood, I don't know if we
13 directly covered this earlier, the blood in the
14 heart has more glucose than the blood in the
15 femoral vein?
16 **A.   I don't know the quantification of blood in**
17 **the -- glucose in the heart blood as opposed to**
18 **the femoral blood, no, that's beyond my area of**
19 **expertise as I sit here today.**
20 Q.   Well, would you agree with me that glucose is
21 one of the primary substrates used by microbial
22 life to produce alcohol postmortem?
23 **A.   Yes.**
24 Q.   And how did you take into account postmortem
25 alcohol production when arriving at your

Page 95

1  opinions?  Or did you take it into account?
2  **A.   I took it into account because the autopsy**
3  **report did not indicate to me as a somewhat lay**
4  **pathologist, if you will, that there was any**
5  **extenuating circumstances surrounding the time**
6  **between when he was declared dead and when the**
7  **autopsy was performed.  And furthermore, there**
8  **was no evidence of bodily decompensation or**
9  **rigor mortis identified in the autopsy report.**
10 Q.   Well, Doctor, a long period of time between
11 death and testing is not required for postmortem
12 alcohol production, correct?
13 **A.   In order to get -- this is, again, what limited**
14 **knowledge I have, in order to get any**
15 **significant evidence of alcohol production by**
16 **microbes, there needs to be an adequate period**
17 **of time for those microbes to utilize the**
18 **glucose and produce enough alcohol to be**
19 **detected, which would require an extended period**
20 **of time from the point of death till obtaining**
21 **the sample.**
22 Q.   Well, but there's medical literature that
23 details examples where patients have been found
24 with significant postmortem alcohol production
25 12 hours after death?

Page 96

1      **MR. HEFFRON:** Object to form, lacks
2      foundation.
3  **A.   I have no knowledge of that literature.**
4      **MR. HEFFRON:** Is that a question?
5      Hold on, Doctor, is that a question, Jeff?
6      **MR. WILSON:** It was.
7      **MR. HEFFRON:** What was the question?
8      **MR. WILSON:** Can you read the
9      question back, please.
10     (At this time, the reporter read
11     the designated portion.)
12     **MR. HEFFRON:** That's not a question.
13     **MR. WILSON:** Your opinion is noted.
14     **BY MR. WILSON:**
15 Q.   I think it is, Doctor, and you can answer
16 subject to Mr. Heffron's objection.
17 **A.   Excuse me?**
18 Q.   You can answer subject to Mr. Heffron's
19 objection.
20 **A.   Why don't you re-ask the question, I can answer**
21 **it since I get confused with all of the --**
22 Q.   I understand.
23 **A.   -- back and forth.**
24     **MR. WILSON:** You can read it back
25     one more time, I'm so sorry, Nancy.

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 97

1  (At this time, the reporter read
2  the designated portion.)
3  **MR. HEFFRON:** I'm going to object to
4  the form, that's not a question, that's
5  your -- Jeff, that's your testimony,
6  declaratory statement here.  You can answer
7  if you can, Doctor.
8  **A.  I have no knowledge of that literature.**
9  **BY MR. WILSON:**
10  Q.   Well, what are you basing this idea that you
11  have to have a significant amount of time and
12  decomposition before postmortem alcohol
13  production can take place?
14  **A.   My training and education.  Primarily my**
15  **education that dates back over 35 years.**
16  Q.   How many courses did you take that focused on
17  postmortem alcohol production?
18  **A.   I have taken no specific course that addressed**
19  **that.  I took pathology in medical school, which**
20  **was a one-year course.**
21  Q.   Would you agree with me that postmortem
22  synthesis of alcohol is common up to a level of
23  .07 blood alcohol content?
24  **MR. HEFFRON:** Object to form, lacks
25  foundation.

Page 98

1  **A.   I cannot agree with that because I have no**
2  **knowledge of what you reported nor independent**
3  **education in that area.**
4  **BY MR. WILSON:**
5  Q.   Well, on the very first page of this exhibit
6  here in front of you, first paragraph says,
7  estimation of the blood alcohol concentration at
8  the time of death from postmortem samples is
9  complicated by many factors.  Would you agree
10  with that?
11  **A.   Yes.**
12  Q.   And it goes on to say, these include the quality
13  and location of the sample, specimen collection
14  technique, trauma - in parentheses,
15  contamination - time between death, autopsy and
16  analysis, presence of microorganisms, diffusion,
17  environmental conditions, and storage.  Did I
18  read that right?
19  **A.   Yes.**
20  Q.   You don't know any of these factors in regards
21  to Mr. Gray's postmortem alcohol testing, do
22  you?
23  **A.   Not other than what I could identify within the**
24  **information I was provided.**
25  Q.   And down at the second paragraph, the very last

Page 99

1  sentence, in the postabsorptive phase, and once
2  equilibrium has been established, the VAC/BAC
3  ratios should reflect differences in water
4  content.  Did I read that right?
5  **A.   Yes.**
6  Q.   That's saying the more water, the higher the
7  alcohol content?
8  **A.   Yes.**
9  Q.   And then continuing on in the last line of this
10  first page, continuing onto the second page, of
11  the many listed factors that can influence the
12  blood alcohol content, postmortem production of
13  alcohol must always be considered.  Did I read
14  that right?
15  **A.   Yes.**
16  Q.   And you didn't consider post alcohol -- or
17  postmortem alcohol production, correct?
18  **MR. HEFFRON:** Object to form.
19  **A.   I --**
20  **MR. HEFFRON:** Go ahead.
21  **A.   I considered it within the degree of education**
22  **that I've obtained.**
23  **BY MR. WILSON:**
24  Q.   But there's nothing in your report that talks
25  about or refers to postmortem alcohol

Page 100

1  production?
2  **A.   That is correct.**
3  Q.   And you don't know whether the autopsy examiner
4  did that either?
5  **A.   I don't understand -- I don't understand your**
6  **question.**
7  Q.   You don't know whether the examining doctor at
8  the autopsy considered post alcohol -- or
9  postmortem alcohol production?
10  **A.   I don't know one way or the other.  I would**
11  **assume given the area of specialization that**
12  **that is considered when they write a report.**
13  Q.   That's just an assumption you're making?
14  **A.   That's correct, I'm not a pathologist.**
15  Q.   And that paragraph continues on, although
16  postmortem synthesis of alcohol is typically
17  less than .07 grams per 100 milliliters,
18  concentrations of greater than the .1 grams per
19  100 milliliters have been reported.  Did I read
20  that right?
21  **A.   Yes.**
22  Q.   So the article that you relied on to form your
23  opinions in this case tells us that levels up to
24  .1 blood alcohol content can be generated
25  postmortem?

Page 101

1  A.  Yes.
2  Q.  And it's saying, you know, it's not even a rare
3  thing for it to come up to as much as .07?
4      MR. HEFFRON: Object to form.
5  A.  I guess I'm confused by your question, I'm
6  sorry.
7      BY MR. WILSON:
8  Q.  We'll just move on to the next one.  That
9  paragraph continues that postmortem production
10  depends on many factors, including the species
11  of microorganism, postmortem interval,
12  temperature, environmental conditions, and
13  trauma to the body.  And, again, Doctor, you
14  don't -- you don't know one way or the other
15  whether any of these factors existed in this
16  case?
17  A.  No, again, I rely on the expertise of the
18  pathologist that performed the autopsy.  And I
19  would, based on my education, venture to say
20  that if any of those factors were in play in
21  this particular case that they would have been
22  reported in the report.
23  Q.  But you're just assuming that's the case?
24  A.  Assuming that case based on my training,
25  education, and experience and practicing in the

Page 102

1  city.
2  Q.  Go down to figure 2, which is in the bottom
3  right corner of the second page.  This is a
4  table measuring the ratio of vitreous alcohol
5  content to blood alcohol content.  Would you
6  agree with me?
7  A.  Yes, it's a scatter plot.
8  Q.  And if I'm reading this scatter plot correctly,
9  at lower blood alcohol concentrations such as
10  .039, the ratio of vitreous alcohol content to
11  that blood alcohol content is very -- or very
12  hard to predict or determine?
13      MR. HEFFRON: Object to form.
14  A.  My interpretation is that .0 -- I'm sorry,
15  you're saying what -- could you read the
16  question back?
17      BY MR. WILSON:
18  Q.  Sure.  Well, the way I'm reading this is that
19  when you get blood alcohol content below .1, the
20  ratio of vitreous fluid is highly variable?
21  A.  Yes.
22  Q.  And focusing just on Mr. Gray's blood alcohol
23  content, we don't know one way or the other how
24  much postmortem alcohol production took place?
25      MR. HEFFRON: Object to form.

Page 103

1  A.  We don't know that any took place.
2      BY MR. WILSON:
3  Q.  We don't know that any didn't take place?
4  A.  Based on the autopsy report, I was unable to
5  identify any factor that would have contributed
6  to postmortem alcohol production.
7  Q.  But you felt confident -- confident enough in
8  your conclusions to write your report?
9  A.  Yes.
10  Q.  And your report says nothing about postmortem
11  alcohol production?
12  A.  Correct.
13  Q.  Did you ask whether there was any blood sample
14  that could be analyzed for microorganisms left
15  in the lab?
16  A.  No.
17  Q.  Did you call the doctor that did the autopsy?
18  A.  No.
19  Q.  Did you ask anybody for additional information
20  on the interval between death and when the
21  autopsy was done?
22  A.  No.
23  Q.  So the various factors that this article talks
24  about that are important in considering
25  postmortem alcohol production, did you ask for

Page 104

1  any of that information?
2  A.  Not other than what is contained -- no, I asked
3  no one, but evidence is contained within the
4  documents I was provided that addresses a
5  majority of those issues.
6  Q.  So were you able to rule out blood alcohol
7  content being influenced by postmortem
8  production of alcohol in Mr. Gray's case?
9  A.  Could you read that question back?
10      (At this time, the reporter read
11      the designated portion.)
12  A.  Not other than the ability to rule it out based
13  on the documents and reports provided me.
14      BY MR. WILSON:
15  Q.  So here at the end of this article, there's 12
16  references listed.  To your knowledge, do all of
17  these references come from reliable or
18  authoritative medical publications?
19  A.  I would assume that they come from reliable
20  references given this publication and the
21  journal in which it was published.
22  Q.  So the American Journal of Clinical Pathology,
23  is that a reliable and authoritative medical
24  publication?
25  A.  I have no reason to doubt its authenticity and

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 105

1 authoritative nature.
2 Q. To your knowledge, pathologists in the field
3 would read and rely on that paper?
4 A. Yes.
5 Q. Okay. Have we covered -- well, let me back up
6 real quick. Are you aware of any medical
7 literature that uses vitreous alcohol level to
8 determine mental acuity changes?
9 A. No.
10 Q. So how do we know that's a reliable way to
11 assess someone's mental acuity changes?
12 A. It is a marker of alcohol use, consumption, and
13 misuse, and as such there is medical literature
14 that identifies the effects of alcohol on
15 different tissues and behaviors.
16 Q. But is there any medical or professional
17 literature that tells us using vitreous level
18 versus blood alcohol level is a reliable way to
19 estimate someone's impairment?
20 A. Not that I'm aware of.
21 Q. And if Mr. Gray's alcohol level is below .04, he
22 would not be considered statutorily impaired,
23 correct?
24     MR. HEFFRON: Object to form, calls
25     for a legal conclusion.

---

Page 106

1 A. I can't answer that question, I didn't write the
2 statute.
3     BY MR. WILSON:
4 Q. Well, you tell us in your report that having .04
5 or more is statutorily impaired; you can't tell
6 us whether having less than that is not
7 statutorily impaired?
8     MR. HEFFRON: Object to form, lacks
9     foundation.
10 A. Has to do with a legal definition of impairment,
11 not a medical definition of impairment.
12     BY MR. WILSON:
13 Q. So when you're talking about the presumption of
14 impairment under K.S.A. 44-501, you're talking
15 about a legal conclusion?
16 A. I'm talking about a medical conclusion based on
17 my training, education, and experience.
18 Q. Okay. And you say in your report that .04 or
19 more is statutorily impaired, correct?
20 A. According to the Kansas statute, yes.
21 Q. Well, are we talking about the Kansas statute
22 definition or the medical definition?
23 A. I'm answering your questions.
24 Q. Well, I just asked you, Doctor, you know,
25 when -- when you're talking about being presumed

---

Page 107

1 statutorily impaired you're talking about a
2 legal conclusion, and you told me it's a medical
3 conclusion. Do you remember that testimony?
4 A. I answered your question, I'm -- I'm focused on
5 your questions.
6 Q. Okay. All right. Well, let's keep going then.
7 You cite a statute here on page 2 of your
8 report, you say, alcohol level greater than
9 .04 milligrams per deciliter at time of death is
10 consistent with statutory impairment, correct?
11 A. Correct.
12 Q. So if the alcohol level was below .04 milligrams
13 per deciliter, that would not be consistent with
14 statutory impairment, correct?
15     MR. HEFFRON: Object to form.
16 A. Again, that's a legal definition.
17     BY MR. WILSON:
18 Q. Does that mean you can't answer my question?
19 A. You're asking me about statutory impairment; a
20 level below .04 is indicative, based on my
21 medical knowledge, of possibility of impairment.
22 Q. I'm going to object as nonresponsive, Doctor.
23 It's a fairly simple question, you put a
24 threshold here in your report, .04, and you're
25 saying over the line is consistent with

---

Page 108

1 statutory impairment; under the line is
2 inconsistent with statutory impairment, correct?
3 A. Based on the statute but not based on my medical
4 knowledge.
5     MR. HEFFRON: Well, and, Jeff, I'm
6     going to articulate more as to my
7     objection. I mean, you're using that
8     statute. You know from Dr. Bledsoe's
9     deposition that there's other statutes,
10     regulations that use other measures of the
11     milligrams per deciliter that are less than
12     .04. For instance, the federal DOT
13     regulation discussing any amount of
14     alcohol, so anything over .00, would be per
15     that definition impaired.
16     BY MR. WILSON:
17 Q. Doctor, K.S.A. 44-501 is the only statute,
18 regulation, or standard you've cited in your
19 report, correct?
20 A. Correct.
21 Q. Have we now covered all of the reasons you
22 believe Mr. Gray was impaired at the time of his
23 death?
24 A. I've answered all the questions you've asked me
25 and given you all of the opinions given the

---

Page 109

1  information I've been provided as I sit here
2  today.
3  Q.  Well, is there any fact that you relied on that
4  we haven't discussed?
5  A.  No.
6  Q.  Is there any other reason that you've reached
7  your conclusions -- sorry, we'll strike that.
8  Any other reason that supports your opinions
9  that we haven't discussed that you're aware of
10 as you sit here today?
11 A.  Not as I sit here today, no.
12 Q.  Are there any facts that you might learn that
13 might change your opinions?
14 A.  It would depend on the facts and my ability to
15 review those facts.  As I sit here today, I --
16 other than ones that you have hypothesized being
17 brought into evidence, I can't bring anything
18 up.
19 Q.  Can you think of any documents that you haven't
20 reviewed that if you were provided them might
21 cause your opinions to change?
22 A.  I don't know that I can think of any documents
23 that would cause me to change the two opinions
24 or three opinions that I've put forth in my
25 document -- in my report.  But then again, I'm

Page 110

1  open to reviewing any documents that can be
2  produced and reevaluate my opinions and revise
3  them.
4  Q.  Are you familiar with the American Journal of
5  Forensic Pathology?
6  A.  It's not a journal I've ever read unless it's
7  one of the ones that's -- I mean, it's not a
8  journal I have in my library or that I can say
9  I've ever read.
10 Q.  What about the International Journal of
11 Toxicology?
12 A.  Again, nothing I read on a daily basis.
13 Q.  How many species of bacteria can produce alcohol
14 in a body postmortem?
15 A.  I do not know.
16 Q.  What about yeast, do you know how many species
17 of yeast can do so?
18 A.  I do not know that either.
19 Q.  Same question for mold?
20 A.  I do not know.
21 Q.  Do you know if the blood that was tested in this
22 case was taken from the left or right side of
23 Mr. Gray's heart?
24 A.  Not unless the autopsy report identifies that,
25 no.

Page 111

1  Q.  Would you agree with me that postmortem glucose
2  is higher in the right side of the heart than
3  the left?
4      MR. HEFFRON: Object to form.
5  A.  I don't have any reason to disagree with that,
6  but, again, that's not something that I can sit
7  here and verify.  I assume that it can be easily
8  identified in medical literature or text.
9      BY MR. WILSON:
10 Q.  Would you agree with me that glucose is the
11 primary source of endogenous ethanol?
12 A.  I would agree with that as I sit here, but,
13 again, that's getting beyond my area of
14 expertise and practice.
15 Q.  Well, because of that, because glucose is the
16 primary source of endogenous ethanol, tissues
17 high in glucose storage capacity will have the
18 highest levels of postmortem ethanol production?
19 A.  If there's microbes there that can metabolize
20 the glucose, yes.
21 Q.  And microbes can enter the body through the eyes
22 like we discussed?
23 A.  Yes.
24 Q.  They can enter the body through cuts, abrasions?
25 A.  Yes.

Page 112

1  Q.  They can enter the body through the lungs?
2  A.  Yes.
3  Q.  And the vitreous humor, that has levels of
4  glucose in it, doesn't it?
5  A.  I have no reason to believe it does not.
6  Q.  Would you agree with me that physical exertion
7  raises the pH of the body?
8  A.  I have no reason to disagree with that
9  statement.
10 Q.  Would you agree with me that elevated pH levels
11 in the body enhances microbial -- microbial
12 proliferation?
13 A.  I have -- again, you're getting -- asking
14 questions outside my area of expertise and
15 practice, but I have no reason to disagree with
16 your comments as I sit here today.
17 Q.  What do you perceive is your role and function
18 in this case?
19 A.  My role and function in this case was to review
20 the reports and documents provided me and opine
21 on two facts, one, the veracity of Dr. Bledsoe's
22 analogy and, number two, any influence that
23 alcohol may have had in this untimely death.
24 Q.  Is it important that you be fair and objective
25 in your analysis of the facts of this case?

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 113

1 A.  Yes.
2 Q.  And as part of that, when you're considering the
3 alcohol levels in Mr. Gray's body at his
4 autopsy, it's important to consider other
5 potential causes of it besides alcohol
6 ingestion, correct?
7 A.  Yes.
8 Q.  What further work do you intend to do on this
9 case?
10 A.  I intend to do no further work unless I am asked
11 or required to by the case as it proceeds.
12 Q.  Have you been asked to do any further work?
13 A.  No.
14 Q.  Do you have any criticisms of Dr. Bledsoe?
15 A.  I have no criticisms of Dr. Bledsoe, no.
16 Q.  Have you made any credibility judgments as part
17 of your analysis in this case?
18 A.  I have no credibility judgments, no.
19 Q.  Did you ask for any information that was not
20 provided?
21 A.  No.
22 Q.  Were you asked to consider any opinions that you
23 weren't able to provide?
24 A.  No.
25 Q.  Why did you agree to be an expert in this case?

Page 114

1 A.  Because forensic analyses are an area that I
2 have been involved with over the last 20 to
3 25 years and I enjoy doing it.
4 Q.  You enjoy being an expert witness?
5 A.  I enjoy utilizing my medical and scientific
6 knowledge to educate triers of fact, be it
7 juries or attorneys, so they can make a decision
8 on the case -- on the situations they're looking
9 at, that I enjoy, yes, it's teaching.
10 Q.  And that's what an expert witness does?
11 A.  Yes.
12 Q.  Are you 100 percent certain about your opinions
13 in this case?
14 A.  I don't think medicine can achieve 100 percent
15 certainty.
16 Q.  Is there any additional facts that could be
17 provided to give you 100 percent certainty about
18 your opinions in this case?
19 A.  Not as I sit here today.  That's like the other
20 question you asked, my opinions would change
21 with more information.
22 Q.  Well, is it possible to be 100 percent certain
23 about your opinions?
24 A.  Anything's possible but, again, I'm here to
25 educate and teach, not make decisions.

