*Court Reporting Service, Inc.*

BUS: 316-267-1201                      1999 N. Amidon, Suite 224                      FAX: 316-267-1203
800-794-8798                              Wichita, KS 67203                              crsreporter@msn.com

January 4, 2022

Mr. Jeffrey A. Wilson
DeVaughn James Injury Lawyers
3241 North Toben
Wichita, KS 67226

In re:   Ruth Gray, et al. vs. Conner Industries, Inc.
         Case No. 20 CV 1037 DDC GEB
         Deposition of John F. McMaster, November 15, 2021

    The above referenced original transcript is enclosed in a SEALED COURT ENVELOPE prepared for filing
purposes.

Notations re same are as follows:

_____Signed                          _____Unsigned
_____Notarized                       _____Without Notarization
_____Corrections Made                _____Without Corrections
_____Exhibits Included               _____Without Exhibits

                                COURT REPORTING SERVICE, INC.

                                Michael J. Zarich
                                For Nancy L. Rambo, CSR

Enc.

CC:  Mr. Tyler E. Heffron

# ERRATA SHEET

## John F. McMaster, M.D.

## November 15, 2021

## Ruth Gray v Conner Industries

## Reporter: Nancy Rambo

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 21 | 4 | test s/b "post-mortem alcohol tests in the ED" | Addition to clarify answer |
| 53 | 23 | "And, as set forth in my report, Dr. Bledsoe's analogy is mere speculation due to there being no factually supportive evidence or scientifically valid literature or methodology upon which it can rely." | Addition to clarify answer |
| 56 | 14 | "wasn't" should be "was" | Correction |
| 58 | 23 | the first "wouldn't" should be "would" | Correction |
| 91 | 9 | "two" should be "three" | Correction |
| 93 | 3 | delete "no" after "reliable" | Correcting double negative in the answer. |
| 95 | 8 | "decompensation" should be "decomposition" | Correction |
| 125 | 21 | "In addition, the EMS records indicate paramedics attempted to ventilate Mr. Gray and placed an airway tube, which could have resulted in sawdust inside Mr. Gray's mouth being forced into the lungs." | Addition to clarify answer |
| 130 | 13 | See the additional clarifying statement to p. 125, l. 21. Further, see the article relied on by Dr. Scott Bledsoe, which states "We conclude that, at the onset of a CA, the respiratory neurons continue to generate normal breathing activity, despite the absence in pulmonary blood flow/cardiac output, | Addition to clarify answer |

(continued on next page)

I certify that I have read my deposition in the above case and request that the above changes be made.

_____                _____
SIGNATURE OF WITNESS                         DATE

# ERRATA SHEET

John F. McMaster, M.D.

November 15, 2021

Ruth Gray v Conner Industries

Reporter: Nancy Rambo

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 130 | 13 cont. | which divorces breathing from its primary purpose of controlling pulmonary gas exchange." *Breathing Patterns During Cardiac Arrest*, Journal of Applied Physiology 109:405-411 (2010). | |

I certify that I have read my deposition in the above case and request that the above changes be made.

_____
SIGNATURE OF WITNESS

12-24-2021
DATE

**John F. McMaster, M.D. - November 15, 2021**

137

1    I, JOHN F. MCMASTER, M.D., the witness

2  herein, have read the transcript of my testimony,

3  and the same is true and correct to the best of my

4  knowledge, with the exception of the changes noted

5  on a separate page, together with notation of the

6  reasons for making such corrections.

7

8  _____
   JOHN F. MCMASTER, M.D.

9

10

11  STATE OF KANSAS              )
                                 ) ss:
    _Sedgwick_____ COUNTY        )

12

13    Subscribed and sworn to before me, the

14  undersigned authority, this the _29th_ day of

15  _December___, 2021.

16

17  _____

18  Notary Public, _Sedgwick_ County
    State of Kansas

19

20  My appointment expires:

21  _11/24/2025_____

22

23

24  (CASE:  Ruth Gray -vs- Conner Industries, Inc.,
    TAKEN 11/15/2021)

25

**Court Reporting Service, Inc. (316) 267-1201**