Page 115

1 Q.  In your review of the photographs, documents,
2 autopsy report, medical literature,
3 Dr. Bledsoe's deposition, his report and the
4 literature cited by him, what's the strongest
5 fact in this case for the plaintiff?
6    MR. HEFFRON: Object to form.  On
7 what?
8 A.  That -- I can't answer the question, I mean,
9 what's the plaintiff want?
10    BY MR. WILSON:
11 Q.  Justice.
12    MR. HEFFRON: Object to form, it's
13 ambiguous, vague, confusing, lacks
14 foundation.
15 A.  I -- you'll have to define justice, I mean, I --
16 I can't answer the question.
17    BY MR. WILSON:
18 Q.  Well, if someone were to say Mr. Gray was likely
19 alive and conscious for a time following his
20 engulfment in sawdust, what would be the
21 strongest fact in favor of that opinion?
22    MR. HEFFRON: Object to form,
23 incomplete hypothetical, speculative.
24 A.  Yeah, I can't speculate on that, I can't answer
25 that.

Page 116

1    BY MR. WILSON:
2 Q.  Do you consider this case to be frivolous?
3    MR. HEFFRON: Object to form, calls
4 for a legal conclusion.
5 A.  I'm not here to judge the frivolousness of the
6 case; I'm here to educate the trier of fact of
7 the medical facts.
8    BY MR. WILSON:
9 Q.  If you had to pick a person who would be a fair
10 and unbiased expert in this case and it can't be
11 you or someone you work with, who would it be?
12    MR. HEFFRON: Object to form, on
13 what?
14 A.  I -- I can't really answer that, I -- what
15 question do you want the trier of fact to
16 answer?
17    BY MR. WILSON:
18 Q.  Well, how about the questions you answered in
19 your report, if you had to pick one person who
20 would be a fair and unbiased expert to answer
21 those same questions and it can't be you or
22 someone you work with, who would it be?
23    MR. HEFFRON: Same objection.
24 A.  I -- again, I can't answer that.  There's a
25 variety of people in the population that have

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 117

1 different degrees of education, training, and
2 experience so it's -- I can't -- I can't
3 identify a single individual.
4   BY MR. WILSON:
5 Q.  So you can't -- you can't think of a single
6 individual?
7 A.  No.
8 Q.  You indicated that Dr. Bledsoe was
9 inappropriately relying on rapid sequence
10 intubation for his opinion regarding how long
11 Mr. Gray was alive following his engulfment,
12 correct?
13 A.  Yes.
14 Q.  Other than that, was there anything that you
15 believe Dr. Bledsoe was right about?
16 A.  His report focused on O2 saturations and the
17 deterioration of O2 saturations with time given
18 respiratory drive, and the analogy he used was
19 inappropriately or incorrectly applied to this
20 case given the fact that we have no witnesses to
21 identify what exactly transpired.
22 Q.  So it sounds like your answer to the question
23 might be his analogy was improper and wrong, but
24 the facts and the studies he relied on up to
25 that point were appropriate and correct?

---

Page 118

1   MR. HEFFRON: Object to form, asked
2   and answered.
3 A.  The literature he utilized and the analogy he
4 drew identified only one possible speculation as
5 to how this individual died.
6   BY MR. WILSON:
7 Q.  Okay.  But is there anything of Dr. Bledsoe's
8 report or his deposition that you believe he got
9 right?
10   MR. HEFFRON: Object to form, asked
11   and answered.
12 A.  The fact that the individual died and it was an
13 unwitnessed death.
14   BY MR. WILSON:
15 Q.  Anything else?
16 A.  Not as I sit here today.
17 Q.  To arrive at your opinions in this case, you had
18 to assume that there was no appreciable level of
19 postmortem alcohol production, correct?
20   MR. HEFFRON: Object to form.
21 A.  If, in fact, there was any postmortem alcohol
22 production, it was not significant.
23   BY MR. WILSON:
24 Q.  And none of that's stated in any of the records?
25 A.  Correct.

---

Page 119

1 Q.  So that's an assumption you're making?
2   MR. HEFFRON: Object to form.
3 A.  Again, I answered the question the best I could.
4   BY MR. WILSON:
5 Q.  Well, I'm going to object as being
6 nonresponsive.
7   It's not stated anywhere and, therefore,
8 it's something that -- it's not a fact stated in
9 any EMS records, for instance, correct?
10 A.  What fact in EMS records?
11 Q.  The EMS records do not address potential for
12 postmortem alcohol production?
13 A.  No, they do not.
14 Q.  And the autopsy report doesn't either?
15 A.  It does not.
16 Q.  And none of the documents you reviewed in this
17 case reference that?
18 A.  Again, other than as I mentioned previously, the
19 chronology and the time frame incorporated into
20 my medical decision making based on my training,
21 education in the area of alcohol production and
22 pathology.
23 Q.  But you've already testified several times today
24 that the specifics of how alcohol is produced in
25 the body postmortem is beyond your area of

---

Page 120

1 expertise, correct?
2 A.  Yes, but I have limited knowledge as to the time
3 frame that is necessary to achieve quantifiable
4 production of alcohol by microbes.
5 Q.  And what is that time frame?
6 A.  It extends out days, if not weeks.
7 Q.  So you're not aware of any medical literature
8 giving less than 24-hour period as enough time
9 to generate an appreciable amount of alcohol?
10 A.  No, I'm not.
11 Q.  So because Mr. Gray had sawdust in his eyes, if
12 there was microbial life in that sawdust, it
13 could have entered his system through his eyes?
14 A.  Yes.
15 Q.  And it could have entered his vitreous humor?
16 A.  What entered the vitreous humor?
17 Q.  Microbial life?
18 A.  That I can't answer, I don't know that a microbe
19 can penetrate the eyeball to get to the vitreous
20 humor, that's beyond my area of expertise.
21 Q.  You can't say one way or the other?
22 A.  No.
23 Q.  No, being that's right, you can't say one way or
24 the other?
25 A.  Yeah, I don't know, you're asking questions I

---

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 121

1   have --
2   Q.   I just wanted to clarify your answer just to
3   make it clear for the record.
4       So your opinion in this case, or one of
5   them, is that Mr. Gray was under the influence
6   of alcohol at the time of his death, correct?
7   A.   My opinion is that Mr. Gray had evidence of
8   alcohol within his tissues, his blood system,
9   his vitreous at the time of his untimely death.
10  Q.   Is it your opinion that the level of alcohol
11  found in Mr. Gray's body contributed to his
12  death?
13  A.   It is my opinion that alcohol was one factor
14  that was a comorbidity identified that
15  contributed to his untimely death.
16  Q.   Is it your opinion that if Mr. Gray didn't have
17  any levels of ethanol in his system he would not
18  have died?
19      MR. HEFFRON: Object to the form.
20  A.   Could that question read back again, please.
21      (At this time, the reporter read
22      the designated portion.)
23      MR. HEFFRON: Same objection, calls
24  for speculation.
25  A.   I can't say whether he would have or wouldn't

Page 122

1   have died had alcohol been not present in his
2   system.
3       BY MR. WILSON:
4   Q.   Would you agree with me that when it comes to
5   alcohol testing, the result of the analysis is
6   only as good as the sample received?
7   A.   Yes.
8   Q.   So for your opinion regarding the potential of a
9   cardiac arrythmia, you didn't cite any studies
10  for that opinion in your report, did you?
11  A.   No.
12  Q.   Did you read any studies on cardiac arrythmia
13  before writing your report?
14  A.   No.
15  Q.   So you didn't rely on any medical literature for
16  your opinions?
17  A.   No.
18  Q.   No being you didn't rely?
19  A.   I didn't, I relied on my training, education,
20  and experience.
21  Q.   Would you agree with me that if someone was
22  unconscious and breathing normally, sawdust
23  would not have been pulled down into the
24  proximal bronchioles in the lung?
25      MR. HEFFRON: Object to form.

Page 123

1   A.   It depends on the situation, you'd have to give
2   me a better situation.
3       BY MR. WILSON:
4   Q.   What else would you need to know to make that
5   determination?
6   A.   What else would I need to know to make what
7   determination?
8   Q.   Whether someone breathing normally would have
9   pulled sawdust -- someone being unconscious and
10  breathing normally would have pulled sawdust
11  down into the proximal bronchioles of the lung?
12  A.   Being unconscious and breathing normally are two
13  different data points that I can't put together
14  in your question.
15  Q.   Let's just take unconscious, if someone's
16  unconscious and they're engulfed in sawdust,
17  would you agree with me that they're not going
18  to pull sawdust down to the proximal bronchioles
19  of their lungs?
20  A.   No.
21  Q.   Why not?
22  A.   Because the respiratory drive comes from a lower
23  center in the brain that doesn't require higher
24  cognitive function where we perceive and develop
25  emotions and experience things.

Page 124

1   Q.   So Mr. Gray would have experienced things and
2   developed emotions and started breathing harder
3   as a result even if he was unconscious?
4   A.   Read the question back, please.
5       (At this time, the reporter read
6       the designated portion.)
7   A.   I -- the question confuses me because
8   consciousness is at a higher level than
9   respiratory effort.
10      BY MR. WILSON:
11  Q.   So is it your testimony that someone who is
12  unconscious, if they are engulfed in sawdust,
13  they will start breathing very hard in response
14  to that sawdust?
15  A.   No, that's not my testimony.
16  Q.   Okay.  I'm struggling to understand, then,
17  Doctor.  If someone is rendered unconscious,
18  they're not going to be breathing as hard in
19  that engulfed sawdust?
20  A.   They would still have respiratory drive for a
21  short period of time.
22  Q.   They would still be breathing in other words or
23  trying to breathe?
24  A.   They will have respiratory effort for a short
25  period of time.

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 125

1 Q. And what level of respiratory effort?
2 A. It can appear normal to the untrained observer.
3 Q. In what way would it appear normal?
4 A. They take a breath.
5 Q. Wouldn't be labored breathing?
6 A. They take a breath. I'm trying to answer your
7 questions as you present them, they take a
8 breath.
9 Q. Well, Doctor, I mean, you know where I'm going
10 with this, Dr. Bledsoe testified that the only
11 way to get sawdust down into the proximal
12 bronchioles of the lung was if he was conscious
13 and kind of panicking and breathing really hard
14 to try to get that sawdust -- or get breath into
15 his lungs. Do you remember that?
16 A. I remember that and I disagree with that
17 opinion.
18 Q. Okay. How so, why?
19 A. Again, if you lose consciousness, you can still
20 have respiratory drive and bring sawdust into
21 your upper airway and large airways of the lung.
22 Q. But what about past the large airways of the
23 lung, would you be able to get sawdust down into
24 those airways?
25 A. In my medical opinion, the ability to get

Page 126

1 sawdust where it was found on this autopsy did
2 not require higher cognitive function.
3 Q. And are you basing that on any medical studies
4 or literature?
5 A. No, I'm basing it on my training, education, and
6 experience and review of the documents provided
7 me.
8 Q. So in your 36 years of clinical practice here in
9 Wichita, how many times have you had the
10 opportunity to investigate sawdust being in the
11 lungs of a patient?
12 A. Zero.
13 Q. And how many times have you been able to
14 evaluate whether someone could pull a substance
15 into their lungs with unconscious breathing?
16 A. Read that question back again, please.
17 (At this time, the reporter read
18 the designated portion.)
19 A. 36 years worth of being at the bedside of dying
20 patients.
21 BY MR. WILSON:
22 Q. So you've seen them pull substances like sawdust
23 or similar substances into their lungs of
24 unconscious breathing?
25 A. I've seen them pull air into their lungs.

Page 127

1 Q. But I'm trying to figure out, Doctor, what about
2 your training, education, and experience leads
3 you to the conclusion that unconscious breathing
4 could pull sawdust down that far?
5 A. I've been at the bedside of hundreds of people
6 that have had no higher cognitive function that
7 still for a short period of time exhibit
8 respiratory effort.
9 Q. And what about those observations lead you to --
10 leads you to the conclusion that Mr. Gray could
11 have pulled that sawdust down into his lung with
12 unconscious breathing?
13 A. My experience.
14 Q. But what about that experience, can you describe
15 it for me?
16 A. I don't know how else to describe it, people
17 that are unconscious and in the later stages of
18 dying will continue to have respiratory drive
19 for a period of time after their heart has
20 ceased functioning.
21 Q. Okay. So what I'm trying to figure out, Doctor,
22 is if I wanted to confirm this opinion of yours,
23 is there any medical literature that analyzes
24 how far someone could pull sawdust into their
25 lungs?

Page 128

1 A. I know of nothing, no.
2 Q. Do you know of any medical literature where I
3 could find an analogous situation that I could
4 look at?
5 A. I could think of an analogous situation but not
6 medical literature.
7 Q. Give me the analogous situation you can think
8 of.
9 A. What transpires after an individual goes into
10 sudden cardiac arrest.
11 Q. And what about that situation makes it
12 analogous?
13 A. The heart quits beating, there's no blood flow
14 to the brain, you're unconscious.
15 Q. Are they breathing?
16 A. There's still respiratory drive, yes.
17 Q. So I -- Doctor, I'm just trying to figure out,
18 you're telling me that your education and
19 training and experience leads you to the
20 conclusion that Mr. Gray could have been
21 unconscious and pulled this sawdust down into
22 his lungs. How do I know that that's a reliable
23 opinion or a scientifically valid opinion other
24 than your telling me it is so?
25 A. I just gave you an example to look at

Page 129

1 individuals in the literature with respect to
2 sudden cardiac arrest and what transpires after
3 the heart quits pumping blood to the brain.
4 Q.  And maybe this is just me being a layperson, but
5 I'm struggling to see the connection with how
6 far someone could pull sawdust into their lungs?
7 A.  The respiratory drive does not cease at the same
8 time that the cardiac pumping function to the
9 brain ceases.
10 Q.  So is any level of respiratory drive enough to
11 pull sawdust down into the lungs?
12 A.  Yes.
13 Q.  And is that --
14 A.  Depends on the quality of the sawdust, how small
15 the particles are, whether they're aerosolized.
16 Q.  Did you analyze the quality of the sawdust in
17 this case?
18 A.  No.
19 Q.  It sounds like that would be an important factor
20 to look at to determine whether Mr. Gray could
21 get that down there unconscious.
22    MR. HEFFRON: Object to form.
23    BY MR. WILSON:
24 Q.  Would you agree?
25 A.  It would only depend upon how far the sawdust

Page 130

1 went in the airways.
2 Q.  So just to be clear, there's no medical
3 professional, no medical society, no medical
4 literature, nowhere else other than Dr. McMaster
5 in this room that I can look at to determine the
6 reliability of your opinion that Mr. Gray could
7 have gotten sawdust down there unconsciously?
8    MR. HEFFRON: Object to form.
9 A.  I think I have identified there probably exists
10 medical literature out there, but I cannot
11 direct you to it. If you would like me to
12 investigate it on your behalf, please let me
13 know.
14    BY MR. WILSON:
15 Q.  So, Doctor, I know that you pulled this medical
16 literature, the two articles you gave us,
17 Exhibit 75 and 72, did you look for any medical
18 study that contradicted your opinions in this
19 case?
20 A.  No.
21 Q.  Do you know if Exhibit 75 or 72 have been cited
22 by any other medical publications?
23 A.  I don't know. I didn't do any research to see
24 how many times the documents I provided you have
25 been cited in other publications.

Page 131

1 Q.  Do you know if Exhibit 75 or 72 have been
2 criticized for their findings in any way?
3 A.  No, I do not.
4 Q.  Last thing I want to go over with you, Doctor,
5 is Exhibit --
6    MR. WILSON: What are we on?
7    THE REPORTER: Ready for 76.
8    BY MR. WILSON:
9 Q.  Okay, this is the last one, Exhibit 76, these
10 are autopsy photos that you reviewed.
11    (Deposition Exhibit Number 76
12    Marked for Identification.)
13    MR. HEFFRON: Do you have a printout
14 for me, Jeff, I didn't bring them?
15    MR. WILSON: I do.
16    MR. HEFFRON: Not that that's
17 anything I'm real excited to look at
18 but ...
19    BY MR. WILSON:
20 Q.  And I have put little page numbers on the bottom
21 right-hand corner. So I want to go over a few
22 of these with you just to get more information
23 about the -- Exhibit 4 -- or, sorry, Exhibit 76,
24 page 4 of this exhibit is a picture of
25 Mr. Gray's torso, correct?

Page 132

1 A.  Yes, sir.
2 Q.  And I notice that there's -- looks like some
3 purple marks around his neck and upper chest
4 area. Do you know what would have caused that?
5 A.  I don't know.
6 Q.  Well, the reason I ask is your report talks
7 about -- I believe there's a -- you say there's
8 a lack of evidence of struggle or trauma to
9 Mr. Gray's body; is that accurate?
10 A.  Yes.
11 Q.  Wouldn't severe bruising, if this is bruising,
12 be indicative of trauma?
13    MR. HEFFRON: What are you -- I'm
14 sorry, Jeff, what are you having the doctor
15 look at?
16    MR. WILSON: Page 4.
17    MR. HEFFRON: Okay, yeah.
18    BY MR. WILSON:
19 Q.  I mean, if you're seeing something different,
20 Doctor, that's perfectly fine, I'm just
21 wondering if that's bruising or if you know what
22 that is?
23 A.  It's ecchymosis around the neck that I could
24 speculate could be due to any number of things,
25 none the least of which resuscitation efforts.

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

---

Page 133

1  Q.  Okay.  And page 5, it looks like there's a
2  catheter inserted in his leg going, I assume, to
3  the femoral artery.  Is that what you see in
4  this photo?
5  **A.  No, I see the possibility of a catheter placed**
6  **in the tibia, which would be an intraosseous**
7  **line.**
8  Q.  Okay.  What is an intraosseous line used for?
9  **A.  It is a needle that is placed in the bone to**
10 **infuse fluids.  It is typically utilized as an**
11 **easier access point than a vein to administer**
12 **drugs and fluids.**
13 Q.  Okay.  And we're going to go over to page 9.
14 **A.  Show me the picture because I don't -- okay.**
15 Q.  There -- there should be page numbers there on
16 one of the corners, do you see them?  I tried to
17 write them on every page.
18     MR. HEFFRON: Here, Doctor, you can
19     use the set I got, it has got page numbers
20     down at the bottom.
21 **A.  Okay, that's fine, I just need to see the**
22 **picture.**
23     MR. HEFFRON: I'll share with you.
24 **A.  Okay.**
25     BY MR. WILSON:

---

Page 134

1  Q.  This is kind of a more up-close photo, what did
2  you refer to the markings around his shoulder
3  area and neck earlier, you used a medical term?
4  **A.  Ecchymosis, bruising.**
5  Q.  And you believe that would be consistent with
6  resuscitative efforts?
7  **A.  That is one speculation.  Another speculation is**
8  **if at some point he had a C-collar in place,**
9  **that can occur.**
10 Q.  Could it be the result of a hard object striking
11 his body?
12 **A.  It's possible.**
13 Q.  Okay.  So page 12, and these are gruesome
14 pictures but I just need to know what we're
15 looking at here on page 12.  I believe these are
16 his lungs; is that accurate?
17 **A.  I believe you are correct.**
18 Q.  And do you know, there's one on the left and one
19 on the right if we're looking at the photo
20 oriented with the marker at the bottom, would
21 that be the layout that they were in the body,
22 or do you know?
23 **A.  It may represent -- again, you're getting**
24 **outside my area of expertise, but my limited**
25 **training, education, and experience in pathology**

---

Page 135

1  is that this is the right lung and this is the
2  left lung.
3  Q.  Okay.  And you were just pointing to the one on
4  the left and the right side respectfully on the
5  photo?
6  **A.  It's just like an x-ray.**
7  Q.  Sure.
8  **A.  If he's sitting there looking at you --**
9  Q.  Fair enough.
10 **A.  -- his right lung and his left lung.**
11 Q.  If we go over to page 14, it's more of a
12 close-up of the -- what we believe might be the
13 left lung, and it looks like you can see the
14 saw --
15 **A.  I think that's the right lung.**
16 Q.  Right lung, excuse me.  We're on page 14 of this
17 exhibit, that's the important part.
18 **A.  Yes.**
19 Q.  And we see one of his lungs, and it looks like
20 there's -- is that the sawdust there coming out
21 of the lung?
22 **A.  I don't know, you'll have to ask the**
23 **pathologist.**
24 Q.  But if that is the sawdust, your testimony is
25 unconscious breathing is enough to get it down

---

Page 136

1  that far?
2  **A.  That's possible, yes.**
3  Q.  What does page 18 show?
4  **A.  Is this 18?**
5     MR. HEFFRON: Yeah.
6  **A.  I believe that is the larynx and the trachea,**
7  **the proximal airway as you go down before you**
8  **get to the lungs.**
9     BY MR. WILSON:
10 Q.  Okay.  And then --
11 **A.  The epiglottis is up at the top.**
12 Q.  And then page 19?
13 **A.  That's that same piece of tissue transected**
14 **longitudinally to look at the trachea.**
15 Q.  Okay.  I just wanted to know what I was looking
16 at, Doctor, thank you.  That's all the questions
17 I have for you today.
18     MR. HEFFRON: I don't have any
19     questions today.  Doctor will read and
20     sign, you can send it to my office, I'll
21     get it to him.
22     (Whereupon, the deposition was
23     concluded at 12:10 p.m.)
24
25

---

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

Page 137

```
 1            I, JOHN F. MCMASTER, M.D., the witness
 2    herein, have read the transcript of my testimony,
 3    and the same is true and correct to the best of my
 4    knowledge, with the exception of the changes noted
 5    on a separate page, together with notation of the
 6    reasons for making such corrections.
 7
 8            _____
              JOHN F. MCMASTER, M.D.
 9
10
      STATE OF KANSAS          )
11                             ) ss:
      _____ COUNTY )
12
13            Subscribed and sworn to before me, the
14    undersigned authority, this the _____ day of
15    _____, 2021.
16
17            _____
18            Notary Public, _____ County
                   State of Kansas
19    My appointment expires:
20
21    _____
22
23
24    (CASE:  Ruth Gray -vs- Conner Industries, Inc.,
       TAKEN 11/15/2021)
25
```

Page 138

```
 1            C E R T I F I C A T E
 2    STATE OF KANSAS  )
                        ) ss:
 3    SEDGWICK COUNTY  )
 4            I, Nancy L. Rambo, do hereby certify the
 5    foregoing deposition was stenographically recorded
 6    by me as stated in the caption.  The deponent was
 7    duly sworn to tell the truth, the whole truth, and
 8    nothing but the truth.  Colloquies, statements,
 9    questions and answers thereto were reduced to
10    typewriting under my direction and supervision, and
11    the deposition is a true and correct record of the
12    testimony/evidence given by the deponent.
13            I further certify that I am not a relative
14    or employee or attorney or counsel of any of the
15    parties, nor am I a relative or employee of such
16    attorney or counsel, nor am I financially interested
17    in the action.
18            WITNESS my hand and official seal at
19    Wichita, Sedgwick County, Kansas, this 27th day of
20    November, 2021.
21
22            _____
              NANCY L. RAMBO, R.P.R., C.S.R.
23            Registered Professional Reporter
                 Certified Shorthand Reporter
24    Costs:
25
```

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

**$**

**$325 (1)**
12:4
**$4,775 (1)**
11:17
**$75 (1)**
11:19

**A**

**abilities (1)**
74:23
**ability (6)**
60:7;62:17,18;
104:12;109:14;125:25
**able (8)**
8:21;60:7;78:1;
79:11;104:6;113:23;
125:23;126:13
**above (2)**
63:22;67:16
**abrasions (1)**
111:24
**absence (2)**
61:8;81:22
**absent (1)**
49:17
**Absolutely (1)**
77:25
**absorbed (2)**
34:19;65:12
**absorbing (1)**
66:2
**absorption (2)**
66:12;91:24
**abundant (1)**
41:21
**Academy (2)**
25:16,18
**accepted (1)**
37:20
**access (1)**
133:11
**According (1)**
106:20
**account (3)**
94:24;95:1,2
**accounts (1)**
32:3
**accuracy (2)**
22:17;72:20
**accurate (13)**
7:22;12:4;14:12,22;
24:11;26:10;27:1;
34:10;44:7;45:10;
86:15;132:9;134:16
**achieve (4)**
66:3,6;114:14;120:3
**acid (1)**
83:20
**active (5)**

14:14;24:16,18,19;
25:2
**actively (3)**
15:14;24:21;25:10
**activities (2)**
15:21;48:6
**activity (1)**
35:1
**actual (2)**
57:7;84:6
**actually (3)**
19:5;48:10;84:15
**acuity (12)**
19:2;34:5;41:9;64:2;
66:23;67:4,14;68:8;
77:2,8;105:8,11
**acute (2)**
31:15,18
**acutely (2)**
64:5,11
**added (4)**
16:6;22:25;25:14;
77:1
**addition (2)**
17:17;86:14
**additional (5)**
16:7;28:8;89:3;
103:19;114:16
**additions (2)**
7:21;9:14
**address (2)**
51:3;119:11
**addressed (1)**
97:18
**addresses (2)**
68:13;104:4
**adequate (1)**
95:16
**administer (1)**
133:11
**Administration (1)**
16:21
**admit (1)**
24:22
**aerosolized (1)**
129:15
**affected (1)**
64:4
**affects (3)**
64:1,6,11
**afraid (1)**
42:23
**afterwards (1)**
20:24
**Again (38)**
29:8;32:17,24;33:16,
17;37:4;39:1;40:16;
46:21;50:5;53:2;56:14;
59:7;66:10;70:25;72:5,
13;80:6,10;84:12;
91:22;95:13;101:13,
17;107:16;109:25;
110:12;111:6,13;

112:13;114:24;116:24;
119:3,18;121:20;
125:19;126:16;134:23
**age (1)**
33:14
**agent (1)**
16:20
**ago (1)**
50:14
**agree (27)**
49:15;50:3;70:10,13;
73:16;74:9;76:7,9;
77:9;90:20,22;91:4;
94:20;97:21;98:1,9;
102:6;111:1,10,12;
112:6,10;113:25;
122:4,21;123:17;
129:24
**agreement (1)**
72:6
**ahead (1)**
99:20
**air (2)**
18:20;126:25
**airline (1)**
67:20
**airplane (1)**
18:15
**airway (10)**
44:1,16;49:6,11;
52:5;55:12,13;87:21;
125:21;136:7
**airways (9)**
30:11,13;88:8,10,12;
125:21,22,24;130:1
**albeit (1)**
37:9
**alcohol (214)**
16:9,19;17:4,6;20:4;
21:3,6,15,24;22:1,4;
23:7,14,17,20,22,24;
26:15,21;34:3,4,17,17,
19,24;35:3,4,6,18,21;
36:3,4,13,14,15,22,25;
37:4,17;38:1;39:7,9;
40:8;41:17;42:6,15,16;
62:23;63:11,15,16,17,
20,21,23,24;64:1,6,7,
22;65:1,6,7,8,11,12,20,
24;66:2,9,10,15,17,20,
21;67:2,2,10,16,16,19,
24;68:3,4,5,6,8,9,17,21,
24;70:19,21,22,23;
71:3;73:7,8,12;74:17,
17;75:1,3,7,9,12,19;
76:1,3,12;79:12,15,18,
25;80:2,9;81:3,8,10,11,
19;82:3,23;83:16;
84:17,17;90:4,7,10,14,
19,21,23,25;91:7,9,18,
20,21,23,25;92:2,3,4,
13;93:5,5,12,12,18,22;
94:1,2,5,22,25;95:12,

15,18,24;97:12,17,22,
23;98:7,21;99:7,12,13,
16,17,25;100:8,9,16,
24;102:4,5,9,10,11,19,
22,24;103:6,11,25;
104:6,8;105:7,12,14,
18,21;107:8,12;
108:14;110:13;112:23;
113:3,5;118:19,21;
119:12,21,24;120:4,9;
121:6,8,10,13;122:1,5
**alcohol-induced (4)**
34:5;66:23;67:4,14
**alive (3)**
43:18;115:19;117:11
**allegedly (1)**
58:13
**allow (2)**
54:7;79:24
**allowed (3)**
17:14,16;29:8
**allowing (1)**
50:12
**allows (2)**
16:18;62:22
**almost (1)**
33:14
**along (2)**
5:21;30:8
**alternative (1)**
55:11
**although (1)**
100:15
**always (3)**
8:22;38:4;99:13
**ambiguous (1)**
115:13
**America (2)**
26:4;33:7
**American (5)**
15:1;25:16;73:18;
104:22;110:4
**among (1)**
16:19
**amount (7)**
55:25;62:14;90:14;
92:5;97:11;108:13;
120:9
**analogous (4)**
128:3,5,7,12
**analogy (7)**
43:8;53:18;54:25;
112:22;117:18,23;
118:3
**analyses (2)**
83:10;114:1
**analysis (5)**
38:1;98:16;112:25;
113:17;122:5
**Analytical (1)**
92:20
**analyze (1)**
129:16

15,18,24;97:12,17,22,
23;98:7,21;99:7,12,13,
16,17,25;100:8,9,16,
24;102:4,5,9,10,11,19,
22,24;103:6,11,25;
104:6,8;105:7,12,14,
18,21;107:8,12;
108:14;110:13;112:23;
113:3,5;118:19,21;
119:12,21,24;120:4,9;
121:6,8,10,13;122:1,5
**analyzed (5)**
45:12;46:17,25;
64:23;103:14
**analyzes (1)**
127:23
**analyzing (2)**
22:7;26:20
**anatomy (1)**
31:17
**and/or (2)**
16:10;20:20
**annually (2)**
12:20;18:2
**answered (8)**
10:9;72:13;107:4;
108:24;116:18;118:2,
11;119:3
**Anything's (1)**
114:24
**appear (3)**
76:9;125:2,3
**appearance (1)**
41:7
**appears (2)**
73:15;74:10
**applied (1)**
117:19
**appointment (1)**
24:1
**appointments (3)**
24:3,5,11
**appreciable (2)**
118:18;120:9
**appreciate (2)**
8:20;59:2
**appropriate (8)**
43:7,16;51:2,6;55:5;
81:15;84:2;117:25
**approximately (1)**
20:8
**approximation (1)**
53:16
**area (17)**
79:8;80:11,14;82:18;
84:13;94:18;98:3;
100:11;111:13;112:14;
114:1;119:21,25;
120:20;132:4;134:3,24
**argue (1)**
72:14
**around (6)**
10:12;61:11,15;
132:3,23;134:2
**arrest (1)**
59:19;60:13,25;
128:10;129:2
**arrhythmia (5)**
54:19,23;55:24;56:4,
17
**arrhythmias (1)**
31:25
**arrive (1)**
118:17

**arrived (1)**
78:8
**arriving (1)**
94:25
**arrythmia (17)**
55:17;56:9;57:8,9,
13,15,19;58:2,20;59:4;
60:18,20;61:7;79:2,7;
122:9,12
**arrythmias (2)**
57:23;79:10
**arteries (4)**
33:5,6,22,25
**artery (3)**
33:2;60:11;133:3
**article (14)**
41:22;42:15;50:18;
58:9;69:13;74:7,10,15;
78:2;92:16;93:25;
100:22;103:23;104:15
**articles (10)**
41:25;42:9;48:22;
50:19,20,22;51:1;
68:20;69:10;130:16
**articulate (1)**
108:6
**artificial (1)**
44:17
**artificially (1)**
44:15
**Ascension (2)**
25:9;26:6
**asphyxia (1)**
30:4
**aspiration (2)**
30:4,7
**aspiring (1)**
18:4
**assess (1)**
105:11
**assist (1)**
71:11
**assistant (1)**
24:8
**associate (1)**
24:22
**associated (1)**
58:16
**Associates (2)**
26:2,9
**assume (17)**
19:10;52:12;54:8;
56:6,7,9,14;81:5;83:3,
6;84:1;92:24;100:11;
104:19;111:7;118:18;
133:2
**assumed (2)**
58:12;63:19
**assuming (4)**
73:1,4;101:23,24
**assumption (6)**
52:19,21;54:12;
80:19;100:13;119:1

**assure (1)**
27:5
**atherosclerotic (3)**
33:2;17;54:6
**ATP (1)**
48:7
**attempting (3)**
13:24;48:22;60:22
**attorney (1)**
10:21
**attorneys (2)**
15:15;114:7
**authenticity (1)**
104:25
**author (1)**
76:15
**authoritative (5)**
73:20;93:1;104:18,
23;105:1
**authorities (1)**
84:3
**authority (1)**
16:23
**authors (1)**
77:21
**autopsies (1)**
21:19
**autopsy (33)**
21:23;28:14;74:18;
75:13;78:11,16,18,22;
81:14,18,21;83:2;
84:15;85:13,23;87:4;
94:10;95:2,7,9;98:15;
100:3,8;101:18;103:4,
17,21;110:24;113:4;
115:2;119:14;126:1;
131:10
**aviation (19)**
15:22;16:7,20,21,25;
17:11,12,13,15,18,20,
25;18:11;19:4,13,19;
20:2;37:24;68:16
**avoided (1)**
75:20
**aware (10)**
47:10,19;50:12;58:8;
59:11,22;105:6,20;
109:9;120:7

**B**

**BAC (1)**
75:24
**back (19)**
10:11;19:25;27:14;
39:20;41:1,2;66:19;
88:22,24;96:9,23,24;
97:15;102:16;104:9;
105:5;121:20;124:4;
126:16
**backwards (2)**
74:19;75:24
**bacteria (4)**

78:14;80:23;86:22;
110:13
**based (10)**
29:17;43:8;45:25;
54:12;63:5,20;79:23;
81:11;101:19,24;
103:4;104:12;106:16;
107:20;108:3,3;119:20
**basing (4)**
75:11;97:10;126:3,5
**basis (3)**
40:15;51:16;110:12
**Bates (1)**
7:11
**bathroom (1)**
85:1
**beating (1)**
128:13
**become (5)**
17:20,25;31:9;33:23;
80:17
**becomes (1)**
88:10
**bedside (3)**
20:16;126:19;127:5
**behalf (4)**
9:22;10:15;11:7;
130:12
**behavior (2)**
41:8;67:17
**behaviors (2)**
67:8;105:15
**below (10)**
48:1,19,25;49:7,7;
53:12;102:19;105:21;
107:12,20
**besides (2)**
39:10;113:5
**best (6)**
9:19;12:18;24:13;
34:25;72:13;119:3
**better (3)**
80:12;87:11;123:2
**beyond (6)**
10:19;80:11;94:18;
111:13;119:25;120:20
**big (1)**
93:8
**bin (2)**
29:2;51:21
**biomarkers (2)**
79:5,10
**bit (1)**
48:10
**Bledsoe (10)**
5:21;43:14,16;48:23;
50:15;113:14,15;
117:8,15;125:10
**Bledsoe's (7)**
5:24;43:4,6;108:8;
112:21;115:3;118:7
**bleeding (4)**
89:7,9,16,17

**blood (120)**
34:3;12,22;35:1;
36:3,14,17,25;37:17;
38:4,6,23;39:11;42:11,
15;44:22;45:9;46:4,7,
9,12,14,18,22;47:2,4,
11,22,25;48:19;53:11;
54:10;55:6,15,22;
56:10,14,18,25;62:25;
63:11,15,16,21,23,25;
64:7;65:1,5,6,11,20,21;
66:9,15,18,21;67:2,10,
15;68:3,5,9;73:7;
74:17;75:10,12,19;
76:1,2,12;78:14,21,22;
79:3;81:10,24;91:7,19;
92:3,14;93:12,19,25;
94:2,5,11,12,13,14,16,
17,18;97:23;98:7;
99:12;100:24;102:5,9,
11,19,22;103:13;
104:6;105:18;110:21;
121:8;128:13;129:3
**bloodshot (1)**
86:12
**bloodstream (2)**
66:16;93:24
**bloody (2)**
87:10,19
**Board (4)**
15:1;72:18,23,25
**boards (1)**
21:14
**bodily (4)**
39:4,6;42:10;95:8
**body (33)**
34:18;35:19;36:17,
23;64:14;65:13,17;
66:2;78:10;79:12,15,
22;80:3,4,8,8,16,25;
82:13;86:24;101:13;
110:14;111:21,24;
112:1,7,11;113:3;
119:25;121:11;132:9;
134:11,21
**body's (1)**
35:4
**bold (1)**
7:9
**bone (1)**
133:9
**book (2)**
70:4;72:7
**both (6)**
22:14;29:3;52:24;
53:6;64:5,11
**bottom (7)**
40:24;73:14;74:12;
102:2;131:20;133:20;
134:20
**bound (1)**

22:18
**brain (23)**
47:4,5;48:5,9,14,16,
20;50:11;53:22;60:6;
61:7;62:21;64:2,4,7,8,
9,19,20;123:23;
128:14;129:3,9
**break (2)**
39:15;85:1
**breath (14)**
38:6,24;39:11;62:3,
8,11,14,18,20;63:25;
125:4,6,8,14
**breathe (13)**
44:3;15;45:9;52:18,
20;53:8;60:22;61:21;
62:1;15,15,22;124:23
**breathing (24)**
35:9,12;44:11;49:16;
51:19,24;60:21,23;
122:22;123:8,10,12;
124:2,13,18,22;125:5,
13;126:15,24;127:3,
12;128:15;135:25
**briefly (2)**
9:12;74:6
**bring (8)**
6:18;37:20;60:1;
67:16;71:16;109:17;
125:20;131:14
**brings (1)**
53:3
**bronchi (6)**
87:9,18,20,25;88:4,
13
**Bronchioles (7)**
88:13,15;89:1;
122:24;123:11,18;
125:12
**bronchus (5)**
87:10,19,23;88:6,7
**brothers (1)**
62:6
**brought (4)**
11:24;13:12;57:20;
109:17
**bruising (4)**
132:11,11,21;134:4
**buildup (1)**
33:4
**bullet (3)**
28:18;33:1;34:2
**buried (1)**
59:11
**butcher (1)**
30:15
**buy (1)**
71:18

**C**

**caliber (1)**
88:10

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

**call (1)**
103:17
**called (4)**
66:3,4;76:14;88:12
**calls (3)**
105:24;116:3;121:23
**came (2)**
50:23;51:1
**can (69)**
7:25;9:25;10:6;
11:15;12:25;13:14;
14:25;21:8;23:9;24:7;
27:11;29:16;33:16;
39:6,6;40:22;44:14;
48:10;49:14;50:24;
57:22;58:8;59:20,25;
62:19;63:3;64:23;
71:18;72:14;80:13,22,
24;82:25;85:4;91:9;
96:8,15,18,20,24;97:6,
7,13;99:11;100:24;
109:19,22;110:1,8,13,
17;111:6,7,19,21,24;
112:1;114:7,14;
120:19;125:2,19;
127:14;128:7;130:5;
133:18;134:9;135:13;
136:20
**capacity (3)**
16:8;20:5;111:17
**capillary (1)**
89:17
**cardiac (42)**
31:16,17,18,24,25;
32:13,18;35:1;54:9,18,
23;55:16,23;56:3,9,17;
57:7,9,13,14,19,22;
58:2,4,19;59:3,8,19;
60:1,4,13,20,25;61:6;
79:2,7,10;122:9,12;
128:10;129:2,8
**cardiomegaly (3)**
30:16;31:23;54:4
**cardiovascular (1)**
54:6
**care (1)**
24:23
**career (4)**
21:20;37:23;38:23;
68:12
**carried (1)**
46:9
**carrying (1)**
18:6
**case (42)**
6:1;8:18,20;10:8;
11:16;12:13,13;27:20;
28:7;29:7,14;54:25;
74:16;81:25;94:5;
100:23;101:16,21,23,
24;104:8;110:22;
112:18,19,25;113:9,11,
17,25;114:8,13,18;

115:5;116:2,6,10;
117:20;118:17;119:17;
121:4;129:17;130:19
**cases (10)**
9:21,21;10:3;12:17,
18;39:23;40:2;53:6;
93:6,13
**categories (1)**
73:8
**category (2)**
24:24;76:19
**catheter (2)**
133:2,5
**cause (10)**
31:9;33:22;54:1;
56:18;60:9;68:11;
81:16,17;109:21,23
**caused (3)**
58:1;62:25;132:4
**causes (3)**
56:24;64:9;113:5
**C-collar (1)**
134:8
**cease (4)**
48:20;89:7,16;129:7
**ceased (1)**
127:20
**ceases (4)**
49:1;89:9,18;129:9
**cell (2)**
48:15;80:16
**cells (2)**
48:8;80:20
**Center (3)**
24:9;26:5;123:23
**centers (4)**
64:3,4,6,9
**CEP (1)**
26:4
**certain (9)**
22:19;37:10;47:25;
53:3;64:3,9;68:8;
114:12,22
**certainty (2)**
114:15,17
**certificate (2)**
18:9,13
**certificates (3)**
17:17;18:4,17
**certification (15)**
15:3,18,19;16:12,15,
17,24;17:2,2;18:3;
19:1,16,23;71:9;72:24
**certifications (3)**
14:21;17:15;21:14
**certified (1)**
84:2
**certify (2)**
18:11,12
**cessation (2)**
51:19;56:18
**challenging (1)**
70:6

**chamber (2)**
30:22;31:8
**change (10)**
12:13;24:20;46:4;
59:24;76:22,24;
109:13,21,23;114:20
**changed (4)**
12:21;25:17;26:4,5
**changes (11)**
13:18;25:23;26:8;
34:6;66:23;67:5,14;
68:9;82:12;105:8,11
**charge (2)**
12:2,15
**charges (3)**
12:8,11;13:19
**chemical (1)**
83:19
**chest (1)**
132:3
**Christi (5)**
24:18;25:8,9;26:5,6
**Christmas (1)**
88:11
**chromatography (3)**
22:14;83:12,12
**chronically (2)**
64:5,11
**chronicity (1)**
92:6
**chronology (3)**
28:10;29:9;119:19
**circulate (4)**
64:14,15,19,20
**circulated (1)**
65:10
**circulates (2)**
64:2,7
**circulating (10)**
46:22;47:2,4;54:10;
55:7,16,23;56:11,15;
89:10
**circulation (6)**
53:21,21,25;56:19,
25;60:5
**circumstances (4)**
10:12,23;79:24;95:5
**citation (2)**
73:14;77:12
**cite (3)**
35:25;107:7;122:9
**cited (5)**
68:2;108:18;115:4;
130:21,25
**city (1)**
102:1
**clarification (1)**
70:16
**clarify (3)**
5:16;7:2;121:2
**class (3)**
17:14,16;18:5,24;
19:1

**classify (1)**
60:23
**clear (2)**
121:3;130:2
**clinical (5)**
24:8;70:24;73:19;
104:22;126:8
**clinicians (1)**
92:22
**close-up (1)**
135:12
**clot (2)**
89:5,9
**cofactor (2)**
47:5;48:6
**cognitive (13)**
49:1;50:6,9;52:4;
53:23;60:6;61:8;62:17;
63:14;74:23;123:24;
126:2;127:6
**cognitively (3)**
49:5,12;53:5
**collect (1)**
16:22
**collection (2)**
27:10;98:13
**coming (1)**
135:20
**comment (1)**
36:19
**comments (1)**
112:16
**common (3)**
32:23;33:7;97:22
**community (4)**
37:10,21,21;43:10
**comorbidities (1)**
56:23
**comorbidity (1)**
121:14
**companies (1)**
15:15
**compare (2)**
51:18;76:17
**comparing (1)**
68:5
**complete (2)**
17:24;44:14
**completed (4)**
17:22,23;85:23;
91:13
**complicated (1)**
98:9
**compromise (1)**
30:4
**computation (3)**
41:8;77:2,7
**concentration (14)**
46:4;47:22;48:1,19;
53:11;65:6;73:7;76:12;
89:24;90:7;93:12,13,
18;98:7
**concentrations (5)**

42:16;84:18;92:14;
100:18;102:9
**conclude (1)**
79:25
**concluded (1)**
136:23
**conclusion (10)**
54:24;105:25;
106:15,16;107:2,3;
116:4;127:3,10;128:20
**conclusions (2)**
103:8;109:7
**condition (3)**
31:3;32:23;33:7
**conditions (3)**
78:10;98:17;101:12
**confident (2)**
103:7,7
**confirm (2)**
9:13;127:22
**conflicts (1)**
70:2
**confused (5)**
32:11;39:5;49:22;
51:22;55:1;96:21;
101:5
**confuses (1)**
124:7
**confusing (1)**
115:13
**conjunction (4)**
38:13,20;57:10;
58:20
**conjunctivae (1)**
86:6
**connection (2)**
31:11;129:5
**conscious (6)**
43:11;47:12;55:25;
61:25;115:19;125:12
**consciousness (14)**
47:17,20,24;48:2,13,
20;49:17,19;50:2,10;
53:17;60:21;124:8;
125:19
**consider (7)**
81:9;92:25;93:2;
99:16;113:4,22;116:2
**consideration (1)**
81:14
**considered (5)**
99:13,21;100:8,12;
105:22
**considering (2)**
103:24;113:2
**consistent (5)**
35:24;107:10,13,25;
134:5
**consume (1)**
65:7
**consumed (1)**
65:25
**consumes (1)**

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

34:17
**consumption (4)**
65:23;91:10,23;
105:12
**contain (2)**
29:13;65:8
**contained (2)**
104:2,3
**contains (2)**
29:15;64:22
**contamination (1)**
98:15
**contemplating (1)**
10:2
**content (34)**
34:12,15;37:17;
39:10;65:1,17,20,21;
66:9,17;75:19;90:4,7,
10;91:20,21;92:3,4;
93:19;94:1,2,5;97:23;
99:4,7,12;100:24;
102:5,5,10,11,19,23;
104:7
**context (3)**
40:12,13;42:2
**continue (2)**
89:11;127:18
**continues (5)**
34:22;35:3;60:24;
100:15;101:9
**continuing (4)**
23:3,6;99:9,10
**contradicted (1)**
130:18
**contribute (3)**
31:13,22;63:7
**contributed (5)**
30:1;32:8;103:5;
121:11,15
**contributing (3)**
63:1;81:16;82:17
**copies (3)**
8:5;9:7;13:11
**copy (4)**
14:9;27:19;73:25;
85:15
**corner (2)**
102:3;131:21
**corners (1)**
133:16
**coronary (3)**
33:2,6;60:11
**coronavirus (1)**
86:25
**coroner (1)**
84:1
**corporation (1)**
26:12
**correctly (1)**
102:8
**correlation (1)**
33:24
**correspondence (1)**

7:15
**cortical (1)**
50:6
**counsel (1)**
6:19
**couple (1)**
40:4
**course (3)**
17:25;23:10;97:18,
20
**courses (1)**
97:16
**court (1)**
6:3
**covered (3)**
94:13;105:5;108:21
**crash (1)**
20:6
**credentialed (1)**
84:2
**credibility (2)**
113:16,18
**criticisms (2)**
113:14,15
**criticized (1)**
131:2
**current (3)**
12:8,11;15:20
**currently (2)**
15:12;25:11
**cut (1)**
89:5
**cuts (1)**
111:24
**CV (8)**
14:6;22:23;23:1;
24:1,6;25:13,15,16

## D

**daily (1)**
110:12
**data (4)**
16:22;68:17;91:16;
123:13
**date (7)**
7:25;9:20;13:23;
14:8;25:25;85:21,22
**dated (3)**
13:14,17;25:16
**dates (1)**
97:15
**days (2)**
80:4;120:6
**day-to-day (1)**
51:16
**dead (2)**
80:4;95:6
**death (40)**
30:2;31:13,22,25;
32:8,18;35:19,23;
40:10;54:17;62:25;
63:8;74:21;75:1,4,8,10,

25;76:4;78:7;81:11,16,
17;82:13;91:12,19;
95:11,20,25;98:8,15;
103:20;107:9;108:23;
112:23;118:13;121:6,
9,12,15
**deceased (4)**
20:25;68:6;92:7,15
**deciliter (8)**
36:17;90:1,9,17,18;
107:9,13;108:11
**decision (13)**
28:9;39:12;63:2,14,
20;64:12;67:8,18;
74:24;78:24;92:13;
114:7;119:20
**decisions (2)**
29:10;114:25
**declaratory (1)**
97:6
**declared (1)**
95:6
**decompensation (1)**
95:8
**decomposed (1)**
80:3
**decomposition (1)**
97:12
**decrease (3)**
45:13;46:13,15
**decreased (1)**
41:10
**decreases (4)**
41:8,9;77:3,8
**decreasing (1)**
45:9
**defer (1)**
70:3
**define (4)**
36:18;72:3;77:21;
115:15
**definition (14)**
37:8,8;38:21;58:5,6;
70:13;72:6,7;106:10,
11,22,22;107:16;
108:15
**definitive (4)**
49:6;52:5;55:12,13
**defunct (1)**
26:12
**degree (2)**
82:18;99:21
**degrees (1)**
117:1
**delayed (1)**
93:23
**delegated (1)**
22:19
**delve (1)**
68:11
**department (4)**
20:16,21,23;22:2
**depend (2)**

109:14;129:25
**depending (5)**
19:1;46:4,7;89:12;
92:5
**Depends (13)**
45:21;46:1,2;65:2,9,
23;66:10;80:20;81:4;
91:22;101:10;123:1;
129:14
**depleted (3)**
45:18;46:1,8
**depo (2)**
7:17;10:18
**Deposition (20)**
5:1,19,21,23,24;6:5,
10;9:2,18;13:18;27:23;
28:6;69:7;74:3;85:8;
108:9;115:3;118:8;
131:11;136:22
**describe (4)**
17:18;92:10;127:14,
16
**designated (6)**
96:11;97:2;104:11;
121:22;124:6;126:18
**designation (1)**
16:6
**desperately (1)**
61:20
**despite (1)**
41:7
**details (1)**
95:23
**detect (1)**
71:3
**detectable (4)**
70:14,22,24;71:1
**detected (2)**
91:14;95:19
**detection (1)**
75:11
**deterioration (1)**
117:17
**determination (4)**
39:23;43:17;123:5,7
**determine (12)**
37:1;38:24;40:9;
53:16;74:20;79:11;
82:22;83:1;102:12;
105:8;129:20;130:5
**determined (2)**
75:18;76:1
**determining (2)**
43:11;81:9
**develop (1)**
123:24
**developed (1)**
124:2
**devices (1)**
44:17
**devoted (1)**
21:15
**diabetes (1)**

19:8
**dichromate (1)**
83:20
**die (3)**
59:12,18;60:15
**died (7)**
78:5;84:14;89:4;
118:5,12;121:18;122:1
**dies (5)**
34:23,25;35:11;
80:15;92:1
**diets (1)**
33:10
**difference (1)**
17:10
**differences (1)**
99:3
**different (10)**
13:22,25;22:13;
24:24;58:6;61:1;
105:15;117:1;123:13;
132:19
**differently (1)**
46:9
**diffused (1)**
34:18
**diffusion (1)**
98:16
**digestive (1)**
80:24
**diminished (2)**
77:2,8
**DIRECT (1)**
5:9;87:11;130:11
**directly (1)**
94:13
**Disability (1)**
25:17
**disagree (4)**
111:5;112:8,15;
125:16
**disclosed (2)**
42:5,9
**disclosure (2)**
12:1;57:6
**discussed (3)**
109:4,9;111:22
**discusses (2)**
44:19,21
**discussing (1)**
108:13
**disease (10)**
19:9;30:24,25;31:2,
3,4;33:2,17;54:6;60:12
**dispositions (1)**
20:22
**dispute (1)**
51:8
**disputing (2)**
52:14,21
**disqualifying (2)**
16:11;17:8
**distinct (1)**

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

37:6
**distributed (1)**
65:16
**divide (1)**
88:4
**divides (2)**
87:25;88:7
**dividing (1)**
49:14
**Doctor (38)**
36:25;39:6,20;45:5;
47:9;54:8;56:7;59:2;
64:1;72:15;74:15;
76:18;77:14;80:14;
85:12,19;95:10;96:5,
15;97:7;100:7;101:13;
103:17;106:24;107:22;
108:17;124:17;125:9;
127:1,21;128:17;
130:15;131:4;132:14,
20;133:18;136:16,19
**document (3)**
85:19;92:10;109:25
**documented (1)**
41:6
**documents (18)**
5:22;6:18,20,25;7:6,
10,12;18:14;104:4,13;
109:19,22;110:1;
112:20;115:1;119:16;
126:6;130:24
**done (11)**
5:13;10:1,5;16:16;
20:17;45:22;66:1,2;
84:7;90:23;103:21
**doom (3)**
58:16,21;59:7
**DOT (2)**
63:10;108:12
**doubt (1)**
104:25
**down (24)**
46:12,14;57:5;73:14;
86:2;87:3,5;88:24;
98:25;102:2;122:23;
123:11,18;125:11,23;
127:4,11;128:21;
129:11,21;130:7;
133:20;135:25;136:7
**Dr (21)**
5:11,21,24;36:10;
43:4,6,14,16;48:23;
50:15;62:3;108:8;
112:21;113:14,15;
115:3;117:8,15;118:7;
125:10;130:4
**drafted (1)**
42:1
**draw (1)**
52:25
**drawn (1)**
94:11
**drew (1)**

118:4
**drinks (1)**
65:12
**drive (12)**
6:20,22;28:21;52:2;
117:18;123:22;124:20;
125:20;127:18;128:16;
129:7,10
**driveway (1)**
60:15
**drop (2)**
46:18;47:1
**drops (1)**
53:11
**drowning (5)**
57:11,21;58:1;59:21,
23
**drug (28)**
15:16;16:9,18;17:4,
5;19:10,14,17,20;20:3,
14;21:7,15,23;22:1,4;
23:7,14,17,20,22;
26:15,20,25;37:25;
68:17,21,24
**drugs (4)**
23:24;41:16;44:6;
133:12
**due (5)**
30:4;58:21;63:19;
91:9;132:24
**duly (1)**
5:6
**during (3)**
5:22;22:17;85:8
**duties (3)**
18:6;71:24;72:10
**duty (1)**
67:21
**dwell (2)**
48:4,18
**dying (2)**
126:19;127:18
**dysrhythmia (4)**
58:4;59:8;60:1,5

### E

**earlier (3)**
75:19;94:13;134:3
**easier (1)**
133:11
**easily (1)**
111:7
**ecchymosis (2)**
132:23;134:4
**educate (3)**
114:6,25;116:6
**education (21)**
22:23;23:2,3,6;43:8;
63:6;83:8;97:14,15;
98:3;99:21;101:19,25;
106:17;117:1;119:21;
122:19;126:5;127:2;

128:18;134:25
**effect (2)**
51:5;64:3
**effects (10)**
41:16;70:15,22,23;
71:3;74:22,23;75:1,3;
105:14
**effort (9)**
60:24;61:1,22,23,25;
124:9,24;125:1;127:8
**efforts (3)**
46:11;132:25;134:6
**either (11)**
10:17;37:23;38:4;
55:24;56:8;74:12;
85:24,25;100:4;
110:18;119:14
**EKG (1)**
18:25
**elements (1)**
92:6
**elevated (2)**
66:17;112:10
**eliminated (5)**
34:21;35:19;66:11,
15,16
**eliminating (1)**
35:4
**elimination (7)**
65:11,24;66:13;
91:11,12,23;93:22
**else (8)**
25:5;26:3,10;118:15;
123:4,6;127:16;130:4
**email (1)**
7:15
**emailed (2)**
6:13,15
**emanate (1)**
89:12
**Emergency (16)**
15:2;20:7,11,13,15,
20,21,23;21:2;25:10;
26:1,9,11;37:23;47:9;
68:15
**emotion (1)**
50:13
**emotions (2)**
123:25;124:2
**employ (1)**
71:13
**EMS (3)**
119:9,10,11
**end (4)**
12:23;13:1;75:16;
104:15
**endogenous (7)**
79:14,16,17,25;80:2;
111:11,16
**enforcement (2)**
28:2;37:10
**engulfed (17)**
31:9;33:23,25;52:6,

10,13,14,17,19;58:15,
17;59:6;61:17,21;
123:16;124:12,19
**engulfment (2)**
115:20;117:11
**enhances (1)**
112:11
**enjoy (4)**
114:3,4,5,9
**enlarged (6)**
30:20;31:6,14;32:6,
16,20
**enough (7)**
93:8;95:18;103:7;
120:8;129:10;135:9,25
**ensure (1)**
22:17
**ensuring (1)**
26:25
**entail (1)**
26:20
**enter (3)**
111:21,24;112:1
**entered (3)**
120:13,15,16
**entirely (3)**
57:8;58:18;60:4
**entities (1)**
26:16
**entry (1)**
86:21
**environmental (2)**
98:17;101:12
**envision (1)**
35:2
**enzymatic (1)**
83:15
**enzymes (2)**
78:21;79:2
**epiglottis (1)**
136:11
**equilibration (1)**
91:22
**equilibrium (4)**
66:3,6,12;99:2
**equipment (3)**
22:10,12;83:24
**escape (1)**
60:17
**esophagus (1)**
88:19
**essentially (1)**
55:14
**establish (1)**
28:10
**established (1)**
99:2
**estimate (1)**
105:19
**estimation (1)**
98:7
**ethanol (7)**
64:25;89:24;90:6;

111:11,16,18;121:17
**evaluate (7)**
23:19,21;38:9,18;
40:6,8;126:14
**Evaluating (3)**
17:5;18:7;25:17
**evaluation (2)**
30:8;40:20
**even (5)**
10:11;49:14;89:1;
101:2;124:3
**event (4)**
31:19;32:9,13;59:4
**events (4)**
29:9;31:16;53:4;
54:9
**everybody (1)**
33:14
**everyday (4)**
58:7,11;82:9;90:3
**everyone (1)**
58:12
**evidence (22)**
30:25;32:4,15;34:5;
53:24;54:1,2,15,15;
65:8;66:22;67:4,13;
75:2;87:7,13;95:8,15;
104:3;109:17;121:7;
132:8
**evidenced (1)**
58:12
**evident (1)**
60:13
**exact (1)**
13:20
**exactly (2)**
29:1;117:21
**exam (4)**
18:18;37:19;38:14,
21
**EXAMINATION (2)**
5:9;86:2
**examined (2)**
5:7;84:15
**examiner (16)**
15:23;16:20;17:11,
12,13,16,21;18:1;19:4,
13,19;20:3;37:25;
68:16;86:4;100:3
**examiners (5)**
16:7,25;17:19;18:11;
25:19
**examining (1)**
100:7
**example (1)**
128:25
**examples (1)**
95:23
**exams (1)**
16:22
**exceeded (1)**
93:12
**excerpts (4)**

27:24,24;28:6;42:13
**excited (1)**
  131:17
**Excuse (7)**
  11:1;22:9;87:6;90:2,
  8;96:17;135:16
**exert (1)**
  60:12
**exertion (4)**
  59:24;60:9,16;112:6
**Exhibit (52)**
  5:1;6:5,17,25;8:2,2,
  8;9:1,2,11,13,17;12:9;
  13:5;14:5;27:12,17;
  28:18;29:12,21;39:21;
  41:4;69:6,7;73:25;
  74:3,8;76:6,17,19,23;
  77:1,3,8,11,13,22;85:8,
  12;92:8;98:5;127:7;
  130:17,21;131:1,5,9,
  11,23,23,24;135:17
**exhibits (1)**
  8:23
**exist (1)**
  59:17
**existed (1)**
  101:15
**exists (3)**
  72:23,25;130:9
**expect (1)**
  91:19
**experience (16)**
  31:18;43:9;63:6;
  68:14;83:8;101:25;
  106:17;117:2;122:20;
  123:25;126:6;127:2,
  13,14;128:19;134:25
**experienced (3)**
  32:13;61:2;124:1
**experimentally (1)**
  75:18
**expert (6)**
  12:1;113:25;114:4,
  10;116:10,20
**expertise (13)**
  27:5;79:9;80:11,14;
  82:19;84:13;94:19;
  101:17;111:14;112:14;
  120:1,20;134:24
**expire (2)**
  15:9;20:22
**explanation (3)**
  54:16;76:22,24
**explanations (1)**
  26:18
**extended (2)**
  80:9;95:19
**extends (1)**
  120:6
**extenuating (1)**
  95:5
**external (1)**
  86:2

**extra (6)**
  16:12,13,14,17;17:1,
  2
**extrapolating (3)**
  74:19,22;75:24
**extrapolation (1)**
  75:18
**eye (2)**
  34:9;64:13
**eyeball (3)**
  64:16;66:7;120:19
**eyes (7)**
  71:2;86:5,14,21;
  111:21;120:11,13
**eyewitness (1)**
  32:3

## F

**FAA (4)**
  16:23;18:1,20;23:11
**facilitate (1)**
  52:4
**fact (12)**
  73:1;109:3;114:6;
  115:5,21;116:6,15;
  117:20;118:12,21;
  119:8,10
**factor (11)**
  47:23;57:22;60:17;
  63:1;82:17;84:9,11,16;
  103:5;121:13;129:19
**factors (12)**
  30:1;58:3;78:17;
  81:16;91:10;98:9,20;
  99:11;101:10,15,20;
  103:23
**facts (11)**
  54:3,12;56:15;
  109:12,14,15;112:21,
  25;114:16;116:7;
  117:24
**fair (9)**
  45:13;56:1;72:21;
  74:21;80:17;112:24;
  116:9,20;135:9
**fairly (3)**
  32:23;36:2;107:23
**fall (1)**
  49:7
**familiar (7)**
  21:22,25;22:22;
  63:10;83:11,19;110:4
**family (1)**
  68:15
**far (5)**
  11:15;12:25;18:7;
  22:6;24:10;26:12;
  36:21;37:7;71:15;87:3;
  127:4,24;129:6,25;
  136:1
**favor (1)**
  115:21

**federal (4)**
  8:18;16:21;18:20;
  108:12
**fee (8)**
  6:21,23;11:25;12:3,
  5,13,19,21
**feel (1)**
  55:4
**fellowship (1)**
  24:4
**felt (1)**
  103:7
**femoral (3)**
  94:15,18;133:3
**few (3)**
  14:11;87:5;131:21
**field (6)**
  21:23;37:15;69:18;
  91:17;92:23;105:2
**fields (2)**
  73:22,22
**figure (5)**
  37:16;102:2;127:1,
  21;128:17
**file (2)**
  5:20;11:12
**files (2)**
  10:7,10
**find (5)**
  32:22;71:18;77:17;
  92:3;128:3
**findings (3)**
  37:19;38:21;131:2
**fine (2)**
  132:20;133:21
**first (16)**
  5:6;7:5;10:5;17:16;
  18:5,24;28:18;29:24;
  46:12;70:12;76:11,19;
  80:15;98:5,6;99:10
**Five (2)**
  15:8;68:25
**flash (2)**
  6:20,22
**flip (1)**
  74:11
**flow (3)**
  34:22;46:7;128:13
**fluid (13)**
  37:6;38:2;39:4,7;
  64:13,17,21;66:7;
  78:15;87:10,19;90:15;
  102:20
**fluids (5)**
  36:17,23;80:7;
  103:10,12
**fly (3)**
  63:21;67:20,21
**flying (1)**
  23:24
**focus (1)**
  23:13
**focused (4)**

23:7;97:16;107:4;
  117:16
**focusing (1)**
  102:22
**followed (2)**
  22:16;27:9
**following (5)**
  30:1;39:18;44:22;
  115:19;117:11
**follows (1)**
  5:7
**forensic (6)**
  78:8;82:22;83:10,24;
  110:5;114:1
**form (43)**
  33:8,15;37:2;38:12;
  41:19;44:24;45:14,19;
  46:19;47:13;49:20;
  50:4;56:12;58:22;
  84:19;89:5,11;91:2;
  96:1;97:4,24;99:18;
  100:22;101:4;102:13,
  25;105:24;106:8;
  107:15;111:4;115:6,
  12,22;116:3,12;118:1,
  10,20;119:2;121:19;
  122:25;129:22;130:8
**formal (1)**
  23:2
**formatting (1)**
  13:18
**formed (1)**
  5:25
**forms (1)**
  89:18
**forth (3)**
  27:14;96:23;109:24
**found (18)**
  28:3,4,5;52:12;
  62:24;64:25;74:18;
  86:13,17;87:2,3;88:23;
  89:24;90:6;93:11;
  95:23;121:11;126:1
**foundation (8)**
  45:20;46:20;47:14;
  91:3;96:2;97:25;106:9;
  115:14
**four (2)**
  7:21;9:14
**fourth (1)**
  34:2
**frame (5)**
  28:11;84:20;119:19;
  120:3,5
**frivolous (1)**
  116:2
**frivolousness (1)**
  116:5
**front (7)**
  6:4;9:11;14:5;69:10;
  83:3;92:8;98:6
**function (18)**
  48:14,15;49:1;50:6,

7,9;53:23;60:7;61:7,9;
  62:17,21;112:17,19;
  123:24;126:2;127:6;
  129:8
**functioning (1)**
  127:20
**functions (3)**
  52:3,4;63:14
**further (6)**
  57:5;87:25;88:11;
  113:8,10,12
**furthermore (1)**
  95:7

## G

**game (2)**
  62:7,9
**games (1)**
  62:10
**gas (2)**
  83:11,12
**gave (9)**
  7:8;8:17;9:6;28:8,
  21;29:8;71:17;128:25;
  130:16
**GC (3)**
  83:4,14,15
**gelatinous (1)**
  34:9
**general (2)**
  41:23;82:9
**generally (2)**
  65:21;66:7
**generate (1)**
  120:9
**generated (1)**
  100:24
**generically (1)**
  76:9
**genetics (1)**
  33:10
**Gibson (2)**
  8:18,19
**given (14)**
  16:6;18:1;23:12;
  54:2,13;56:22;73:1;
  93:16;100:11;104:20;
  108:25,25;117:17,20
**gives (1)**
  93:17
**giving (1)**
  10:17;56:6;120:8
**glance (1)**
  9:12
**glucose (16)**
  19:7;48:5,7,11,21;
  82:6;94:14,17,20;
  95:18;111:1,10,15,17,
  20;112:4
**goes (3)**
  88:6;98:12;128:9
**Good (8)**

5:11,12;15:8;39:15;
49:4,6;79:19;122:6
**government (1)**
22:20
**governmental (1)**
26:16
**graduation (1)**
23:4
**grams (2)**
100:17,18
**grant (2)**
17:14;18:3
**granted (1)**
18:2
**granting (1)**
16:24
**Gray (31)**
28:4;29:3;31:9,18;
32:13;33:23;43:18;
52:6,18;53:6,17;54:8;
57:9;58:19;59:10;
61:10;78:5;82:23;
84:14;108:22;115:18;
117:11;120:11;121:5,
7,16;124:1;127:10;
128:20;129:20;130:6
**Gray's (27)**
30:2;31:13;32:8;
52:24;53:24;54:25;
55:6,15;62:24;63:8;
74:18;79:12,15,21;
81:25;86:13;87:2;94:5;
98:21;102:22;104:8;
105:21;110:23;113:3;
121:11;131:25;132:9
**greater (7)**
34:3;35:22;63:12,18;
66:21;100:18;107:8
**growth (1)**
82:15
**gruesome (1)**
134:13
**guess (1)**
101:5
**guessing (1)**
25:25
**guidance (1)**
18:19
**guys (1)**
84:25

---

## H

**habits (1)**
33:11
**hand (2)**
55:3,3
**happen (2)**
20:23;80:22
**happened (2)**
32:2,10
**happens (4)**
33:13;43:20;80:16;

81:2
**happy (1)**
77:18
**hard (6)**
62:16;102:12;
124:13,18;125:13;
134:10
**harder (1)**
124:2
**head (2)**
21:9;50:1
**heading (2)**
86:3,4
**heard (1)**
67:24
**hearing (3)**
9:18;48:9;72:16
**heart (22)**
30:20;31:7,8,11,17;
32:6,7,16,20;62:24;
81:24;82:2,7;89:21;
94:11,14,17;110:23;
111:2;127:19;128:13;
129:3
**hearts (1)**
31:14
**heart's (1)**
30:21
**HEFFRON (75)**
6:7,11,19;7:2,8,16;
8:6,12;9:6;13:8,11,21,
24;28:21;33:8,15;37:2;
38:12;39:14;42:4,21;
44:24;45:14,19;46:19;
47:13;49:20;50:4;
56:12;58:22;74:2;
84:19;85:2,5,16;91:2;
96:1,4,7,12;97:3,24;
99:18,20;101:4;
102:13,25;105:24;
106:8;107:15;108:5;
111:4;115:6,12,22;
116:3,12,23;118:1,10,
20;119:2;121:19,23;
122:25;129:22;130:8;
131:13,16;132:13,17;
133:18,23;136:5,18
**Heffron's (3)**
11:24;96:16,18
**held (3)**
18:6;62:3,13
**help (6)**
21:5;28:6;29:6;
44:14;48:6;69:21
**hemoglobin (1)**
46:10
**high (1)**
111:17
**higher (32)**
34:12,14;48:15,25;
50:6,6,9;52:3;53:22;
60:6;61:7,8;62:17;
63:14;65:1,5,5,19;

66:8;67:2,10,17;91:20;
92:4;93:18,20;99:6;
111:2;123:23;124:8;
126:2;127:6
**highest (2)**
56:22;111:18
**highly (2)**
94:2;102:20
**HIMS (5)**
15:25;16:3;17:1,2;
19:16
**history (4)**
18:18;37:18;38:14,
20
**hold (5)**
62:8,11,18,20;96:5
**hope (1)**
27:15
**hopefully (2)**
62:12,12
**hospital (3)**
24:11,18,19
**hospitals (1)**
25:9
**hour (2)**
12:4;84:25
**hourly (1)**
12:1
**hours (1)**
95:25
**Human (1)**
16:4
**humans (1)**
51:5
**humor (10)**
42:11;62:24;64:13,
18;65:4;66:8;112:3;
120:15,16,20
**hundreds (1)**
127:5
**hy (1)**
86:6
**hyperemic (1)**
86:6
**hypertrophy (5)**
30:18;31:15,24;
32:16;54:4
**hypothesized (1)**
109:16
**hypothetical (6)**
49:21;56:7,13;59:10,
15;115:23
**hypothetically (1)**
70:9

---

## I

**idea (3)**
49:4,6;97:10
**identifiable (1)**
79:5
**Identification (6)**
5:3;9:3;69:8;74:4;

66:8;67:2,10,17;91:20;
92:4;93:18,20;99:6;
**identified (18)**
28:24;48:3,24,24;
54:3,20,20;56:20,23;
57:1;63:18;77:20;
90:21;95:9;111:8;
118:4;121:14;130:9
**identifies (7)**
46:21;48:18;63:11;
73:10;76:15;105:14;
110:24
**identify (22)**
19:8;26:17;37:10,19,
22;38:14;39:2;43:23;
55:19;56:19;59:13,14;
74:22;76:2;78:16,19,
23;81:15;98:23;103:5;
117:3,21
**II (1)**
89:3
**illogical (2)**
53:18;80:18
**immediate (2)**
56:18,25
**immediately (6)**
49:17;50:2;53:25;
55:25;56:2,4
**impact (2)**
28:9;84:20
**impacted (1)**
29:10
**impacts (1)**
82:15
**impaired (14)**
37:16;38:10,19,25;
39:24;40:10;63:19;
105:22;106:5,7,19;
107:1;108:15,22
**impairment (22)**
16:9;35:24;37:11,19,
22;38:15,22;39:2;40:1,
4;63:13,13;105:19;
106:10,11,14;107:10,
14,19,21;108:1,2
**impending (2)**
58:16;59:7
**important (8)**
81:9;84:9,16;103:24;
112:24;113:4;129:19;
135:17
**improper (1)**
117:23
**inactivated (1)**
14:15
**inactive (1)**
14:17
**inappropriately (2)**
117:9,19
**inclined (1)**
67:7
**include (3)**
9:17;19:13;22:3;
23:3;27:8;98:12

85:10;131:12
**identified (18)**
28:24;48:3,24,24;
**included (1)**
7:12
**includes (3)**
7:11,21;27:3
**including (1)**
101:10
**incomplete (3)**
49:21;56:13;115:23
**inconsistent (1)**
108:2
**incorporate (2)**
39:12;92:12
**incorporated (1)**
119:19
**incorrectly (1)**
117:19
**in-court (1)**
12:15
**increased (2)**
41:10;63:12
**Independent (4)**
25:19;32:14;33:19;
98:2
**indicate (1)**
95:3
**indicated (3)**
18:19,22;117:8
**indication (1)**
67:13
**indicative (5)**
30:10;67:3;90:25;
107:20;132:12
**indicator (1)**
67:6
**individual (22)**
26:23;28:3,4;37:18;
43:25;53:4;55:12;
63:18;67:7,23;71:2,7;
76:3;77:20;82:8;92:7;
93:22;117:3,6;118:5,
12;128:9
**individuals (11)**
18:7;12;20:25;28:2;
32:17;41:9;17;59:18;
62:20;92:15;129:1
**individual's (1)**
53:3
**induce (3)**
57:22;59:25;60:18
**induced (5)**
57:10,20,25;59:7,8
**inducing (1)**
43:24
**industries (2)**
26:16;71:12
**industry (3)**
21:23;22:1,20
**influence (7)**
70:21;73:9;74:20;
75:7;99:11;112:22;
121:5
**influenced (1)**
104:7

**inform (2)**
28:6;29:7
**information (14)**
28:8;29:8;32:14;
39:2;42:6;73:15;84:12;
98:24;103:19;104:1;
109:1;113:19;114:21;
131:22
**informative (1)**
48:23
**infuse (1)**
133:10
**ingested (1)**
92:5
**ingestion (2)**
92:6;113:6
**inhibition (1)**
41:11
**initially (2)**
17:13,20
**injuries (1)**
89:3
**injury (2)**
87:8,13
**inquiries (1)**
15:14
**insert (1)**
71:18
**inserted (1)**
133:2
**inside (2)**
33:4;44:25
**instance (6)**
12:15;60:16;79:1;
86:25;108:12;119:9
**insurance (1)**
15:15
**intact (2)**
49:5,12
**integrity (1)**
26:25
**intend (2)**
113:8,10
**intention (1)**
29:20
**International (2)**
25:18;110:10
**interpretation (1)**
102:14
**interpreting (1)**
68:24
**interval (7)**
59:9,13,14,16;84:4;
101:11;103:20
**interventional (1)**
16:4
**intestines (1)**
65:14
**into (35)**
39:12;43:4;52:25;
65:13;68:11;79:3;
80:24;81:14;86:24;
88:4,7,8,25;89:1;

92:12;94:24;95:1,2;
109:17;119:19;122:23;
123:11;125:11,14,20,
23;126:15,23,25;
127:11,24;128:9,21;
129:6,11
**intoxicated (1)**
37:1
**Intoxication (6)**
37:3,7,11,22;38:15;
70:19
**intraosseous (2)**
133:6,8
**intubation (17)**
43:7,17,21,22;44:10;
45:2;49:3;51:20,23;
52:24;53:2,8,12;54:25;
55:5,9;117:10
**investigate (1)**
126:10;130:12
**involve (4)**
19:17;20:3;22:21;
39:23
**involved (3)**
71:8;93:4;114:2
**involves (1)**
48:14
**issue (3)**
17:16;18:16;40:2
**issued (1)**
27:19
**issues (5)**
16:10,19;17:4,6;
104:5
**item (1)**
28:16

**J**

**Jeff (9)**
13:8;39:14;42:7,21;
96:5;97:5;108:5;
131:14;132:14
**job (5)**
19:12;21:1;26:19,24;
69:21
**JOHN (2)**
5:5;8:19
**Journal (9)**
73:18,20;92:19;
104:21,22;110:4,6,8,10
**journals (3)**
50:21,22;72:17
**judge (1)**
116:5
**judgments (2)**
113:16,18
**jump (2)**
27:15;42:22
**jumps (1)**
27:14
**juries (1)**
114:7

**Justice (2)**
115:11,15

**K**

**Kansas (6)**
14:13,14;24:9;35:25;
106:20,21
**keep (8)**
7:25;9:19;11:9;
34:23;47:8;77:24;85:4;
107:6
**key (1)**
67:9
**kidney (1)**
19:8
**kind (3)**
45:6;125:13;134:1
**knowledge (16)**
9:19;24:13;33:19;
34:25;41:24;59:21;
95:14;96:3;97:8;98:2;
104:16;105:2;107:21;
108:4;114:6;120:2
**known (3)**
60:11;62:18;63:17
**KSA (2)**
106:14;108:17

**L**

**lab (8)**
19:23,24;27:9,10;
78:8;82:22;83:24;
103:15
**label (1)**
68:7
**labeled (2)**
24:2;29:21;76:19
**laboratory (1)**
22:12
**labored (1)**
125:5
**labs (2)**
22:18;84:1
**lack (3)**
18:8;91:8;132:8
**lacks (8)**
45:19;46:19;47:13;
91:2;96:1;97:24;106:8;
115:13
**large (5)**
87:21;88:25;89:15;
125:21,22
**larynx (2)**
88:18;136:6
**last (32)**
6:13,15;10:14,17,20,
22;11:7;12:5,21;13:1;
14:9;22:25;24:6;25:15,
24;27:15;29:25;40:15,
19,22;57:5;68:25;
75:15,17;77:7;88:16,

16;98:25;99:9;114:2;
131:4,9
**later (1)**
127:17
**law (2)**
28:2;37:10
**Lawrence (3)**
24:16;26:1,9
**laws (1)**
36:20
**lay (1)**
95:3
**layman (2)**
58:6,10
**layout (1)**
134:21
**layperson (1)**
129:4
**lead (1)**
127:9
**leads (4)**
54:23;127:2,10;
128:19
**learn (1)**
109:12
**least (2)**
19:22;132:25
**led (1)**
58:4
**left (21)**
6:6;30:18;31:14,23;
54:3;74:13;87:10,19,
23,23;88:3,6,8;103:14;
110:22;111:3;134:18;
135:2,4,10,13
**leg (1)**
133:2
**legal (9)**
37:8,21;67:25;
105:25;106:10,15;
107:2,16;116:4
**less (9)**
61:23;88:10;94:1,6,
8;100:17;106:6;
108:11;120:8
**level (53)**
34:3,4;35:22;36:3,4,
13,14,15,22;37:5,6;
44:21;47:25;48:19,25;
56:22;62:23;63:11,11,
15,16,17,23;66:21,21;
67:2,3,10,10,19,24;
68:3,4,8;73:12;74:17,
18;76:14;79:11;81:10;
97:22;105:7,17,18,21;
107:8,12,20;118:18;
121:10;124:8;125:1;
129:10
**levels (19)**
47:1;48:15;63:21,24;
64:24;67:16,22;68:6;
76:1;80:1;82:6,23;
83:4;100:23;111:18;

16;98:25;99:9;114:2;

112:3,10;113:3;121:17
**library (1)**
110:8
**license (3)**
14:15,17;17:24
**licensed (1)**
14:12
**licenses (1)**
14:14
**life (5)**
82:16;86:19;94:22;
120:12,17
**lifetime (1)**
62:4
**likelihood (1)**
67:17
**likely (9)**
57:14;59:11;63:4,5,
7;75:6;88:15;92:3;
115:18
**limited (4)**
79:23;95:13;120:2;
134:24
**line (6)**
49:14;99:9;107:25;
108:1;133:7,8
**lining (1)**
65:13
**list (14)**
6:22,24;7:20;8:11,
14,20;9:5,17;11:4,5;
14:20;24:11;27:22;
39:22
**listed (5)**
14:24;25:13;26:2;
99:11;104:16
**listing (2)**
7:9;28:16
**lists (1)**
6:17
**liter (2)**
35:23;89:25
**literature (44)**
41:7,13,15,19,20,21;
42:18;44:19,21;45:6;
47:15;48:3,18;49:2;
50:15,17;63:9,9;67:12,
15;68:1,2,12;92:9;
95:22;96:3;97:8;105:7,
13,17;111:8;115:2,4;
118:3;120:7;122:15;
126:4;127:23;128:2,6;
129:1;130:4,10,16
**literatures (1)**
42:5
**little (3)**
48:10;87:11;131:20
**live (2)**
33:9,16
**liver (5)**
34:21,23;35:2,3,7
**living (3)**
20:20;22:8;67:23

**lobes (1)**
88:2
**location (2)**
82:2;98:13
**long (16)**
15:8;43:18;44:20;
45:13,25;46:17;53:10,
16;59:17;62:8,14;
70:25;83:8;84:4;95:10;
117:10
**longer (8)**
24:15,15,17;33:9;
35:11,14,16;48:10
**longitudinally (1)**
136:14
**long-winded (1)**
32:11
**look (24)**
8:21;22:23;28:14;
30:9;36:5,20,37:16,18;
39:21;69:24;71:16;
73:6;74:6;75:15;77:11,
17;128:4,25;129:20;
130:5,17;131:17;
132:15;136:14
**looked (2)**
40:2;46:23
**looking (14)**
7:23;12:5,9;14:9;
45:21;46:2,5;51:3;
53:20;114:8;134:15,
19;135:8;136:15
**looks (18)**
7:20;9:14;12:2;
13:17,19;24:1;42:15;
73:18;74:12;76:5;77:1,
6;87:17;89:21;132:2;
133:1;135:13,19
**Looney (1)**
10:7
**lose (6)**
48:2;49:16;50:2;
53:17;60:21;125:19
**loss (1)**
49:18
**lot (1)**
11:13
**Louisiana (2)**
14:13,14
**lower (4)**
62:21;88:1;102:9;
123:22
**lung (14)**
122:24;123:11;
125:12,21,23;127:11;
135:1,2,10,10,13,15,16,
21
**lungs (19)**
30:12,13;53:1;87:2,
3;112:1;123:19;
125:15;126:11,15,23,
25;127:25;128:22;
129:6,11;134:16;

135:19;136:8

## M

**main (2)**
30:21;31:8
**mainstem (2)**
88:6,7
**maintain (2)**
47:16,19
**maintaining (1)**
47:24
**major (2)**
30:13;88:8
**majority (1)**
104:5
**makes (1)**
128:11
**making (15)**
27:3,8;28:10;39:12;
63:2,14,20;64:12;67:8,
18;74:24;92:13;
100:13;119:1,20
**mal (1)**
10:8
**management (1)**
55:13
**manifest (1)**
41:10
**manifested (1)**
62:19
**Manual (6)**
42:14;69:15,17;70:2,
5;71:5
**many (11)**
40:7;75:20;97:16;
98:9;99:11;101:10;
110:13,16;126:9,13;
130:24
**March (1)**
78:5
**Mark (3)**
8:25;69:6;73:24
**Marked (11)**
5:2;8:1;9:3,13;27:12,
17;69:8;74:4;85:9,12;
131:12
**marker (2)**
105:12;134:20
**markers (2)**
78:21,25
**markings (1)**
134:2
**marks (1)**
132:3
**mass (1)**
83:4
**matter (3)**
10:24;11:2,6
**may (18)**
6:4;8:6;15:7,9;20:17,
24,24;24:22;30:15;
40:4;48:3;49:11;72:6;

77:14;83:17;93:21;
112:23;134:23
**Maybe (3)**
20:9;86:7;129:4
**MCMASTER (5)**
5:5,11;36:10;62:3;
130:4
**MD (1)**
5:5
**mean (16)**
16:5;21:2;24:14;
30:7;33:13;36:1;59:20;
70:21;86:11;107:18;
108:7;110:7;115:8,15;
125:9;132:19
**meaning (2)**
57:3;63:13
**means (8)**
30:20;48:9;50:9;
58:14;61:10;72:4,5;
86:9
**measurement (3)**
45:22;51:4;90:12
**measures (1)**
108:10
**measuring (2)**
44:25;102:4
**mechanism (1)**
44:25
**med (1)**
10:8
**medical (124)**
15:6,13,17,19,21,22;
16:7,20,24,25;17:11,
12,13,14,15,16,19,21,
25;18:4,5,9,11,13,16,
24;19:4,13,19;20:2;
23:3,5,6;24:9;25:19;
26:5,13,14,14,18,19,
24;27:5,6;37:8,9,15,21,
24,25;41:7,13,15,21,
24;42:5,14,18;43:10;
48:18;50:17;53:10;
54:16;58:5;63:9;67:12,
15,25;68:1,2,14,16;
69:15,18,20,23;70:1;
71:5,8,11,23,24;72:10,
18,24;73:20;78:1;
95:22;97:19;104:18,
23;105:6,13,16;106:11,
16,22;107:2,21;108:3;
111:8;114:5;115:2;
116:7;119:20;120:7;
122:15;125:25;126:3;
127:23;128:2,6;130:2,
3,3,10,15,17,22;134:3
**medically (2)**
18:12;27:7
**medication-induced (1)**
49:18
**medications (2)**
16:11;17:9

**Medicine (5)**
15:2;25:10;26:2,9;
114:14
**men's (1)**
39:15
**mental (11)**
34:5;41:9;64:1;
66:23;67:4,14;68:8;
77:2,8;105:8,11
**mentioned (4)**
26:8;50:14;60:9;
119:18
**messed (2)**
8:24;79:20
**metabolic (1)**
53:4
**metabolism (3)**
46:7;47:6;81:4
**metabolites (3)**
64:22,23,24
**metabolize (2)**
35:3;111:19
**metabolized (4)**
34:20;35:6;48:7;
66:11
**metabolizing (1)**
34:24
**method (3)**
82:21;83:21;89:11
**methodologies (2)**
22:3,9
**methodology (5)**
21:25;22:7;71:4;
83:9,18
**methods (3)**
21:22;43:10;82:25
**microbe (2)**
81:4;120:18
**microbes (7)**
81:3,22;95:16,17;
111:19,21;120:4
**microbial (7)**
82:16;86:19;94:21;
112:11,11;120:12,17
**microorganism (1)**
101:11
**microorganisms (3)**
80:23;98:16;103:14
**middle (2)**
74:12;86:4
**might (8)**
13:17;24:2;76:18;
109:12,13,20;117:23;
135:12
**milligrams (9)**
35:23;36:16;89:25;
90:1,9,16;107:9,12;
108:11
**milliliters (2)**
100:17,19
**mind (2)**
10:6;19:3
**mine (1)**

72:6
**minutes (1)**
45:18
**misleading (1)**
21:18
**mispronouncing (1)**
86:7
**misreading (1)**
20:18
**missing (1)**
22:24
**Missouri (4)**
10:9;14:13,15,17
**mistaken (2)**
14:6;28:21
**misuse (1)**
105:13
**mold (2)**
78:14;110:19
**molds (1)**
86:22
**moment (2)**
14:18;50:14
**money (1)**
11:20
**monitoring (1)**
17:5
**months (1)**
40:22
**more (23)**
31:15;32:9;37:3,7;
57:17;63:3,5,7;65:21;
67:7;75:6;87:5;88:15;
94:14;96:25;99:6;
106:5,19;108:6;
114:21;131:22;134:1;
135:11
**morning (3)**
5:11,12;13:12
**mortis (2)**
80:5;95:9
**most (2)**
56:21;92:3
**motivational (1)**
16:4
**motor (1)**
52:3
**mouth (4)**
88:22,22,24,24
**move (3)**
23:25;25:12;101:8
**movement (1)**
35:1
**moving (1)**
43:3
**much (6)**
11:15;47:11,16;
93:22;101:3;102:24
**multifactorial (2)**
31:1,5
**multiple (4)**
30:1;39:1;50:25;
56:22

**Murphey (1)**
10:8
**must (1)**
99:13

**N**

**name (5)**
23:9;25:18;26:4,6,8
**Nancy (1)**
96:25
**Narrowing (3)**
33:6,22,24
**naturally (1)**
48:14
**nature (2)**
80:5;105:1
**necessary (5)**
47:16,23;53:22;
91:16;120:3
**neck (3)**
132:3,23;134:3
**need (12)**
8:5;15:17;18:14,25;
36:19;48:8;77:19;
85:14;123:4,6;133:21;
134:14
**needed (3)**
11:21;15:20;47:11
**needle (1)**
133:9
**needs (3)**
25:7;55:12;95:16
**negative (1)**
90:24
**Neuron (1)**
48:15
**neurons (1)**
47:8
**new (5)**
5:25;7:21;9:14;
13:16;14:24
**next (5)**
8:3,7,9;43:3;101:8
**nine (1)**
45:17
**None (6)**
11:4;21:14;91:13;
118:24;119:16;132:25
**nonresponsive (2)**
107:22;119:6
**nor (1)**
98:2
**normal (8)**
31:16,17;32:18;41:8;
61:24;62:19;125:2,3
**normally (7)**
60:22,22,23;122:22;
123:8,10,12
**noted (3)**
89:4;90:19;96:13
**notes (2)**
11:11,14

**notice (3)**
6:10;7:9;132:2
**nowhere (1)**
130:4
**number (20)**
8:22;9:2;36:16;
37:11,20;38:13,17,20;
39:4,9,10;59:25;69:7;
71:15;73:3;74:3;91:15;
112:22;131:11;132:24
**numbered (1)**
8:10
**Numbers (7)**
5:1;37:9;74:12;85:9;
131:20;133:15,19
**nutshell (1)**
18:10

**O**

**O2 (4)**
49:7;51:4;117:16,17
**Object (42)**
33:8,15;37:2;38:12;
44:24;45:14,19;46:19;
47:13;49:20;50:4;
56:12;58:22;84:19;
91:2;96:1;97:3,24;
99:18;101:4;102:13,
25;105:24;106:8;
107:15,22;111:4;
115:6,12,22;116:3,12;
118:1,10,20;119:2,5;
121:19;122:25;129:22;
130:8;134:10
**objection (5)**
96:16,19;108:7;
116:23;121:23
**objective (1)**
112:24
**observations (1)**
127:9
**observer (1)**
125:2
**obtain (1)**
19:21
**obtained (3)**
26:23;63:24;99:22
**obtaining (1)**
95:20
**Obviously (3)**
15:10;20:22;25:21
**Occasionally (1)**
15:14
**occluded (2)**
87:9,18
**occupational (1)**
71:10
**occur (3)**
53:4;62:11;134:9
**occurred (8)**
10:23;25:21;28:11;
29:10;54:17;58:13;

60:5;91:11
**occurs (1)**
51:20
**off (4)**
6:6;8:22;21:9;67:21
**office (1)**
136:20
**officer (13)**
15:6,13,18,19;26:13,
14,24;37:24;68:15;
71:8,25;72:10,24
**officers (4)**
69:18,20;71:11,23
**officer's (5)**
26:19;42:14;69:15;
70:1;71:5
**old (1)**
19:2
**once (5)**
35:11;66:1,1,6;99:1
**one (66)**
5:15;7:21;8:1,3,10;
9:12;10:5,13;11:25;
12:16;13:13,16;18:14;
24:3;32:4,12,15;38:7;
39:1,3;43:5;44:2,9;
47:23;52:1;55:18;
56:20;57:22;58:3,3;
59:20;67:6;69:10,13;
71:17;74:15;76:17;
79:20;80:15,22;91:9,
10,14;93:21;94:21;
96:25;100:10;101:8,
14;102:23;104:3;
110:7;112:21;116:19;
118:4;120:21,23;
121:4,13;131:9;
133:16;134:7,18,18;
135:3,19
**ones (3)**
14:24;109:16;110:7
**one's (1)**
24:2
**one-week (1)**
17:24
**one-year (2)**
18:2;97:20
**online (1)**
50:23
**only (15)**
25:9;38:23;46:21;
53:20;55:4;56:17,20;
59:20;68:9;88:2;
108:17;118:4;122:6;
125:10;129:25
**onto (1)**
99:10
**open (1)**
110:1
**opine (4)**
29:16;40:14;81:6;
112:20
**opinion (26)**

5:20;29:17,21,24,25;
57:19;62:23;66:20;
70:7;74:25;96:13;
115:21;117:10;121:4,
7,10,13,16;122:8,10;
125:17,25;127:22;
128:23,23;130:6
**opinions (26)**
5:25;28:7;29:7,11,
13,15;39:13;41:19;
43:5;95:1;100:23;
108:25;109:8,13,21,23,
24;110:2;113:22;
114:12,18,20,23;
118:17;122:16;130:18
**opportunity (1)**
126:10
**opposed (2)**
93:23;94:17
**order (4)**
27:14;38:17;95:13,
14
**ordered (3)**
21:4,8;37:25
**ordering (1)**
20:25
**organ (7)**
46:2,5,6,8,13;64:21;
75:2
**organizations (1)**
21:15
**oriented (1)**
134:20
**origin (1)**
31:5
**original (1)**
8:14
**originally (1)**
7:22;11:25
**oropharynx (2)**
88:18,21
**others (1)**
55:19
**otherwise (3)**
49:10;60:15;62:19
**out (27)**
9:25;10:4,8;18:6;
19:22,24;27:11;37:16;
41:15;50:23;60:14;
62:11,12,21;69:13;
71:17,18;88:11;89:16;
104:6,12;120:6;127:1,
21;128:17;130:10;
135:20
**outside (9)**
45:1;64:15;79:8;
80:14;81:6;82:18;
84:13;112:14;134:24
**over (27)**
5:14;8:1,10;14:11,
20;29:23;32:17;40:15;
45:10;62:22;66:18;
70:11;71:16;74:11;

80:9;86:1;87:5;89:19;
97:15;107:25;108:14;
114:2;131:4,21;
133:13;135:11
**own (2)**
44:4;89:10
**oxidation (2)**
83:15,19
**oxygen (26)**
44:22,25;45:9,13,18;
46:1,3,6,8,9,10,13,22;
47:1,5,11,16,22,25;
48:6,19,25;50:19;
52:25;53:11,20

**P**

**PA (1)**
26:11
**packed (2)**
87:9,18
**page (41)**
14:20,21;25:24;
28:18;29:23;32:5;
40:24;43:3;66:19;
69:13;70:11;71:17;
73:6;74:11,14,14;
75:16;76:5;86:1;87:7,
15;89:19;98:5;99:10,
10;102:3;107:7;
131:20,24;132:16;
133:1,13,15,17,19;
134:13,15;135:11,16;
136:3,12
**pages (4)**
24:2;27:23;70:12;
87:5
**paid (1)**
11:15
**pain (1)**
43:12
**panicking (1)**
125:13
**paper (1)**
105:3
**para (1)**
88:16
**paragraph (14)**
29:24;57:5;59:3;
75:16;86:3,4;87:8,17;
88:17;89:3;98:6,25;
100:15;101:9
**paralegal (1)**
13:12
**paralysis (2)**
44:23;51:19
**paralytic (1)**
44:6
**paralyze (1)**
52:2
**paralyzed (1)**
45:8;53:3;55:9
**parentheses (2)**

35:22;98:14

**part (11)**
19:10;20:2,15;21:1;
26:19,24;59:16;77:7;
113:2,16;135:17

**participated (1)**
23:4

**particles (1)**
129:15

**particular (1)**
101:21

**parts (2)**
50:11;80:24

**party (1)**
26:17

**pass (3)**
62:11,12,21

**passageways (2)**
88:5,25

**past (3)**
10:1;40:7;125:22

**pathologist (10)**
21:12;78:25;80:6,12;
81:13;82:5;95:4;
100:14;101:18;135:23

**pathologists (1)**
105:2

**Pathology (8)**
73:19,21;91:17;
97:19;104:22;110:5;
119:22;134:25

**patient (4)**
21:5;49:5;55:8;
126:11

**patients (5)**
20:20;24:23,23;
95:23;126:20

**peer (11)**
50:20;71:6,14,21;
72:2,3,4,8,11,17;73:4

**peers (2)**
72:9;73:3

**penetrate (1)**
120:19

**people (14)**
18:4;20:22;22:8;
31:14,23;32:19;60:11,
14;68:6;71:15;72:18;
116:25;127:5,16

**per (12)**
35:23;36:16;89:25;
90:1,9,16;100:17,18;
107:9,13;108:11,14

**perceive (5)**
50:12;60:7;61:11;
112:17;123:24

**percent (11)**
35:6,8;48:25;49:8;
53:12;57:17;93:13;
114:12,14,17,22

**percentage (1)**
32:19

**perfectly (1)**

132:20

**perform (6)**
18:19,22;19:21;20:5,
13;48:5

**performance (3)**
43:25;45:1;71:24

**performed (11)**
19:5;21:3,6,19;38:1;
55:10;78:11;81:13;
94:10;95:7;101:18

**performing (2)**
49:3;71:12

**perfusion (1)**
53:22

**perhaps (1)**
87:6

**period (9)**
43:11;95:10,16,19;
120:8;124:21,25;
127:7,19

**periods (1)**
80:10

**peripherally (1)**
51:4

**permanent (1)**
44:1

**permeable (1)**
80:17

**person (6)**
48:1;49:15,25;92:1;
116:9,19

**personnel (1)**
28:2

**pertaining (1)**
36:24

**pH (3)**
82:12;112:7,10

**phase (4)**
66:6;91:12,24;99:1

**photo (4)**
133:4;134:1,19;
135:5

**photographs (10)**
28:12,13,15,17,19;
29:1,2,6;30:9;115:1

**photos (1)**
131:10

**phrase (1)**
45:7

**physical (7)**
18:18;37:19;38:14;
59:24;60:9,16;112:6

**physician (12)**
17:22;18:6;20:8,11,
13,20;21:2;37:24;47:9;
68:15,16;73:3

**Physicians (2)**
25:17;51:13

**physiology (1)**
61:4

**pick (2)**
116:9,19

**picture (3)**

131:24;133:14,22

**pictures (4)**
28:22,23;52:12;
134:14

**piece (2)**
41:20;136:13

**pilot (2)**
18:15;67:19

**pilots (11)**
16:9,10,18,24;17:3,5,
8;18:11,14,17;63:21

**pilots' (1)**
67:22

**pitfalls (1)**
75:20

**place (7)**
44:16;49:6;97:13;
102:24;103:1,3;134:8

**placed (2)**
133:5,9

**placement (1)**
52:5

**places (1)**
86:14

**placing (1)**
44:1

**plaintiff (6)**
9:22;10:15,18;11:8;
115:5,9

**plaintiff's (3)**
7:5;10:4,20

**plaque (1)**
33:4

**play (2)**
62:8;101:20

**playing (1)**
62:10

**please (7)**
5:16;9:1;96:9;
121:20;124:4;126:16;
130:12

**plethora (1)**
41:15

**plot (2)**
102:7,8

**plus (1)**
7:2

**pm (1)**
136:23

**point (23)**
9:25;28:18;30:3,15;
32:5;33:1;34:2;35:21;
36:11;39:1,3,15;58:8;
59:2;66:19;78:4;86:22;
91:13,16;95:20;
117:25;133:11;134:8

**pointed (1)**
10:4

**pointing (1)**
135:3

**points (1)**
123:13

**pool (1)**

62:7

**poor (2)**
67:8,18

**population (4)**
32:18,19;82:9;
116:25

**portion (7)**
89:20;96:11;97:2;
104:11;121:22;124:6;
126:18

**position (1)**
24:10

**positions (1)**
15:20

**positive (3)**
90:23,24;93:5

**possess (1)**
18:8

**possessing (1)**
63:12

**possibility (6)**
55:18;75:3,5;80:7;
107:21;133:5

**possible (14)**
56:24;57:8,12,13,16;
58:19;59:4;60:4;81:5;
114:22,24;118:4;
134:12;136:2

**post (2)**
99:16;100:8

**postabsorptive (1)**
99:1

**postaccident (1)**
28:17

**Post-equilibrium (2)**
65:4,7

**posterior (1)**
88:18

**postmortem (55)**
20:3,13;21:3,6;22:4,
5;23:7,14,17,19,22;
26:20,23;30:8;40:8;
54:2,15;79:12;81:8,11,
19;82:3;90:22,25;92:2;
93:4;94:22,24;95:11,
24;97:12,17,21;98:8,
21;99:12,17,25;100:9,
16,25;101:9,11;
102:24;103:6,10,25;
104:7;110:14;111:1,
18;118:19,21;119:12,
25

**potential (14)**
54:18,22;55:15;
56:17;57:7,11,21,25;
74:23;81:2;86:21;
113:5;119:11;122:8

**potentially (7)**
55:6;59:21,22;63:1,
3,19;80:9

**practice (8)**
20:15;25:10,24;
51:11,14;111:14;

112:15;126:8

**practicing (4)**
17:21;20:7;24:21;
101:25

**precisely (2)**
78:4,9

**predict (1)**
102:12

**predispose (1)**
33:10

**predisposed (2)**
31:15;32:9

**predisposes (1)**
32:17

**preferred (1)**
82:2

**pre-mark (1)**
8:23

**preparation (2)**
42:13;43:25

**prepare (3)**
5:18;8:15;11:21

**prepared (2)**
29:14;85:24

**preparing (1)**
42:19

**presence (6)**
30:10;75:9;76:3;
81:22;91:7;98:16

**present (12)**
20:21;23:11;28:3;
30:12;36:17;77:3;
78:14,17;88:18;90:14;
122:1;125:7

**presentation (1)**
23:13

**presentations (2)**
23:12,16

**presenting (1)**
29:20

**presumed (1)**
106:25

**presumption (1)**
106:13

**pretty (3)**
62:16;79:19;91:14

**prevented (1)**
51:24

**preventing (1)**
44:10

**previously (4)**
7:3;13:13;28:25;
119:18

**primarily (2)**
34:19;97:14

**primary (3)**
94:21;111:11,16

**principles (1)**
43:10

**printed (2)**
9:7;36:20

**printed-out (1)**
6:21

**printout (1)**
131:13
**prior (2)**
10:3;91:11
**privileges (1)**
24:16
**privy (1)**
30:9
**probably (4)**
10:22;40:15;89:18;
130:9
**procedure (4)**
43:23;44:2;55:10;
83:20
**procedures (1)**
45:2
**proceeds (1)**
113:11
**process (5)**
27:1;43:23;44:14;
52:1;72:17
**processes (2)**
30:25;31:4
**produce (5)**
80:9;81:3;94:22;
95:18;110:13
**produced (12)**
7:3,22;8:14;11:25;
28:25;48:23;50:15;
69:11;80:1;92:9;110:2;
119:24
**producing (2)**
70:15,23
**product (1)**
43:9
**production (26)**
7:5;81:8,19;91:1;
94:25;95:12,15,24;
97:13,17;99:12,17;
100:1,9;101:9;102:24;
103:6,11,25;104:8;
111:18;118:19,22;
119:12,21;120:4
**profession (1)**
69:23
**professional (5)**
23:25;24:4;25:12;
105:16;130:3
**professionals (1)**
72:19
**professions (1)**
69:24
**professor (1)**
24:8
**profile (1)**
25:25
**progressive (1)**
30:25
**proliferation (2)**
82:16;112:12
**prone (1)**
31:24
**pronunciation (1)**

30:16
**pronunciations (1)**
79:20
**propensity (1)**
63:13
**proper (1)**
27:9
**protein (1)**
19:7
**proteins (2)**
78:21;79:2
**protocols (5)**
22:16,19,21,22;27:9
**provide (1)**
113:23
**provided (15)**
5:22;6:19;13:14;
77:7,12;98:24;104:4,
13;109:1,20;112:20;
113:20;114:17;126:6;
130:24
**providers (3)**
23:23;50:25;71:10
**providing (2)**
24:17;55:11
**proximal (5)**
122:24;123:11,18;
125:11;136:7
**public (1)**
23:24
**publication (6)**
69:19,22;71:6;92:22;
104:20,24
**publications (3)**
104:18;130:22,25
**published (7)**
50:20;68:20;69:20;
71:7,9;92:19;104:21
**pull (9)**
27:11;123:18;
126:14,22,25;127:4,24;
129:6,11
**pulled (7)**
89:21;122:23;123:9,
10;127:11;128:21;
130:15
**pulmonologist (1)**
61:3
**pumping (4)**
30:22;31:8;129:3,8
**purple (1)**
132:3
**purported (1)**
43:6
**purpose (2)**
55:11,11
**put (15)**
6:4;9:11;14:1;18:10;
24:23;27:14;38:13;
69:10;76:18;90:3;92:8;
107:23;109:24;123:13;
131:20

**Q**

**qualified (1)**
18:13
**qualify (1)**
80:19
**qualitative (1)**
22:14
**quality (4)**
61:23;98:12;129:14,
16
**quantifiable (1)**
120:3
**quantification (1)**
94:16
**quantify (1)**
36:22
**quantitative (1)**
22:15
**quick (2)**
84:25;105:6
**quickly (1)**
47:1
**quite (1)**
45:4
**quits (2)**
128:13;129:3
**quoted (1)**
36:21

**R**

**raises (2)**
56:21;112:7
**ramifications (1)**
23:23
**rapid (17)**
43:7,16,20,22;44:9;
45:1;49:3;51:20,23;
52:23;53:2,7,12;54:24;
55:5,9;117:9
**rare (1)**
101:2
**rate (2)**
65:9,10
**rates (1)**
12:2
**rather (1)**
76:20
**ratio (4)**
94:1;102:4,10,20
**ratios (1)**
99:3
**reached (1)**
109:6
**react (1)**
50:12
**read (35)**
30:5;34:6;41:11,25;
42:18;43:12;66:24;
68:12;75:21;76:8;
77:15;92:16;96:8,10,

24;97:1;98:18;99:4,13;
100:19;102:15;104:9,
10;105:3;110:6,9,12;
121:20,21;122:12;
124:4,5;126:16,17;
136:19
**reading (2)**
102:8,18
**ready (2)**
67:20;131:7
**real (2)**
105:6;131:17
**realization (3)**
58:14,20;59:5
**really (4)**
36:19;91:16;116:14;
125:13
**re-ask (1)**
96:20
**reason (16)**
8:24;51:8;55:4;
86:16;93:2,16,17,21;
104:25;109:6,8;111:5;
112:5,8,15;132:6
**reasonable (2)**
26:18;54:16
**reasons (2)**
67:25;108:21
**recall (20)**
7:18;10:6,17,24;
11:2,13;12:24;14:25;
15:7,10,21;8;24:7;
28:1;36:21;40:1,5;
44:7;62:10;68:25;
81:23
**received (1)**
122:6
**recent (1)**
91:10
**recertified (1)**
15:1
**recess (1)**
39:17;85:7
**recognized (2)**
72:9;91:17
**recognizes (2)**
46:13,15
**recollect (2)**
10:3;40:17
**recollection (1)**
12:18
**reconstruct (1)**
29:9
**record (2)**
7:13;121:3
**records (5)**
7:3;118:24;119:9,10,
11
**recredentialing (1)**
23:10
**red (1)**
86:12
**reevaluate (1)**

110:2
**refer (3)**
37:4;87:20;134:2
**reference (3)**
7:11;22:18;119:17
**referenced (3)**
42:12;74:7,10
**references (3)**
104:16,17,20
**referring (3)**
36:14,16;82:11
**refers (2)**
83:17;99:25
**reflect (1)**
99:3
**reflected (1)**
13:4
**regard (1)**
59:18
**regarding (2)**
117:10;122:8
**regardless (1)**
12:3
**regards (1)**
98:20
**Regional (4)**
24:19;25:3,8;26:5
**regular (1)**
58:11
**regulate (1)**
16:18
**regulating (1)**
16:8;17:3
**regulation (3)**
18:20;108:13,18
**regulations (2)**
18:21;108:10
**relative (1)**
42:6
**release (1)**
79:9
**released (1)**
79:3
**reliability (2)**
72:20;130:6
**reliable (16)**
43:9;51:2,7;69:22,
25;71:22;73:20,21;
92:25;93:3;104:17,19,
23;105:10,18;128:22
**reliance (1)**
43:6
**relied (8)**
39:3,9;68:2;92:22;
100:22;109:3;117:24;
122:19
**relies (2)**
47:4,5
**rely (8)**
41:18;43:16;51:16;
69:24;101:17;105:3;
122:15,18
**relying (1)**

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

117:9

**remain (4)**
47:12;49:4,5;66:17

**remember (14)**
10:12,14;11:6;12:25;
13:3;28:13,19;29:1,3;
40:19;50:22;107:3;
125:15,16

**remodel (1)**
64:10

**remodeling (1)**
64:11

**rendered (1)**
124:17

**rendering (1)**
44:3

**renewable (1)**
18:3

**rephrase (2)**
58:18,23

**replenished (1)**
46:11

**report (60)**
8:2,7,9;11:22;27:11,
19,22;29:12,12,18;
40:25;42:1,3,13,19;
43:3,4;54:21;55:20;
56:19,20;57:1,24;
66:19;78:16,23;81:18,
21;83:2,4;85:13,24;
87:4;89:20;91:8;92:17;
95:3,9;99:24;100:12;
101:22;103:4,8,10;
106:4,18;107:8,24;
108:19;109:25;110:24;
115:2,3;116:19;
117:16;118:8;119:14;
122:10,13;132:6

**reported (4)**
84:21;98:2;100:19;
101:22

**reporter (11)**
6:3;69:4;70:16;
84:23;96:10;97:1;
104:10;121:21;124:5;
126:17;131:7

**reports (4)**
16:22;78:18;104:13;
112:20

**represent (2)**
77:15;134:23

**representative (1)**
11:21

**request (2)**
6:25;7:5

**requested (2)**
6:18;78:25

**requesting (1)**
81:15

**requests (1)**
70:16

**require (4)**
10:2;95:19;123:23;

126:2

**required (4)**
22:2;47:8;95:11;
113:11

**research (1)**
130:23

**residency (1)**
17:23

**respect (4)**
15:16;63:10;92:13;
129:1

**respectfully (1)**
135:4

**respiratory (21)**
30:3;44:17;46:11;
52:2;60:24;61:1,22,23;
87:6;117:18;123:22;
124:9,20,24;125:1,20;
127:8,18;128:16;
129:7,10

**response (3)**
7:4,9;124:13

**responsive (2)**
6:24;7:10

**rest (1)**
86:24

**result (6)**
52:17,19;60:1;122:5;
124:3;134:10

**results (9)**
19:25;26:15,18,22,
22;27:6;40:9;68:21;
84:20

**resuscitation (1)**
132:25

**resuscitative (1)**
134:6

**retained (5)**
8:19;9:22;10:15,20;
11:7

**retrograde (1)**
75:17

**review (32)**
10:23;15:6,13,18,19;
26:13,14,19,24;37:24;
42:14;50:21;68:14;
69:15,18,20;70:1,6;
71:5,6,8,11,23,24;
72:10,17,19,24;109:15;
112:19;115:1;126:6

**reviewed (21)**
5:20;6:11,13;27:23,
25;28:12,13,14,19;
71:14,21;72:2,3,4,8,11;
73:2,4;109:20;119:16;
131:10

**reviewing (4)**
5:24;26:20,22;110:1

**reviews (1)**
26:14

**revise (1)**
110:2

**revised (1)**

14:9

**right (55)**
6:8;10:16;19:24;
21:10;27:13;30:5;32:1,
2;34:6;39:20;40:5;
41:11;43:12;46:14;
48:9;50:16;55:14;
64:17;66:1,24;69:3;
72:18;74:13;75:5,21;
76:14;83:1;85:12,13,
22;87:23,23,25;88:2,6,
7;89:22;90:16;98:18;
99:4,14;100:20;102:3;
107:6;110:22;111:2;
117:15;118:9;120:23;
134:19;135:1,4,10,15,
16

**right-hand (1)**
131:21

**rigor (2)**
80:4;95:9

**risky (2)**
67:8,17

**Rock (3)**
24:19;25:2,8

**role (6)**
19:12;20:2,12,24;
112:17,19

**room (5)**
37:23;39:15;47:9;
68:15;130:5

**RSI (1)**
50:18

**rule (2)**
104:6,12

**rules (2)**
5:14;18:20

---

**S**

---

**same (21)**
12:2,16;13:13,15,19,
20,25;22:6;25:13;
53:15;55:8;59:18;76:5;
90:12,13;110:19;
116:21,23;121:23;
129:7;136:13

**sample (7)**
64:18;65:2;93:8;
95:21;98:13;103:13;
122:6

**samples (2)**
84:6;98:8

**sat (1)**
49:7

**saturation (3)**
46:21;50:19;53:21

**saturations (3)**
51:4;117:16,17

**saved (1)**
68:17

**saw (1)**
135:14

**sawdust (68)**
30:10,12;31:9,12;
33:23,25;43:18;51:21;
52:7,11,13,15,18,20;
54:11;55:7;57:11,21;
58:1,15,17,21;59:6,11,
22,23;60:17;61:14,18,
21;86:13,16,19;87:2,9,
19;88:17,23;115:20;
120:11,12;122:22;
123:9,10,16,18;124:12,
14,19;125:11,14,20,23;
126:1,10,22;127:4,11,
14,24;128:21;129:6,11,
16,25;130:7;135:20,24

**saying (10)**
36:10;42:25;54:7;
59:3;67:1;88:23;99:6;
101:2;102:15;107:25

**scab (2)**
89:6,18

**scatter (2)**
102:7,8

**scenario (1)**
61:6

**scene (1)**
28:17

**schedule (8)**
6:21,23;11:25;12:3,
5,13,19,22

**scheme (1)**
65:24

**school (3)**
23:5;24:9;97:19

**scientific (4)**
49:1;50:15;72:20;
114:5

**scientifically (1)**
128:23

**sclerae (1)**
86:6

**scope (1)**
81:6

**screening (1)**
15:16

**second (11)**
17:14,17;18:5,24;
24:3,15;70:11;86:1;
98:25;99:10;102:3

**second-to-the-last (1)**
74:14

**section (3)**
22:23;24:1;90:18

**sedentary (1)**
60:15

**seeing (2)**
8:17;132:19

**seemed (3)**
51:2,6,8

**seems (1)**
72:15

**sees (1)**
20:20

**selected (1)**
93:14

**self-confidence (1)**
41:10

**self-explanatory (1)**
36:2

**send (2)**
19:24;136:20

**senior (1)**
15:22;17:11,15

**sense (1)**
61:14

**sent (2)**
6:10;19:22

**sentence (5)**
29:25;60:2;75:17;
88:16;99:1

**sequence (17)**
43:7,17,21,22;44:10;
45:1;49:3;51:20,23;
52:23;53:2,7,12;54:24;
55:5,9;117:9

**serve (1)**
16:8

**serves (1)**
16:20

**services (3)**
20:5;24:17;26:11

**set (2)**
80:5;133:19

**setting (1)**
7:17

**settings (1)**
22:13

**several (2)**
40:22;119:23

**severe (1)**
132:11

**shall (1)**
56:21

**share (1)**
133:23

**short (4)**
55:25;124:21,24;
127:7

**shoulder (1)**
134:2

**shovel (1)**
60:14

**show (4)**
45:17;75:2;133:14;
136:3

**shown (1)**
49:2

**shows (1)**
54:15

**sic (1)**
8:2

**side (7)**
14:1,2;76:18,18;
110:22;111:2;135:4

**sign (3)**
31:2,4;136:20

**significant (5)**
28:9;95:15,24;97:11;
118:22
**similar (4)**
22:6;76:10;91:14;
126:23
**simple (2)**
72:15;107:23
**single (2)**
117:3,5
**sit (25)**
7:18;10:6,16;12:24;
15:10;28:1;31:12;
32:24;33:19;39:25;
40:16;41:23;70:9;
82:10;83:22;94:19;
109:1,10,11,15;111:6,
12;112:16;114:19;
118:16
**sitting (3)**
10:2;40:21;135:8
**situation (9)**
52:24;55:22;92:1;
123:1,2;128:3,5,7,11
**situations (2)**
52:23;114:8
**six (3)**
27:23;28:12,20
**size (3)**
31:12;89:12;93:8
**sized (1)**
31:16
**skip (1)**
8:1
**slash (1)**
24:4
**sleep (1)**
61:4
**sleeps (1)**
61:2
**small (2)**
89:17;129:14
**smaller (1)**
88:4
**snow (1)**
60:14
**sobriety (4)**
76:14,15,20;77:19
**societies (1)**
25:13
**society (3)**
24:4;33:9;130:3
**someone (33)**
31:16;34:17,23,25;
35:11;37:16;38:10,19,
24;39:23;40:9;43:20;
47:12;60:20;61:2;
65:12;70:20;79:1,6;
80:15;89:4,4;115:18;
116:11,22;122:21;
123:8,9;124:11,17;
126:14;127:24;129:6
**someone's (6)**

37:1;44:22;81:10;
105:11,19;123:15
**sometime (2)**
12:25;25:21
**somewhat (3)**
51:22;66:17;95:3
**sorry (9)**
42:21;48:12;55:1;
96:25;101:6;102:14;
109:7;131:23;132:14
**sort (6)**
18:16;31:2;41:13;
49:17;54:9;89:11
**sounds (6)**
20:17;45:25;71:20;
72:1;117:22;129:19
**source (9)**
73:15,21;74:8;77:6,
11,16;92:12;111:11,16
**sources (4)**
79:15,18,25;80:2
**span (1)**
24:2
**spare (1)**
61:4
**speak (2)**
58:7;68:23
**speaking (3)**
65:22;66:7;94:12
**speaks (1)**
60:2
**spec (1)**
83:4
**special (1)**
24:3
**specialization (1)**
100:11
**species (3)**
101:10;110:13,16
**specific (4)**
41:20;54:1;58:9;
97:18
**specifically (6)**
8:23;17:3;42:11;
68:1,13;82:10
**specifics (2)**
42:2;119:24
**specify (1)**
37:5
**specimen (3)**
19:6,24;98:13
**specimens (3)**
19:21;22:8;27:4
**speculate (3)**
33:18;115:24;132:24
**speculation (5)**
32:25;118:4;121:24;
134:7,7
**speculative (2)**
75:17;115:23
**speed (3)**
41:8;77:2,7
**spending (1)**

39:25
**staff (5)**
24:16,18,19,20,22
**stage (5)**
66:4,12;70:20;76:11;
91:22
**stages (2)**
73:8;127:17
**stamped (1)**
7:11
**stand (1)**
16:3
**standard (2)**
21:23;108:18
**standpoint (1)**
26:15
**start (2)**
62:15;124:13
**started (1)**
124:2
**state (3)**
17:23;43:24;92:1
**stated (3)**
118:24;119:7,8
**statement (2)**
97:6;112:9
**statements (1)**
57:6
**statistical (1)**
93:9
**statistician (1)**
93:10
**status (1)**
14:17
**statute (10)**
35:25;36:5,21;106:2,
20,21;107:7;108:3,8,17
**statutes (2)**
37:4;108:9
**statute's (1)**
37:13
**statutorily (5)**
105:22;106:5,7,19;
107:1
**statutory (6)**
35:24;107:10,14,19;
108:1,2
**step (1)**
44:13
**steps (3)**
44:2,9;52:1
**sterile (1)**
83:25
**still (15)**
14:12,12,21;15:22,
25;24:8;54:10;56:10;
91:18,24;124:20,22;
125:19;127:7;128:16
**stomach (2)**
91:18,25
**stop (1)**
56:25
**stopped (4)**

53:25;55:6,16,23
**stopping (1)**
39:15
**stops (1)**
49:16
**storage (2)**
98:17;111:17
**stored (1)**
78:11
**stress (11)**
57:10,20,22,25;58:5,
11,12,14;59:7,16,25
**stressed (1)**
59:20
**strike (7)**
40:6;43:15;44:20;
45:7;82:21;93:17;
109:7
**striking (1)**
134:10
**strongest (2)**
115:4,21
**struggle (1)**
132:8
**struggling (4)**
45:7;90:12;124:16;
129:5
**studied (2)**
45:6;79:9
**studies (11)**
45:12,17;46:17,23,
25;47:10;53:10;
117:24;122:9,12;126:3
**study (10)**
16:4;53:15;61:4;
77:15;78:2;93:4,11,16,
17;130:18
**subclinical (8)**
34:4;66:22;67:3,13;
70:14,20;76:20;77:19
**subclinically (1)**
71:1
**subdivides (1)**
88:1
**subject (7)**
44:3,10;45:8;51:23;
53:7;96:16,18
**subjects (2)**
52:25;53:6
**submission (1)**
72:19
**submit (1)**
16:22
**subscribe (1)**
50:24
**substance (2)**
34:9;126:14
**substances (2)**
126:22,23
**substrates (1)**
94:21
**sudden (15)**
30:2;31:24,25;32:18;

54:9;57:9;58:19,21;
59:19;60:4,12;79:2,10;
128:10;129:2
**sudden/irreversible (1)**
30:3
**suffer (1)**
60:12
**suffered (2)**
57:9;58:19
**suffering (1)**
43:12
**suffocating (2)**
49:25;54:11
**suffocation (1)**
51:21
**suggest (2)**
13:25;67:6
**suggestive (2)**
34:4;66:22
**suitability (2)**
18:8,8
**supplement (1)**
7:4
**support (1)**
44:17
**supports (1)**
109:8
**suppose (1)**
7:8
**Sure (16)**
8:22;9:8;10:19;
14:11;22:18;27:3,8;
32:22;39:16;71:20;
72:1;80:18;82:17;
87:13;102:18;135:7
**surrounding (1)**
95:5
**survive (2)**
48:8,10
**sweating (2)**
35:9,14
**sworn (1)**
5:6
**synthesis (3)**
79:12;97:22;100:16
**system (12)**
35:5;44:18;46:2,8,
13,15;64:21;87:6;
120:13;121:8,17;122:2
**systems (2)**
46:6;75:2

---

**T**

**table (10)**
73:6,7,10,16;74:8;
76:5,6;77:12,13;102:4
**talk (4)**
42:9;47:10;69:1;
70:19
**talking (17)**
34:8;37:13;41:13;
43:4;48:13;54:18;68:7,

Ruth Gray v
Conner Industries

John F. McMaster, M.D.
November 15, 2021

9;80:20;83:13;86:5;
106:13,14,16,21,25;
107:1
**talks (10)**
41:16;47:15;68:3;
81:18,21;88:17;93:25;
99:24;103:23;132:6
**teach (5)**
23:16,19,21,23;
114:25
**teaching (1)**
114:9
**technique (1)**
98:14
**technology (1)**
22:5
**telling (3)**
48:17;128:18,24
**tells (2)**
100:23;105:17
**temperature (1)**
101:12
**ten (1)**
45:18
**tend (2)**
12:18;24:23
**tendency (1)**
19:8
**ten-year (1)**
15:3
**term (3)**
43:22;58:11;134:3
**terminology (2)**
36:6;76:25
**terms (3)**
37:14;77:19;90:3
**terrible (1)**
79:19
**test (7)**
18:2,16;19:7;21:4;
39:6;67:22;90:19
**tested (2)**
91:15;110:21
**testified (4)**
5:7;40:3;119:23;
125:10
**testify (1)**
29:14
**testimonies (1)**
10:5
**testimony (29)**
5:21,25;6:21,23;
7:20;8:11,14,18;9:5,
18;10:4,17,19,23;11:9;
12:16;27:23;32:7;
39:22;55:14;57:12,24;
70:3;75:6;97:5;107:3;
124:11,15;135:24
**testing (44)**
19:6,10,14,17,20,22;
20:3,4,14;21:3,7,16,24;
22:1,4,5,15,17;23:7,14,
17,20,22;26:16,21,25;

40:8;42:10;68:18,21,
24;81:12,15;82:3;
83:18,20;84:6,12;
90:23;92:2;93:5;95:11;
98:21;122:5
**tests (9)**
18:19,22,23;20:25;
38:18;44:21;70:24;
71:12;84:10
**textbook (1)**
71:22
**that'll (1)**
79:5
**therefore (2)**
67:18;119:7
**Thereupon (1)**
39:17;85:7
**thickening (4)**
30:21;31:6,7;32:6
**third (6)**
7:4;17:14,17;18:5,
24;86:3
**though (5)**
15:18;20:18;51:14;
79:20;85:17
**thought (2)**
24:15;58:13
**three (9)**
16:16;19:3;29:5,6;
38:7;88:2,7;91:15;
109:24
**threshold (4)**
47:19,21;49:13;
107:24
**throat (1)**
88:25
**throughout (2)**
34:18;65:16
**tibia (1)**
133:6
**tightly (2)**
87:9,18
**till (1)**
95:20
**times (5)**
40:7;119:23;126:9,
13;130:24
**tissue (7)**
36:17,23;37:5;39:7,
10;47:5;136:13
**tissues (5)**
34:20;45:21;105:15;
111:16;121:8
**today (26)**
5:15;6:18;11:24;
12:24;14:22;24:12;
28:1;31:12;32:24;
33:19;40:21;41:23;
50:25;82:10;83:22;
94:19;109:2,10,11,15;
112:16;114:19;118:16;
119:23;136:17,19
**today's (1)**

5:18
**together (1)**
123:13
**told (1)**
107:2
**took (5)**
81:14;95:2;97:19;
102:24;103:1
**top (6)**
21:9;42:22;74:13,13;
85:21;136:11
**topic (2)**
68:24;69:1
**topics (1)**
23:11
**torso (1)**
131:25
**total (1)**
61:8
**totally (1)**
45:18
**towards (2)**
17:3;75:16
**toxicologist (1)**
21:10
**toxicology (4)**
73:22;89:20;92:20;
110:11
**toxin (1)**
64:3
**Trachea (4)**
88:6,19;136:6,14
**track (1)**
11:10
**tracking (1)**
42:24
**tract (1)**
80:24
**trailer (1)**
29:3
**training (21)**
16:8,13,14,17;17:1,
25;19:16;23:10;43:8;
63:5;83:7;97:14;
101:24;106:17;117:1;
119:20;122:19;126:5;
127:2;128:19;134:25
**training/verification (1)**
16:1
**transected (1)**
136:13
**transferable (2)**
90:2,11
**transpired (1)**
117:21
**transpires (2)**
128:9;129:2
**transportation (1)**
22:2
**trauma (6)**
49:18;50:1;98:14;
101:13;132:8,12
**treat (1)**

21:5
**tree (1)**
88:11
**trial (2)**
9:18;10:18
**tried (1)**
133:16
**trier (2)**
116:6,15
**triers (1)**
114:6
**tries (1)**
68:7
**triggered (1)**
59:5
**trust (1)**
6:7
**try (7)**
7:25;8:23;9:19;11:9;
12:19;62:15;125:14
**trying (10)**
37:15;42:22;51:3;
60:16;61:20;124:23;
125:6;127:1,21;128:17
**tube (2)**
44:16;49:10
**tubes (1)**
87:21
**turn (1)**
86:1
**two (22)**
5:13;20:18;24:2;
26:8;42:5,12,23;50:19,
25;52:23;55:3;70:12;
77:19;88:2,8;91:9,12;
109:23;112:21,22;
123:12;130:16
**Tyler (2)**
8:4;85:14
**type (4)**
19:14;36:23;37:6;
83:18
**types (1)**
22:13
**typically (5)**
22:12;50:24;83:9;
100:16;133:10

**U**

**ultimate (1)**
16:23
**unable (10)**
44:3;45:8;52:18,20,
25;53:8;61:10,11,14;
103:4
**unanticipated (1)**
30:2
**unaware (2)**
53:5;61:17
**unbiased (2)**
116:10,20
**unconscious (21)**

43:24;55:24;56:2,4;
122:22;123:9,12,15,16;
124:3,12,17;126:15,24;
127:3,12,17;128:14,21;
129:21;135:25
**unconsciously (1)**
130:7
**uncontaminated (1)**
27:4
**under (20)**
18:19;29:23,24;
55:10,22;59:10,15;
66:20;74:20,25;75:7;
78:10;86:3;87:7,8,13;
89:3;106:14;108:1;
121:5
**undergo (2)**
17:20;54:9
**undergoes (4)**
43:20;56:3;79:1;
82:13
**undergoing (1)**
53:7
**undertake (1)**
67:7
**underwent (3)**
57:13,14;79:6
**unilaterally (1)**
70:10
**units (1)**
90:13
**University (1)**
24:9
**unless (5)**
49:25;58:8;110:6,24;
113:10
**unreliable (1)**
43:14
**unresponsive (1)**
53:5
**untimely (3)**
112:23;121:9,15
**untrained (1)**
125:2
**unwitnessed (2)**
54:2;118:13
**up (22)**
7:17,25;8:24;9:19;
14:8;24:17;25:25;
34:19;49:11;62:13;
78:24;79:20;85:5,21;
87:25;97:22;100:23;
101:3;105:5;109:18;
117:24;136:11
**up-close (1)**
134:1
**update (1)**
12:20
**updated (17)**
6:21,23,23;7:20;
8:20;9:5;11:24;12:5;
13:2;15:7,9,11;23:1;
24:6;25:7,15;39:21

updates (1)
16:15
upon (3)
46:7;48:4;129:25
upper (4)
50:11;88:1;125:21;
132:3
uptake (1)
65:9
UpToDate (2)
50:18;51:10
UpToDate's (1)
50:23
urinalysis (2)
18:25;19:5
urinating (1)
35:16
urine (13)
19:7;35:10,11;38:5,
6,23;39:11;63:25;
90:18,19,21,25;91:9
use (20)
14:16;23:23;38:18,
20,23;39:1;44:6,16;
51:10,13;53:15;54:24;
55:5;57:11;58:7;69:20;
72:7;105:12;108:10;
133:19
used (16)
22:3,5,10;37:9;
50:24;62:6;69:17;
82:22,25;83:24;84:1;
90:13;94:21;117:18;
133:8;134:3
uses (2)
73:7;105:7
Using (5)
27:5;58:10;76:1;
105:17;108:7
usual (1)
70:24
usually (2)
64:25;78:18
utilize (5)
46:6;48:22;71:22,23;
95:17
utilized (11)
21:25;22:7;42:12;
43:23;67:25;71:4;83:3,
10;92:12;118:3;133:10
utilizes (1)
48:5
utilizing (2)
16:10;114:5

V

VAC/BAC (1)
99:2
vague (1)
115:13
valid (2)
27:7;128:23

validity (4)
27:6;84:9,11;93:9
variable (1)
94:3;102:20
variety (2)
82:25;116:25
various (2)
42:10;103:23
vein (2)
94:15;133:11
ventricular (4)
30:18;31:14,23;54:3
venture (2)
40:14;101:19
veracity (1)
112:21
verify (1)
111:7
versus (3)
10:7;92:14;105:18
vessel (4)
89:12,13,15,17
Via (5)
24:18;25:8,9;26:5,6
victims (1)
20:6
viruses (2)
86:23,24
visual (1)
19:2
vitreous (64)
34:3,8;36:3,14,18;
38:1;42:11,15;62:24;
63:17;64:13,15,18,20,
21,24,25;65:4,8,9,19,
20;66:8,16,20;67:1,9,
22,24;68:4,5;73:11;
74:17;75:9,12;76:2;
78:15;81:25;82:22;
84:5,17;90:6,15,24;
91:8,20;92:4,14;93:5,
11,18,20,23;94:2;
102:4,10,20;105:7,17;
112:3;120:15,16,19;
121:9
Vituity (1)
26:4
volunteer (1)
24:10

W

wait (1)
27:12
wake (1)
49:11
walls (5)
30:21;31:7;32:7;
33:4;80:16
warning (1)
59:19
water (8)
34:12,15,18;65:16,

19;93:19;99:3,6
water-contained (1)
34:20
way (25)
32:4,12,15;35:4;
56:8,8;58:24;64:1,6;
81:5;85:24,25;88:24;
90:3;100:10;101:14;
102:18,23;105:10,18;
120:21,23;125:3,11;
131:2
weather (1)
59:24
week (2)
6:13,15
weeks (1)
120:6
welcome (1)
58:24
well-respected (1)
73:2
weren't (1)
113:23
Wesley (1)
24:21
what's (7)
13:4;17:10;36:20;
65:3;66:3;115:4,9
whenever (1)
38:17
when's (2)
10:19;12:21
whereupon (2)
39:18;136:22
whole (1)
11:13
Wichita (3)
20:8,12;126:9
WILSON (90)
5:10;6:9;7:7,14;8:4,
9,13,25;9:4,8,10;13:10,
16,22;14:3,4;33:12,21;
37:12;38:16;39:16,19;
42:8,17;43:1,2;45:3,16,
23;46:24;47:18;49:24;
50:8;56:16;59:1;69:2,
5,9;70:17,18;73:24;
74:5;84:22,24;85:3,11,
14,18;91:5;96:6,8,13,
14,24;97:9;98:4;99:23;
101:7;102:17;103:2;
104:14;106:3,12;
107:17;108:16;111:9;
115:10,17;116:1,8,17;
117:4;118:6,14,23;
119:4;122:3;123:3;
124:10;126:21;129:23;
130:14;131:6,8,15,19;
132:16,18;133:25;
136:9
winter (1)
60:13
within (11)

10:22;40:22;41:6;
76:3;80:7;88:18;90:21;
98:23;99:21;104:3;
121:8
without (4)
10:7,10;29:19;39:25
witness (2)
114:4,10
witnesses (2)
52:11;117:20
wondering (1)
132:21
Woolf (2)
6:11;7:16
word (3)
57:11;76:8,8
words (6)
32:5;35:18;44:9;
58:10;59:9;124:22
work (7)
11:16;15:12;113:8,
10,12;116:11,22
working (3)
11:11;12:3;47:8
works (1)
72:17
worth (1)
126:19
write (5)
36:20;100:12;103:8;
106:1;133:17
writing (1)
122:13
wrong (2)
70:5;117:23
wrote (2)
36:11;92:16

X

x-ray (1)
135:6

Y

year (1)
10:22
yearly (1)
40:15
years (11)
12:19;15:8;16:16;
20:9,11;40:16;68:25;
97:15;114:3;126:8,19
yeast (4)
78:14;86:22;110:16,
17

Z

Zero (1)
126:12
zip (1)
28:21

0

0 (1)
102:14
00 (1)
108:14
01 (1)
76:11
039 (4)
89:25;90:3;94:9;
102:10
04 (16)
35:23;36:16;63:12,
16,18,22;67:16;94:8;
105:21;106:4,18;
107:9,12,20,24;108:12
041 (1)
67:19
05 (1)
76:11
051 (2)
90:7,10
07 (3)
97:23;100:17;101:3

1

1 (6)
30:3;94:1,6;100:18,
24;102:19
10 (1)
40:16
100 (6)
100:17,19;114:12,
14,17,22
12 (4)
95:25;104:15;
134:13,15
12/16 (2)
8:16,17
12:10 (1)
136:23
14 (2)
135:11,16
18 (2)
136:3,4
19 (1)
136:12
1982 (1)
23:5

2

2 (13)
14:20,21;28:18;
29:23;30:15;32:5,5;
35:8;40:24;66:19;73:6;
102:2;107:7
2/24 (1)
14:10
20 (3)
28:14;40:16;114:2

**2015 (4)**
  10:7,11,11,16
**2016 (3)**
  14:10;15:11;25:21
**2018 (1)**
  15:2
**2019 (3)**
  12:23;13:1;78:5
**2020 (5)**
  8:16,17;12:6,23;13:1
**2021 (4)**
  9:15;13:17;15:9;
  83:22
**2028 (1)**
  15:2
**209 (1)**
  93:13
**24-hour (1)**
  120:8
**25 (1)**
  114:3
**295 (1)**
  93:5

---

**3**

**3 (3)**
  33:1;87:7,15
**30 (3)**
  48:25;49:8;53:12
**35 (2)**
  20:9;97:15
**36 (5)**
  20:10,11,11;126:8,
  19
**37 (1)**
  20:9

---

**4**

**4 (6)**
  66:19;76:5;94:8;
  131:23,24;132:16
**4,775 (1)**
  11:18
**44-501 (2)**
  106:14;108:17

---

**5**

**5 (4)**
  35:21;36:11;89:19;
  133:1
**51 (1)**
  57:17

---

**6**

**60 (1)**
  27:12
**66 (2)**
  5:1;6:5
**67 (2)**

  8:2;14:5
**68 (3)**
  8:2,10;9:13
**69 (2)**
  12:9;13:5

---

**7**

**7 (1)**
  78:5
**70 (7)**
  5:2;27:12,17;28:18;
  29:12,21;41:4
**71 (6)**
  9:1,2,11,17;39:21;
  93:13
**72 (14)**
  69:2,6,7;74:8;76:6,
  17,19,23;77:1,9,12;
  130:17,21;131:1
**73 (6)**
  73:25;74:3;77:3,11,
  13,22
**74 (3)**
  84:22;85:9,12
**749 (2)**
  74:14;75:16
**75 (5)**
  85:9;92:8;130:17,21;
  131:1
**76 (4)**
  131:7,9,11,23

---

**9**

**9 (1)**
  133:13
**90 (1)**
  33:16
**98 (1)**
  35:6